**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

JUSTIN ANDREW BRUNTJEN, ESQ.,

Plaintiff,

v.

RAFFLES VAN EXEL, et al.,

Defendants.

Court File No. 20-CV-01832-MJD-KMM

**DEFENDANTS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(f) AND 7.1(h)**

I, Keith A. Cutler, hereby certify that Defendants Keith Cutler's and James W. Tippin & Associates' Reply Memorandum of Law in Support of Defendants' Motion for Partial Dismissal of Complaint complies with the District of Minnesota's Local Rules 7.1(f) and (h).

I further certify that, in preparation of the Reply Memorandum of Law, I used Microsoft Word 2016, and this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count. I further certify that the original Memorandum of Law and the above-referenced Reply Memorandum of Law, cumulatively contain 10,257 words.

Dated: November 11, 2020

s/ Keith A. Cutler

KEITH A. CUTLER MO #36370
P.O Box 22807
Kansas City, Missouri 64113-2807
(816) 471-8575
(816) 421-0243 - FAX
kcutler@tippinlawfirm.com

s/ Robin M. Wolpert
ROBIN M. WOLPERT MN #0310219
CHRISTOPHER PROCZKO MN #0392419
120 South 6th Street, Suite 100
Minneapolis, Minnesota 55402
(612) 756-7100
(612) 756-7101 - FAX
robinw@sapientialaw.com

ATTORNEY FOR DEFENDANTS CUTLER AND JAMES W. TIPPIN & ASSOCIATES