**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Justin Andrew Bruntjen, Esq.,

Plaintiff,

vs.

Raffles Van Exel, individually; White, Wiggins & Barnes, LLP, a Texas law firm; Ward Allen White IV, individually; and Kennedy Lowell Barnes, individually;

Defendants.

Court File No. 20-CV-1832 (MJD/KMM)

**DECLARATION OF LAURA KUIPERS IN SUPPORT OF WWB DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS**

I, Laura E. Kuipers, declare as follows:

I am one of the attorneys representing Defendants White, Wiggins & Barnes, LLP ("WWB"), Ward A. White IV, and Kennedy L. Barnes (collectively "WWB Defendants") in the above-captioned matter, and I have personal knowledge about the matters set forth herein.

1. A true and correct copy of Plaintiff's written responses to WWB Defendants' discovery requests is attached as Exhibit A.

2. A true and correct copy of WWB Defendants' July 20, 2021 letter requesting a meet and confer on the protective order is attached as Exhibit B.

3. A true and correct copy of WWB Defendants' August 12, 2021 letter detailing Plaintiff's discovery deficiencies and requesting supplemental answers, responses, and documents to correct these deficiencies, is attached as Exhibit C.

4. Plaintiff's counsel and WWB Defendants' counsel held a meet-and-confer phone conference on August 30, 2021.

5. During this phone conference, Plaintiff's counsel indicated that he would be responding to WWB Defendants' deficiency letter and producing information under the protective order soon.

6. A true and correct copy of WWB Defendants' September 15, 2021 letter detailing Plaintiff's discovery deficiencies and requesting supplemental answers, responses, and documents to correct these deficiencies, is attached as Exhibit D.

7. A true and correct copy of WWB Defendants' September 23, 2021 email to Plaintiff's counsel asking when Plaintiff would be providing complete discovery responses and documents, is attached as Exhibit E.

8. A true and correct copy of the email exchange with Plaintiff's counsel from September 24, 2021 through September 28, 2021 regarding the discovery dispute, as well as the September 28, 2021 letter to Plaintiff's counsel requesting Plaintiff's complete discovery responses, is attached as Exhibit F.

9. A true and correct copy of the email exchange with Plaintiff's counsel in October 2021 regarding the discovery dispute is attached as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: November 9, 2021

By: *_/s/ Laura E. Kuipers_*
Laura E. Kuipers

Executed in Hennepin County, MN.