**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Justin Andrew Bruntjen, Esq.,

Plaintiff,

vs.

Raffles Van Exel, individually; White, Wiggins & Barnes, LLP, a Texas law firm; Ward Allen White IV, individually; and Kennedy Lowell Barnes, individually;

Defendants.

Case No.: 20-CV-1832 (MJD/KMM)

**RESPONSE TO MOTION TO COMPEL**

---

Plaintiff briefly responds to Defendants White, Wiggins & Barnes, LLP, Ward Allen White IV, and Kennedy Lowell Barnes (collectively "WWB Defendants") motion to compel.

The parties met before the Magistrate to discuss the status of the case. The parties agreed to exchange discovery. Plaintiff did so in a timely manner in a "dropbox" format. The discovery apparently did not appear on Defendant's side but was available for review on Plaintiff's. To eliminate confusion, Plaintiff provided a fob in hand delivery to which unfortunately (as we are told) never was received. Plaintiff has since the motion again hand delivered the flash drive containing nearly 800 documents again to Attorney Laura Kuipers' attention and confirmed that the Defendant's counsel has received the same.

In the discussion of obtaining discovery, there has been NO direct communications with the undersigned to qualify as a "meet and confer". Regardless, Plaintiff has been successful on its 3rd attempt to provide documents to Defendants.

## CONCLUSION

Based on the foregoing, the motion to compel should be stricken.

**THE HUTTON FIRM, PLLC**

Dated: December 3, 2021

By: *s/ Lee A. Hutton, III*

Lee A. Hutton, III (#327992)
333 S. 7th St., Suite 2450
Minneapolis, MN 55402
Telephone: (612) 805-4619
LHutton@thehuttonfirm.com

***Attorneys for Plaintiff Justin A. Bruntjen***