**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Justin Andrew Bruntjen, Esq.,

Plaintiff,

vs.

Raffles Van Exel, individually; White, Wiggins & Barnes, LLP, a Texas law firm; Ward Allen White IV, individually; and Kennedy Lowell Barnes,

Defendants.

Court File No. 20-CV-1832 (MJD/HB)

**7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING WWB DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS**

I, M. Gregory Simpson, certify that the Supplemental Memorandum of Law of Defendants White, Wiggins & Barnes, LLP, Ward Allen White IV, and Kennedy Lowell Barnes ("WWB Defendants") in Support of their Motion to Compel Plaintiff to Respond to Discovery Requests, pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37, Local Rule 7.1, and the Pretrial Scheduling Order (ECF Doc. 47), complies with the word limits of Local Rule 7.1(f) and type-size limits of Local Rule 7.1(h).

I further certify that, in preparation of this response, I used Microsoft Word 2016 Standard, and that this program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that WWB Defendants' memorandum of law is 1,576 words.

Dated: February 3, 2022

By: *s/M. Gregory Simpson*

M. Gregory Simpson (#204560)
Laura E. Kuipers (#392301)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661
gsimpson@meagher.com
lkuipers@meagher.com