**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Justin Andrew Bruntjen, Esq.,

Plaintiff,

vs.

Raffles Van Exel, individually; White, Wiggins & Barnes, LLP, a Texas law firm; Ward Allen White IV, individually; and Kennedy Lowell Barnes, individually;

Defendants.

Court File No. 20-CV-1832 (MJD/HB)

**DECLARATION OF M. GREGORY SIMPSON**

I, M. Gregory Simpson, declare as follows:

I am one of the attorneys representing Defendants White, Wiggins & Barnes, LLP ("WWB"), Ward A. White IV, and Kennedy L. Barnes (collectively "WWB Defendants") in the above-captioned matter, and I have personal knowledge about the matters set forth herein.

1. Exhibit A hereto is a true and correct copy of an email from Lee A. Hutton to Gregory Simpson received at 1:36 AM on January 27, 2022.

2. Exhibit B hereto is a true and correct copy of an attachment to the email referenced in the preceding paragraph, and is a letter from L. Hutton to G. Simpson showing a date of January 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated February 3, 2022 /s/ M. Gregory Simpson