**Gregory Simpson**

| | |
|---|---|
| **From:** | lhutton@thehuttonfirm.com |
| **Sent:** | Thursday, January 27, 2022 1:35 AM |
| **To:** | Gregory Simpson |
| **Cc:** | 'Justin Bruntjen' |
| **Subject:** | Bruntjen v. WWB |
| **Attachments:** | 3_14_17 Retainer.pdf; 5_24_17 Retainer.pdf; Bruntjen - Supplemental discovery Letter re discovery.pdf |

**CAUTION: EXTERNAL SENDER**

Please find the attached documents.

Lee A. Hutton, III

EXHIBIT A