*UNITED STATES DISTRICT COURT*
*DISTRICT OF MINNESOTA*

Justin Andrew Bruntjen, Esq.,

*Plaintiff,*

vs.

Raffles Van Exel; White Wiggins & Barnes, LLP; Ward Allen White IV, Kennedy Lowell Barnes; et. al.

*Defendants.*

Case No. 20-cv-1832 (MJD/KMM)

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

I certify that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Compel complies with Local Rule 7.1(f).

I further certify that in preparation of the above document, I used MicrosoftWord, Version 15.27 and this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count,

I further certify that the above document contains the following number of words: 1263.

Dated: February 9, 2022

*By: s/Lee A. Hutton, III*

Lee A. Hutton, III (#0327992)
THE HUTTON FIRM
333 S. 7th St., Suite 2450
Minneapolis, MN 55402
Telephone: (612) 805-4619
LHutton@thehuttonfirm.com

***Attorney for Plaintiff Justin A. Bruntjen***