***UNITED STATES DISTRICT COURT***
***DISTRICT OF MINNESOTA***

Justin Andrew Bruntjen, Esq.,

*Plaintiff,*

vs.

Raffles Van Exel; White Wiggins & Barnes, LLP; Ward Allen White IV, Kennedy Lowell Barnes; et. al.

*Defendants.*

Case No. 20-cv-1832 (MJD/KMM)

**DECLARATION LEE A. HUTTON, III**

I, Lee A. Hutton, III, declare as follows:

I am one the attorney representing Justin Bruntjen ("Bruntjen") in the above-captured matter, and I have personal knowledge about the matter set forth herein.

1. Exhibit A here is a true and correct copy Plaintiff's Supplemental Responses to Defendant.

I decline under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2022 /s/ Lee A. Hutton, III____