**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Justin Andrew Bruntjen, Esq.,

*Plaintiff,*

vs.

Raffles Van Exel; White Wiggins & Barnes, LLP; Ward Allen White IV, Kennedy Lowell Barnes; et. al.

*Defendants.*

Case No. 20-cv-1832 (MJD/KMM)

**PLAINTIFF'S SUPPLMENTAL RESPONSES TO WWB DEFENDANTS' INTERROGATORIES (SET I)**

**TO: Defendants White Wiggins & Barnes, LLP; Ward Allen White IV, Kennedy Lowell Barnes and their attorneys of record, M. Gregory Simpson, Esq. and Laura E. Kuipers, Esq., Meagher & Geer, 33 S. Sixth Street, Suite 4400, Minneapolis, MN 55402.**

Plaintiff Justin Andrew Bruntjen, Esq provides the following responses to Defendants White Wiggins & Barnes, LLP; Ward Allen White IV, Kennedy Lowell Barnes (referred to as "WWB Defendants") Interrogatories (Set I).

## PRELIMINARY STATEMENT

1. Plaintiff's investigation and development of all facts and circumstances relating to this action is ongoing. These responses and objections are made without prejudice to, and are not a waiver of, Plaintiff's right to rely on other facts or documents at trial.

2. By making the accompanying responses and objections to Defendants' interrogatories, Plaintiff does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Plaintiff makes the responses and objections herein without in any way

implying that he considers the interrogatory, and responses to the interrogatory, to be relevant or material to the subject matter of this action.

3. A response to an interrogatory stating that objections and/or indicating that documents will be produced shall not be deemed or construed that there are, in fact, responsive documents, that Plaintiff performed any of the acts described in the interrogatory, or definitions and/or instructions applicable to the document request or interrogatory, or that Plaintiff acquiesces in the characterization of the conduct or activities contained in the interrogatory, or definitions and/or instructions applicable to the document request or interrogatory.

4. Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

## GENERAL OBJECTIONS

1. Plaintiff objects to each instruction, definition, and interrogatory to the extent that it purports to impose any requirement or discovery obligation greater than or different from those under the Federal Rules of Civil Procedure and the applicable Rules and Orders of the Court.

2. Plaintiff objects to each interrogatory that is overly broad, unduly burdensome, or not reasonably calculated to lead to the discovery of admissible evidence.

3. Plaintiff objects to each instruction, definition, and interrogatory to the extent that it seeks documents protected from disclosure by the attorney-client privilege, deliberative process privilege, attorney work product doctrine, or any other applicable privilege. Should any such disclosure by Plaintiff occur, it is inadvertent and shall not constitute a waiver of any privilege.

4. Plaintiff objects to each instruction, definition, and interrogatory as overbroad and unduly burdensome to the extent it seeks information that is readily or more accessible to Defendant from Defendant's own files, from documents or information in Defendant's possession,

or from documents or information that Defendant previously produced to Plaintiff, or previously produced by the other defendants to this law suit. Responding to such interrogatories would be oppressive, unduly burdensome, and unnecessarily expensive, and the burden of responding to such interrogatories is substantially the same or less for Defendant as for Plaintiff.

5. Plaintiff incorporates by reference every general objection set forth above into each specific response set forth below. A specific response may repeat a general objection for emphasis or some other reason. The failure to include any general objection in any specific response does not waive any general objection to that request. Moreover, Plaintiff does not waive its right to amend its responses.

**INTERROGATORY 1.** Identify all persons you claim have any knowledge or information, directly or indirectly, concerning the allegations set forth in your complaint. As to each person identified, state a summary of the person's discoverable knowledge or information and whether a written statement (signed or not) or recording was taken of the person.

**RESPONSE:**

| | |
|---|---|
| Ward White, IV<br><br>(no written statement) | Mr. White has knowledge of: his and Mr. Barnes' relationship with Raffles; Raffles attempts to have Alfred terminate Bruntjen; the WWB Defendants conspiring with Raffles to convince Alfred to terminate Bruntjen; WWB Defendants consulting with Raffles on all matters related to Alfred and the Prince estate; WWB Defendants consulting arrangement with Raffles and compensation to Raffles from the Prince estate; communications between WWB defendants, Raffles and Alfred Jackson; WWB Defendants' false statements to Michael Lythcott, Alfred Jackson, Bruce Jackson and Raffles; WWB Defendants communications with Alfred's bank; the spurious Missouri lawsuit filed against Plaintiff; WWB's interference with Plaintiff's contract with Alfred; Alfred terminating WWB's legal representation; and other relevant matters. |
| Kennedy Barnes<br><br>(no written statement) | Mr. Barnes has knowledge of: his and Mr. Whites's relationship with Raffles; Raffles attempts to have Alfred terminate Bruntjen; the WWB Defendants conspiring with Raffles to convince Alfred to terminate Bruntjen; WWB Defendants consulting with Raffles on all matters related to Alfred and the Prince estate; WWB Defendants consulting arrangement with Raffles and compensation to Raffles from the Prince |

| | |
|---|---|
| | estate; communications between WWB defendants, Raffles and Alfred Jackson; WWB Defendants' false statements to Michael Lythcott, Alfred Jackson, Bruce Jackson and Raffles; WWB Defendants communications with Alfred's bank; the spurious Missouri lawsuit filed against Plaintiff; WWB's interference with Plaintiff's contract with Alfred; Alfred terminating WWB's legal representation; and other relevant matters. |
| Justin Bruntjen<br>(no written statement) | Mr. Bruntjen has knowledge of all allegations in the Verified Complaint. |
| Keith Cutler<br>(no written statement) | Mr. Cutler has knowledge of the Missouri lawsuit filed against Plaintiff and of the WWB's alleged relationship with Alfred. |
| James W. Tippin & Associates<br>(no written statement) | James W. Tippin & Assoc. has knowledge of the Missouri lawsuit filed against Plaintiff and of the WWB's alleged relationship with Alfred. |
| James Selmer<br>(no written statement) | Mr. Selmer has knowledge of the Missouri lawsuit filed against Plaintiff and of the WWB's alleged relationship with Alfred. |
| Mark Berg<br>(no written statement) | Mr. Berg has knowledge of the Missouri lawsuit filed against Plaintiff and of the WWB's alleged relationship with Alfred. |
| Raffles Van Exel<br><br>(no written statement) | Mr. Van Exel ("Raffles") has knowledge of: his relationship with WWB defendants; his relationship with Alfred; his attempts to have Alfred terminate Bruntjen; his conspiring with the WWB Defendants to convince Alfred to terminate Bruntjen; WWB Defendants consulting with him on all matters related to Alfred and the Prince estate; his written agreement with WWB Defendants; WWB Defendants consulting arrangement with him and compensation to him from the Prince estate; communications between himself, the WWB defendants, and Alfred Jackson; WWB Defendants' false statements to Michael Lythcott, Alfred Jackson, Bruce Jackson and him; his communications with Alfred's bank and Comerica; his and WWB's interference with Plaintiff's contract with Alfred; his influencing Alfred to terminate Plaintiff as his legal representation; his influencing Alfred to terminate other legal counsel; and, other relevant matters. |
| Bruce Jackson<br><br>(no written statement) | Mr. Jackson has knowledge of Alfred's firing Plaintiff and hiring WWB Defendants, Alfred firing other legal counsel; WWB defendants' false statements that Plaintiff stole Alfred's money; Plaintiff's representation of Alfred; Raffles relationship with Alfred; WWB Defendants' relationship with Alfred; and other relevant matters. |
| Shawn Jackson<br>(no written statement) | Mr. Shawn Jackson has knowledge of Raffles professional and personal relationship with Alfred Jackson. |
| Tyka Nelson | Ms. Nelson has knowledge of Raffles professional and personal relationship with Alfred Jackson. |
| Omar Baker | Mr. Baker has knowledge of Raffles professional and personal relationship with Alfred Jackson. |
| Jo-Ann Geffen<br><br>(no written statement) | Geffen has knowledge of: Raffles relationship with Alfred; her own communications with Comerica related to Alfred and the Prince estate; Raffles using her to get information. |

| | |
|---|---|
| Angela Aycock<br><br>(no written statement) | As representative of Comerica, Mr. Aycock has knowledge of communications regarding Raffles mettling to influence Alfred Jackson to fire Plaintiff; knowledge of Geffen contacting Comerica; her own communications with Raffles; her own communications with Alfred; her communications with Plaintiff. |
| Joseph Cassioppi<br><br>(no written statement) | As counsel for Comerica, Mr. Cassioppi has knowledge of communications regarding Raffles mettling to influence Alfred Jackson to fire Plaintiff; knowledge of Geffen contacting Comerica; his own communications with Raffles; his own communications with Alfred; his communications with Plaintiff; his the estate's "entertainment partners" (presumably Raffles) about Primary Wave's acquisition of an influential interest in Prince's intellectual property. |
| Michael Lythcott<br><br>(no written statement) | Mr. Lythcott has knowledge of Raffles relationship with Alfred; Alfred's loan agreement with Primary Wave; Raffles financial benefit from Alfred's loan from Primary Wave; Alfred's lack of legal counsel when signing agreement with Primary Wave. Mr. Lythcott witnessed WWB Defendants making false statements about Plaintiff stealing Alfred's money. |
| Jacqueline Mishow<br>(no written statement) | Ms. Mishow is a friend of Alfred and has knowledge of Alfred's relationship with Raffles and other relevant matters. |
| Bank employees<br><br>(no written statement) | Identities unknow. Bank employees at Alfred's local bank (Kansas City) have knowledge of WWB Defendants' visiting Alfred's bank with Alfred to view bank statements and transactions in search of the transfer of funds from Plaintiff to Alfred. |
| Leonardo Da Vince Starke<br>(no written statement) | Mr. Starke has knowledge of Raffles' relationship with Aflred and the transfer of Alfred's interest in the Prince Estate to Primary Wave and drafted Alfred's Last Will and Testament naming Raffles as the sole beneficiary. |
| Frank Wheaton<br>(no written statement) | Mr. Wheaton has knowledge of: Raffles relationship with Alfred and Alfred terminating Wheaton as his legal counsel. |
| Corey Martin<br>(no written statement) | Mr. Martin has knowledge of Alfred Jackson terminating WWB as his legal counsel. |
| Judge Kevin E. Eide<br>(no written statement) | Judge Eide has knowledge of Alfred Jackson terminating WWB as his legal counsel. |
| Alfred Jackson<br><br>(written statement in form of affidavit) | Mr. Jackson had knowledge of when he terminated Bruntjen's legal representation; when he hired WWB defendants; when he fired WWB defendants (see Notice of Termination of Counsel and (2) an affidavit signed by Alfred Jackson, both filed in In re the Estate of Prince Rogers Nelson, Court File No.: 10-PR-46, in the State of Minnesota, Carver County, First Judicial District Court Probation Division. Exhibits 13 & 14 to the Verified Complaint.) He had knowledge of his relationship with Raffles and Raffles' undue influence on Alfred and Alfred's siblings; Raffles' relationship with WWB Defendants; the Primary Wave agreement facilitated by Raffles. |

| | |
|---|---|
| Eric Magnuson (no written statement) | Mr. Magnuson has knowledge of Primary Wave's relationship with Raffles and Primary Wave's interest in the Prince estate. |

Discovery and investigation are ongoing. Plaintiff will supplement these responses as more information becomes available and apparent.

**SUPPLMENTAL RESPONSE: Plaintiff has no information to supplement this response.**

**<u>INTERROGATORY 2.</u>** State the basis, and identify all supporting witnesses and documentation, for your contention that the WWB Defendants were not representing Alfred Jackson as his counsel at the time that the lawsuit was filed against you in the U.S. District Court for the Western District of Missouri ("the Missouri lawsuit").

**RESPONSE:** The fact that WWB Defendants did not represent Alfred Jackson at the time that the Missouri lawsuit was filed is evidenced by the writings of Alfred Jackson himself, in correspondence from Alfred to WWB defendents in which Alfred terminates WWB's representation (Exhibits 6 & 8 to the Verified Complaint) and in an (1) a Notice of Termination of Counsel and (2) an affidavit signed by Alfred Jackson, both filed in In re the Estate of Prince Rogers Nelson, Court File No.: 10-PR-46, in the State of Minnesota, Carver County, First Judicial District Court Probation Division. (Exhibits 13 & 14 to the Verified Complaint.) Also see response to Interrogatory 1 herein and the Verified Complaint.

**SUPPLEMENTAL RESPONSE: Plaintiff has nothing to supplement.**

**<u>INTERROGATORY 3.</u>** State the basis, and identify all supporting witnesses and documentation, for your contention that the WWB Defendants conspired with Raffles Van Exel to defame you, tortiously interfere with your contract, or tortiously interfere with your prospective economic advantage.

**RESPONSE:** See the Verified Complaint and Exhibit and Responses to Interrogatories 1 and 2 herein.

**SUPPLEMENTAL RESPONSE: Plaintiff states that Raffles who is a self-proclaimed fraudster set out to conspire with attorneys he worked with and hired to take his client, Alfred Jackson. The group prepared a knowingly false complaint alleging theft and other crimes that were never proven in court. Raffles and the WWB Defendants were motivated by the prospect of obtaining money from the Prince Estate and fame from the case. The witnesses to this action include the officers of the Missouri State Court case including the judge, Minnesota Local Counsel James Selmner, Mark Berg, Raffles, the WWB Defendants, Alfred Jackson, Bruce Jackson, Michael Lythcott, L. Londell McMillan, Van Jones, Judge Kevin Eide, Bremer Trust to Comerica Bank & Trust, and attorneys for Comerica which are unknown at this time. Plaintiff believes that documentation including the termination letter, timing of the termination, banking communications stating that the alleged stolen money was found, the lack of due diligence for the factual allegation made in Rule 11 pleadings, and documents to be gathered by other parties not in possession of Plaintiff lead to conpriacy. The contents of the alleged statements cannot be proven and Plaintiff should not be required to provide documents that the statements were not defamatory. Indeed, the statement made to the court and publized are not true and impacted Plaintiff's reputation.**

**INTERROGATORY 4.** Identify each and every publication referencing the Missouri lawsuit, including the date and location of such publication.

**RESPONSE:** Plaintiff objects to this interrogatory as overbroad and unduly burdensome to the extent it asks Plaintiff to identify "each and every publication referencing the Missouri

lawsuit." Plaintiff does not and cannot know "each and every publication" that references the Missouri lawsuit. Plaintiff can only know those publications of which he is aware. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

1. The Blast.com February 7, 2019
2. The Democratic Undergroud, March 19, 2019
3. Canada Goose, Feb. 7, 2019
4. Twitter post Feb 7, 2019 and January 31, 2020
5. http://legalnews.com/detroit/1495160
6. https://minnlawyer.com/welcome-ad/?retUrl=/2021/03/01/judge-considers-settlements-involving-prince-heirs-estate/
7. https://www.law360.com/articles/1303960/attys-accused-of-defaming-ex-lawyer-for-prince-s-sibling
8. https://www.rhymeswithsnitch.com/2021/03/raffles-van-exel-accused-of-trying-to.html
9. https://www.pacermonitor.com/public/case/26936141/Jackson_v_Bruntjen
10. https://www.law360.com/articles/1324184/ex-atty-for-prince-s-sibling-seeks-to-save-defamation-suit

**SUPPLEMENTAL RESPONSE: Plaintiff has nothing to supplement.**

**<u>INTERROGATORY 5.</u>** Identify each employer for whom you have worked during the period of January 1, 2011 to the present, specifying for each the nature of employment, the period for which you were employed, the exact wage, salary or commission that you were earning, and the number of hours worked per day and per week. To the extent that you were self-employed, please provide information regarding your annual income from legal work.

**RESPONSE:**

**2011 - 2012 Ramsey County Public Defenders Office (non-lawyer) $14-$15 per hour;**

**2012 - 2013 Gerald Miller & Associates (Part-time $2,000-$3,000 per month);**

**2013-Present Self-Employed (The range goes from $75,000-$250,000 – In 2021, Plaintiff made approximately $700,000 resulting from a fee resolution from 3 years of work).**

**The range of hours per day is impossible to quantify over the years. However, Plaintiff worked 1800 plus hours a year working as an attorney.**

**See also Response to Interrogatory 8 herein.**

**<u>INTERROGATORY 6.</u>** Identify the legal cases that you have handled as an attorney during the period of January 1, 2011 to the present, including the number of cases each year, specifying for each case the type of case handled, in which court the case was located, and the outcome of each case.

**SUPPLEMENTAL RESPONSE:**

**During the time Plaintiff worked for Ramsey County Public Defenders Office, Plaintiff worked more than 2000 cases ranges from petty misdeaonors to felonies including but not limited to criminal fraud, identify theft, wire fraud, and crimes of moral turpitude.**

**From 2012 – 2013, Plaintiff worked on defense litigation in criminal defense working with DUI cases and implied consent actions. Plaintiff also represented clients in divorce cases, family cases, contracts, and tort actions. Plaintiff states that he represented more than 100 clients during this time.**

**From 2013-Present, Plaintiff continued his work as a criminal defense attorney. However, he became known in the West, East, and Midwest as a entertainment and sports attorney representing athletes, entertainments, and personalities in their personal and business legal issues. During this years, Plaintiff has worked on more than 500 plus matters and clients. It would be burdensome and impossible to identify each matter for each year Plaintiff worked. Plaintiff further cannot disclose confidential information.**

**Below are cases that were able to be obtained from the Minnesota Court Website that is pertinent to your request. Certain files that were not filed in court or were not litigation files were not able to be obtained.**

**Case Number: 27-CR-21-224172 7 dash C R dash 2 1 dash 2 2 4 1 7**
**Date Filed: 12/06/2021**December 6 2021
**Case Title:** State of Minnesota vs RIGOBERTO IZUCAR ESPITIAState of Minnesota versus RIGOBERTO IZUCAR ESPITIA
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Open
*Defendant*
**IZUCAR ESPITIA, RIGOBERTO**
Date of birth, May 18 1978DOB: 05/18/1978
**Charges**
List with 2 charges

**Count 1**
**1**

Criminal Sex Conduct-1st Degree-Penetration -Victim Under 16-Signif Rel-Multiple Acts Over TimeCriminal Sex Conduct-1st Degree-Penetration -Victim Under 16-Signif Rel-Multiple Acts Over Time
**Statute:** 609.342.1(h)(iii)
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Criminal Sexual Conduct-1st Degree-Penalty-Stat Max (609.342.2(a)); Criminal Sexual Conduct-1st Degree-Penalty-Presumptive 144 mo. (609.342.2(b)); Criminal Sexual Conduct-1st Degree-Subject to conditional release under section 609.3455 (609.342.2(c)); Dangerous Sex Offenders - Presumptive Executed Sentence for Repeat Sex Offenders (609.3455.10)
**Level of Charge:** Felony
**Offense Date:** May 24 201705/24/2017

**Count 2**
**2**

Criminal Sex Conduct-1st Degree-Penetration-Victim 13-15 - Position of AuthorityCriminal Sex Conduct-1st Degree-Penetration-Victim 13-15 - Position of Authority
**Statute:** 609.342.1(b)
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Criminal Sexual Conduct-1st Degree-Penalty-Stat Max (609.342.2(a)); Criminal Sexual Conduct-1st Degree-Penalty-Presumptive 144 mo. (609.342.2(b)); Criminal Sexual Conduct-1st Degree-Subject to conditional release under section 609.3455 (609.342.2(c)); Dangerous Sex Offenders - Presumptive Executed Sentence for Repeat Sex Offenders (609.3455.10)
**Level of Charge:** Felony
**Offense Date:** August 1 201908/01/2019
Select Case
Result 2 of 200
**Case Number: 10-VB-21-29211 0 dash V B dash 2 1 dash 2 9 2 1**
**Date Filed: 10/08/2021**October 8 2021
**Case Title:** State of Minnesota vs NATHAN JAMES FINAZZOState of Minnesota versus NATHAN JAMES FINAZZO
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Carver County

**Case Status:** Open
**Citation Number:** 100021002639
*Defendant*
**FINAZZO, NATHAN JAMES**
Date of birth, July 18 1985DOB: 07/18/1985
**Charges**
List with 1 charge

| **Count 1** <br> **1** |
|---|

Traffic Regulation - Passing on Right When ProhibitedTraffic Regulation - Passing on Right When Prohibited
**Statute:** 169.18.4
**Level of Charge:** Petty Misdemeanor
**Offense Date:** September 29 202109/29/2021
Select Case
Result 3 of 200
**Case Number: 19AV-CR-21-70391 9 A V dash C R dash 2 1 dash 7 0 3 9**
**Date Filed: 08/30/2021**August 30 2021
**Case Title:** State of Minnesota vs DESHUN D GIVANCEState of Minnesota versus DESHUN D GIVANCE
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Dakota, Apple Valley
**Case Status:** Open
**Citation Number:** 190121902170
*Defendant*
**GIVANCE, DESHUN D**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 1 charge

| **Count 1** <br> **1** |
|---|

CR-DISORDERLY CONDUCT-BRAWLING OR FIGHTINGCR-DISORDERLY CONDUCT-BRAWLING OR FIGHTING
**Statute:** 609.72.1(1)
**Level of Charge:** Misdemeanor
**Offense Date:** August 28 202108/28/2021
Select Case
Result 4 of 200
**Case Number: 27-CR-21-155892 7 dash C R dash 2 1 dash 1 5 5 8 9**
**Date Filed: 08/20/2021**August 20 2021
**Case Title:** State of Minnesota vs ANDREW ROSS TAYLORState of Minnesota versus ANDREW ROSS TAYLOR
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Open

*Defendant*
**TAYLOR, ANDREW ROSS**
Date of birth, July 15 1987DOB: 07/15/1987
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - DWI - 3rd Degree - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - 3rd Degree - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** August 14 202108/14/2021

**Count 2**
**2**

Traffic - DWI - 3rd Degree - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - 3rd Degree - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** August 14 202108/14/2021

**Count 3**
**3**

Careless Driving - Operate any vehicle carelessly on street or highwayCareless Driving - Operate any vehicle carelessly on street or highway
**Statute:** 169.13.2(a)
**Level of Charge:** Misdemeanor
**Offense Date:** August 14 202108/14/2021
Select Case
Result 5 of 200
**Case Number: 13-VB-21-31201 3 dash V B dash 2 1 dash 3 1 2 0**
**Date Filed: 08/13/2021**August 13 2021
**Case Title:** State of Minnesota vs NATHAN JAMES FINAZZOState of Minnesota versus NATHAN JAMES FINAZZO
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Chisago County
**Case Status:** Open
**Citation Number:** 882103181052
*Defendant*
**FINAZZO, NATHAN JAMES**
Date of birth, July 18 1985DOB: 07/18/1985
**Charges**
List with 1 charge

**Count 1**
**1**

SPEED 70 ZONE 88/70SPEED 70 ZONE 88/70

**Statute:** 169.14.2(a)(4)

**Level of Charge:** Petty Misdemeanor
**Offense Date:** August 12 202108/12/2021
Select Case
Result 6 of 200
**Case Number: 27-CR-21-120052 7 dash C R dash 2 1 dash 1 2 0 0 5**
**Date Filed: 06/28/2021**June 28 2021
**Case Title:** State of Minnesota vs MICHAEL JAMES WOLFState of Minnesota versus MICHAEL JAMES WOLF
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Open
*Defendant*
**WOLF, MICHAEL JAMES**
Date of birth, June 29 1954DOB: 06/29/1954
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - 3rd Degree - 1 Aggravating Factor; Operate Motor Vehicle Under Influence of Alcohol; TraffTraffic - 3rd Degree - 1 Aggravating Factor; Operate Motor Vehicle Under Influence of Alcohol; Traff

**Statute:** 169A.20.1(1)

**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** June 25 202106/25/2021

**Count 2**
**2**

Traffic - 3rd Degree - 1 Aggravating Factor; Operate Motor Vehicle - Alcohol Concentration 0.08 WithTraffic - 3rd Degree - 1 Aggravating Factor; Operate Motor Vehicle - Alcohol Concentration 0.08 With

**Statute:** 169A.20.1(5)

**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** June 25 202106/25/2021

**Count 3**
**3**

Traffic - Careless DrivingTraffic - Careless Driving

**Statute:** 169.13.2(a)

**Level of Charge:** Misdemeanor
**Offense Date:** June 25 202106/25/2021
Select Case
Result 7 of 200
**Case Number: 27-CR-21-115122 7 dash C R dash 2 1 dash 1 1 5 1 2**
**Date Filed: 06/21/2021**June 21 2021
**Case Title:** State of Minnesota vs ARIJIT DASState of Minnesota versus ARIJIT DAS
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Open
**Citation Number:** 273718216937
*Defendant*
**DAS, ARIJIT**
Date of birth, October 7 1980DOB: 10/07/1980
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Level of Charge:** Misdemeanor
**Offense Date:** June 5 202106/05/2021

**Count 2**
**2**

DWI - Fourth-Degree Driving While Impaired; DescribedDWI - Fourth-Degree Driving While Impaired; Described
**Statute:** 169A.27.1
**Level of Charge:** Misdemeanor
**Offense Date:** June 5 202106/05/2021
Select Case
Result 8 of 200
**Case Number: 19HA-CR-21-4411 9 H A dash C R dash 2 1 dash 4 4 1**
**Date Filed: 02/22/2021**February 22 2021
**Case Title:** State of Minnesota vs NICHOLAS FRASER GOBLIRSCHState of Minnesota versus NICHOLAS FRASER GOBLIRSCH
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Dakota, Hastings - Criminal
**Case Status:** Open
*Defendant*
**GOBLIRSCH, NICHOLAS FRASER**
Date of birth, September 21 1968DOB: 09/21/1968
**Charges**
List with 2 charges

**Count 1**
**1**

1st Degree Driving While Impaired (Under the Influence of Alcohol) (Prior Felony Conviction)1st Degree Driving While Impaired (Under the Influence of Alcohol) (Prior Felony Conviction)

**Statute:** 169A.20.1(1)

**Additional Statutes:** Traffic - DWI - First-Degree DWI; previous felony DWI conviction (169A.24.1(2)); Traffic - DWI - First-Degree Driving While Impaired; Criminal Penalty (169A.24.2); Traffic - DWI - Mandatory prison for 36 months-Felonies (169A.276.1(a))
**Level of Charge:** Felony
**Offense Date:** February 19 202102/19/2021

**Count 2**
**2**

1st Degree Driving While Impaired (.08 or More) (Prior Felony Conviction)1st Degree Driving While Impaired (.08 or More) (Prior Felony Conviction)

**Statute:** 169A.20.1(5)

**Additional Statutes:** Traffic - DWI - First-Degree DWI; previous felony DWI conviction (169A.24.1(2)); Traffic - DWI - First-Degree Driving While Impaired; Criminal Penalty (169A.24.2); Traffic - DWI - Mandatory prison for 36 months-Felonies (169A.276.1(a))
**Level of Charge:** Felony
**Offense Date:** February 19 202102/19/2021
Select Case
Result 9 of 200
**Case Number: 27-CV-21-12902 7 dash C V dash 2 1 dash 1 2 9 0**
**Date Filed: 02/02/2021**February 2 2021
**Case Title:** BENJAMIN KARIUKI MWANGI vs Commissioner of Public SafetyBENJAMIN KARIUKI MWANGI versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Open
Select Case
Result 10 of 200
**Case Number: 70-CR-21-197 0 dash C R dash 2 1 dash 1 9**
**Date Filed: 01/04/2021**January 4 2021
**Case Title:** State of Minnesota vs DENIS ARMANDO GARCIA VILLATOROState of Minnesota versus DENIS ARMANDO GARCIA VILLATORO
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Under Court Jurisdiction
**Citation Number:** 700041100101
*Defendant*
**GARCIA VILLATORO, DENIS ARMANDO**
Date of birth, September 8 1985DOB: 09/08/1985
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Convicted
**Disposition Date:** January 6 202201/06/2022
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** January 1 202101/01/2021

**Count 2**
**2**

DWI-3RD DEG-UI ALCOHOL-MOTOR VEHICLEDWI-3RD DEG-UI ALCOHOL-MOTOR VEHICLE

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** January 6 202201/06/2022
**Level of Charge:** Gross Misdemeanor
**Offense Date:** January 1 202101/01/2021
Select Case
Result 11 of 200
**Case Number: 27-CR-20-276002 7 dash C R dash 2 0 dash 2 7 6 0 0**
**Date Filed: 12/29/2020**December 29 2020
**Case Title:** State of Minnesota vs BENJAMIN KARIUKI MWANGIState of Minnesota versus BENJAMIN KARIUKI MWANGI
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Case Status:** Open
*Defendant*
**MWANGI, BENJAMIN KARIUKI**
Date of birth, March 3 1956DOB: 03/03/1956
**Charges**
List with 1 charge

**Count 1**
**1**

Leaving the Scene of an AccidentLeaving the Scene of an Accident

**Statute:** 169.09.5

**Additional Statute:** Traffic Collision - No Bodily Harm - Penalty (169.09.14(c))
**Level of Charge:** Misdemeanor
**Offense Date:** December 15 202012/15/2020
Select Case
Result 12 of 200
**Case Number: 27-CR-20-267032 7 dash C R dash 2 0 dash 2 6 7 0 3**
**Date Filed: 12/15/2020**December 15 2020
**Case Title:** State of Minnesota vs BENJAMIN KARIUKI MWANGIState of Minnesota versus BENJAMIN KARIUKI MWANGI

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Case Status:** Open
*Defendant*
**MWANGI, BENJAMIN KARIUKI**
Date of birth, March 3 1956DOB: 03/03/1956
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - DWI - Refuse to submit to chemical test; Breath or test refusal or failureTraffic - DWI - Refuse to submit to chemical test; Breath or test refusal or failure
**Statute:** 169A.20.2(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Refuse to submit to chemical test (169A.26.1(b))
**Level of Charge:** Gross Misdemeanor
**Offense Date:** December 15 202012/15/2020

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** December 15 202012/15/2020

**Count 3**
**3**

Damage to Property - 3rd Degree - Reduce Value $501-$1000Damage to Property - 3rd Degree - Reduce Value $501-$1000
**Statute:** 609.595.2(a)(1)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** December 15 202012/15/2020
Select Case
Result 13 of 200
**Case Number: 27-VB-20-1856792 7 dash V B dash 2 0 dash 1 8 5 6 7 9**
**Date Filed: 10/13/2020**October 13 2020
**Case Title:** State of Minnesota vs NATHAN JAMES FINAZZOState of Minnesota versus NATHAN JAMES FINAZZO
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Under Court Jurisdiction
**Citation Number:** 272318217155
*Defendant*
**FINAZZO, NATHAN JAMES**
Date of birth, July 18 1985DOB: 07/18/1985
**Charges**

List with 1 charge

| Count 1<br>1 |
|---|

Traffic regulation - unlawful passing - against signsTraffic regulation - unlawful passing - against signs

**Statute:** 169.18.5(b)(3)

**Disposition:** Continued for dismissal
**Disposition Date:** March 15 202103/15/2021
**Level of Charge:** Petty Misdemeanor
**Offense Date:** October 8 202010/08/2020
Select Case
Result 14 of 200
**Case Number: 27-CR-20-154582 7 dash C R dash 2 0 dash 1 5 4 5 8**
**Date Filed: 07/13/2020**July 13 2020
**Case Title:** State of Minnesota vs KATHRYN MARIE STORHOLMState of Minnesota versus KATHRYN MARIE STORHOLM
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Closed
*Defendant*
**STORHOLM, KATHRYN MARIE**
Date of birth, October 19 1979DOB: 10/19/1979
**Charges**
List with 1 charge

| Count 1<br>1 |
|---|

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on AnotherDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on Another

**Statute:** 609.2242.1(2)

**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** September 20 202109/20/2021
**Level of Charge:** Misdemeanor
**Offense Date:** July 12 202007/12/2020
Select Case
Result 15 of 200
**Case Number: 27-CR-20-15072 2 7 dash C R dash 2 0 dash 1 5 0 7 2, Active warrant on case**Active Warrant
**Date Filed: 07/06/2020**July 6 2020
**Case Title:** State of Minnesota vs MICHAEL DANIEL LASKERState of Minnesota versus MICHAEL DANIEL LASKER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Engisch, Nicole A.
**Case Status:** Dormant

*Defendant*
**LASKER, MICHAEL DANIEL**
Date of birth, November 18 1974DOB: 11/18/1974
**Charges**
List with 2 charges

**Count 1**
**1**

Domestic Assault-FelonyDomestic Assault-Felony
**Statute:** 609.2242.4
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Domestic Assault-Felony (609.2242.4)
**Level of Charge:** Felony
**Offense Date:** July 5 202007/05/2020

**Count 2**
**2**

Domestic Assault-FelonyDomestic Assault-Felony
**Statute:** 609.2242.4
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Domestic Assault-Felony (609.2242.4)
**Level of Charge:** Felony
**Offense Date:** July 5 202007/05/2020
Select Case
Result 16 of 200
**Case Number: 62SU-CR-20-18256 2 S U dash C R dash 2 0 dash 1 8 2 5**
**Date Filed: 06/24/2020**June 24 2020
**Case Title:** State of Minnesota vs CHRISTOPHER CHARLES BLACKState of Minnesota versus CHRISTOPHER CHARLES BLACK
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Judicial Team 5, Ramsey
**Case Status:** Open
*Defendant*
**BLACK, CHRISTOPHER CHARLES**
Date of birth, September 9 1986DOB: 09/09/1986
**Charges**
List with 2 charges

**Count 1**
**1**

Third Degree DWI-Under the Influence of AlcoholThird Degree DWI-Under the Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Level of Charge:** Gross Misdemeanor
**Offense Date:** June 21 202006/21/2020

**Count 2**

**2**

Third Degree DWI .08 or more within 2 hours of drivingThird Degree DWI .08 or more within 2 hours of driving

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a))
**Level of Charge:** Gross Misdemeanor
**Offense Date:** June 21 202006/21/2020
Select Case
Result 17 of 200
**Case Number: 02-CR-20-16290 2 dash C R dash 2 0 dash 1 6 2 9**
**Date Filed: 03/16/2020**March 16 2020
**Case Title:** State of Minnesota vs Taylor Marie GagnonState of Minnesota versus Taylor Marie Gagnon
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Under Court Jurisdiction
*Defendant*
**Gagnon, Taylor Marie**
Date of birth, January 27 1994DOB: 01/27/1994
**Charges**
List with 1 charge

**Count 1**
**1**

Controlled Substance Crime in the 5th Degree (Possession) (Sch I, II, III, or IV/Except Small AmountControlled Substance Crime in the 5th Degree (Possession) (Sch I, II, III, or IV/Except Small Amount

**Statute:** 152.025.2(1)

**Additional Statute:** Drugs - 5th Degree Controlled Substance - Sale or possession (152.025.4(b))
**Disposition:** Statutory stay of adjudication
**Disposition Date:** March 12 202103/12/2021
**Level of Charge:** Felony
**Offense Date:** July 6 201907/06/2019
Select Case
Result 18 of 200
**Case Number: 10-CR-20-2321 0 dash C R dash 2 0 dash 2 3 2**
**Date Filed: 03/05/2020**March 5 2020
**Case Title:** State of Minnesota vs CARESSA SCHURMANN BARTHState of Minnesota versus CARESSA SCHURMANN BARTH
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Carver County
**Case Status:** Under Court Jurisdiction
*Defendant*
**BARTH, CARESSA SCHURMANN**
Date of birth, December 12 1985DOB: 12/12/1985

**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Convicted
**Disposition Date:** May 27 202105/27/2021
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** March 4 202003/04/2020

**Count 2**
**2**

Motor Vehicle Registration - Operate Unregistered Vehicle/Without Plates on Public Streets/HighwaysMotor Vehicle Registration - Operate Unregistered Vehicle/Without Plates on Public Streets/Highways

**Statute:** 168.09.1

**Additional Statute:** Motor Vehicle Registration - Penalty and reregistration schedule (168.013.3(d))
**Disposition:** Dismissed
**Disposition Date:** May 27 202105/27/2021
**Level of Charge:** Misdemeanor
**Offense Date:** March 4 202003/04/2020
Select Case
Result 19 of 200
**Case Number: 27-CV-19-206962 7 dash C V dash 1 9 dash 2 0 6 9 6**
**Date Filed: 12/17/2019**December 17 2019
**Case Title:** MATTHEW PAUL BECK vs Commissioner of Public SafetyMATTHEW PAUL BECK versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 20 of 200
**Case Number: 27-CR-19-308682 7 dash C R dash 1 9 dash 3 0 8 6 8**
**Date Filed: 12/16/2019**December 16 2019
**Case Title:** State of Minnesota vs KAELA GRAYCE HOLMBERGState of Minnesota versus KAELA GRAYCE HOLMBERG
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Under Court Jurisdiction
*Defendant*
**HOLMBERG, KAELA GRAYCE**
Date of birth, April 4 1991DOB: 04/04/1991

**Charges**
List with 3 charges

**Count 1**
**1**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - 3RD DEGREETRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - 3RD DEGREE

**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** December 4 202012/04/2020
**Level of Charge:** Gross Misdemeanor
**Offense Date:** December 13 201912/13/2019

**Count 2**
**2**

DWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-THIRD DEGREEDWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-THIRD DEGREE

**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** December 4 202012/04/2020
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** December 13 201912/13/2019

**Count 3**
**3**

TRAFFIC - CARELESS DRIVING - Operate any vehicle carelessly on street or highwayTRAFFIC - CARELESS DRIVING - Operate any vehicle carelessly on street or highway

**Statute:** 169.13.2(a)
**Disposition:** Dismissed
**Disposition Date:** December 4 202012/04/2020
**Level of Charge:** Misdemeanor
**Offense Date:** December 13 201912/13/2019
Select Case
Result 21 of 200
**Case Number: 27-CR-19-307112 7 dash C R dash 1 9 dash 3 0 7 1 1**
**Date Filed: 12/13/2019**December 13 2019
**Case Title:** State of Minnesota vs MATTHEW PAUL BECKState of Minnesota versus MATTHEW PAUL BECK
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Case Status:** Under Court Jurisdiction
**Citation Number:** 270119210152

*Defendant*
**BECK, MATTHEW PAUL**
Date of birth, September 6 1971DOB: 09/06/1971
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** April 27 202104/27/2021
**Level of Charge:** Misdemeanor
**Offense Date:** December 13 201912/13/2019

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** April 27 202104/27/2021
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** December 13 201912/13/2019
Select Case
Result 22 of 200
**Case Number: 52-CR-19-4345 2 dash C R dash 1 9 dash 4 3 4**
**Date Filed: 11/20/2019**November 20 2019
**Case Title:** State of Minnesota vs Jessica Anne JohansenState of Minnesota versus Jessica Anne Johansen
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Nicollet County
**Judicial Officer:** Westphal, Todd William
**Case Status:** Under Court Jurisdiction
*Defendant*
**Johansen, Jessica Anne**
Date of birth, December 10 1986DOB: 12/10/1986
**Charges**
List with 7 charges

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana

**Statute:** 152.025.2(1)
**Additional Statute:** Drugs - 5th Degree Controlled Substance - Sale or possession (152.025.4(b))
**Disposition:** Dismissed
**Disposition Date:** January 4 202101/04/2021
**Level of Charge:** Felony
**Offense Date:** October 2 201910/02/2019

**Count 2**
**2**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana
**Statute:** 152.025.2(1)
**Additional Statute:** Drugs - 5th Degree Controlled Substance - Conviction under Subd 2(1) previously not convicted (152.025.4(a))
**Disposition:** Statutory stay of adjudication
**Disposition Date:** January 4 202101/04/2021
**Level of Charge:** Gross Misdemeanor
**Offense Date:** October 2 201910/02/2019

**Count 3**
**3**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statutes:** DWI; Aggravating factor. (169A.03.3); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** January 4 202101/04/2021
**Level of Charge:** Gross Misdemeanor
**Offense Date:** October 2 201910/02/2019

**Count 4**
**4**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statutes:** DWI; Aggravating factor. (169A.03.3); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** January 4 202101/04/2021
**Level of Charge:** Gross Misdemeanor
**Offense Date:** October 2 201910/02/2019

**Count 5**
**5**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Dismissed
**Disposition Date:** January 4 202101/04/2021
**Level of Charge:** Misdemeanor
**Offense Date:** October 2 201910/02/2019

**Count 6**
**6**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Convicted
**Disposition Date:** November 10 202011/10/2020
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** October 2 201910/02/2019

**Count 7**
**7**

Drugs - Possession of Drug Paraphernalia - Use or Possession ProhibitedDrugs - Possession of Drug Paraphernalia - Use or Possession Prohibited
**Statute:** 152.092(a)
**Additional Statute:** Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited (152.092(a))
**Disposition:** Dismissed
**Disposition Date:** January 4 202101/04/2021
**Level of Charge:** Petty Misdemeanor
**Offense Date:** October 2 201910/02/2019
Select Case
Result 23 of 200
**Case Number: 27-CR-19-272602 7 dash C R dash 1 9 dash 2 7 2 6 0**
**Date Filed: 11/04/2019**November 4 2019
**Case Title:** State of Minnesota vs DANIEL AARON DUTTONState of Minnesota versus DANIEL AARON DUTTON
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Under Court Jurisdiction
*Defendant*
**DUTTON, DANIEL AARON**
Date of birth, July 23 1985DOB: 07/23/1985
**Charges**
List with 2 charges

**Count 1**
**1**

DWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-THIRD DEGREEDWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-THIRD DEGREE

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Convicted

**Disposition Date:** July 28 202007/28/2020

**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor

**Offense Date:** September 27 201909/27/2019

**Count 2**
**2**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - 3RD DEGREETRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - 3RD DEGREE

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Dismissed

**Disposition Date:** July 28 202007/28/2020

**Level of Charge:** Gross Misdemeanor

**Offense Date:** September 27 201909/27/2019

Select Case

Result 24 of 200

**Case Number: 71-CR-19-14197 1 dash C R dash 1 9 dash 1 4 1 9**

**Date Filed: 10/30/2019**October 30 2019

**Case Title:** State of Minnesota vs TREVOR WILLIAM ANDREWSState of Minnesota versus TREVOR WILLIAM ANDREWS

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory

**Location:** Sherburne County

**Judicial Officer:** Kaminsky, Walter

**Case Status:** Closed

**Citation Number:** 881904010222

*Defendant*

**ANDREWS, TREVOR WILLIAM**

Date of birth, August 22 1993DOB: 08/22/1993

**Charges**

List with 2 charges

**Count 1**
**1**

UNSAFE PASSING ON SHOULDERUNSAFE PASSING ON SHOULDER

**Statute:** 169.18.4(4)

**Disposition:** Convicted

**Disposition Date:** May 3 202105/03/2021

**Level of Sentence:** Convicted of a Petty MisdemeanorConvicted of a Petty Misdemeanor

**Offense Date:** October 28 201910/28/2019

**Count 2**
**2**

RECKLESS DRIVING; CONSCIOUSLY DISREGARDING A SUBST. OR UNJUSTIFIABLE RISKRECKLESS DRIVING; CONSCIOUSLY DISREGARDING A SUBST. OR UNJUSTIFIABLE RISK

**Statute:** 169.13.1(a)

**Disposition:** Dismissed
**Disposition Date:** May 3 202105/03/2021
**Level of Charge:** Misdemeanor
**Offense Date:** October 28 201910/28/2019
Select Case
Result 25 of 200
**Case Number: 27-CR-19-247762 7 dash C R dash 1 9 dash 2 4 7 7 6**
**Date Filed: 10/07/2019**October 7 2019
**Case Title:** State of Minnesota vs MATTHEW SCOTT FISCHERState of Minnesota versus MATTHEW SCOTT FISCHER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Under Court Jurisdiction
*Defendant*
**FISCHER, MATTHEW SCOTT**
Date of birth, September 8 1988DOB: 09/08/1988
**Charges**
List with 2 charges

**Count 1**
**1**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - 3RD DEGREETRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - 3RD DEGREE

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** January 28 202001/28/2020
**Level of Charge:** Gross Misdemeanor
**Offense Date:** July 17 201907/17/2019

**Count 2**
**2**

DWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-THIRD DEGREEDWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-THIRD DEGREE

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** January 28 202001/28/2020

**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** July 17 201907/17/2019
Select Case
Result 26 of 200
**Case Number: 27-CV-19-164582 7 dash C V dash 1 9 dash 1 6 4 5 8**
**Date Filed: 09/30/2019**September 30 2019
**Case Title:** DANIEL AARON DUTTON vs Commissioner of Public SafetyDANIEL AARON DUTTON versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 27 of 200
**Case Number: 62-CR-19-64386 2 dash C R dash 1 9 dash 6 4 3 8**
**Date Filed: 08/28/2019**August 28 2019
**Case Title:** State of Minnesota vs Deshun Dorvell GivanceState of Minnesota versus Deshun Dorvell Givance
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Downtown
**Judicial Officer:** Judicial Team 1, Ramsey
**Case Status:** Open
*Defendant*
**Givance, Deshun Dorvell**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 2 charges

**Count 1**
**1**

Assault-2nd Degree-Dangerous Weapon-Substantial Bodily HarmAssault-2nd Degree-Dangerous Weapon-Substantial Bodily Harm
**Statute:** 609.222.2
**Level of Charge:** Felony
**Offense Date:** April 20 201904/20/2019

**Count 2**
**2**

Terroristic Threats-Reckless Disregard RiskTerroristic Threats-Reckless Disregard Risk
**Statute:** 609.713.1
**Level of Charge:** Felony
**Offense Date:** April 20 201904/20/2019
Select Case
Result 28 of 200
**Case Number: 62-CR-19-64406 2 dash C R dash 1 9 dash 6 4 4 0**
**Date Filed: 08/28/2019**August 28 2019
**Case Title:** State of Minnesota vs Deshun Dorvell GivanceState of Minnesota versus Deshun Dorvell Givance

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Downtown
**Judicial Officer:** Judicial Team 1, Ramsey
**Case Status:** Open
*Defendant*
**Givance, Deshun Dorvell**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 1 charge

| **Count 1** <br> **1** |
|---|

Domestic Assault - By StrangulationDomestic Assault - By Strangulation
**Statute:** 609.2247.2
**Level of Charge:** Felony
**Offense Date:** March 27 201903/27/2019
Select Case
Result 29 of 200
**Case Number: 62-CR-19-64416 2 dash C R dash 1 9 dash 6 4 4 1**
**Date Filed: 08/28/2019**August 28 2019
**Case Title:** State of Minnesota vs Deshun Dorvell GivanceState of Minnesota versus Deshun Dorvell Givance
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Downtown
**Judicial Officer:** Judicial Team 1, Ramsey
**Case Status:** Open
*Defendant*
**Givance, Deshun Dorvell**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 1 charge

| **Count 1** <br> **1** |
|---|

Assault-3rd Degree-Substantial Bodily HarmAssault-3rd Degree-Substantial Bodily Harm
**Statute:** 609.223.1
**Level of Charge:** Felony
**Offense Date:** July 28 201907/28/2019
Select Case
Result 30 of 200
**Case Number: 62-CR-19-64426 2 dash C R dash 1 9 dash 6 4 4 2**
**Date Filed: 08/28/2019**August 28 2019
**Case Title:** State of Minnesota vs Deshun Dorvell GivanceState of Minnesota versus Deshun Dorvell Givance
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Downtown
**Judicial Officer:** Judicial Team 1, Ramsey
**Case Status:** Open

*Defendant*
**Givance, Deshun Dorvell**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 1 charge

**Count 1**
**1**

Criminal Sex Conduct-3rd Degree-Force or CoercionCriminal Sex Conduct-3rd Degree-Force or Coercion

**Statute:** 609.344.1(c)

**Level of Charge:** Felony
**Offense Date:** April 1 201904/01/2019
Select Case
Result 31 of 200
**Case Number: 62SU-CR-19-31316 2 S U dash C R dash 1 9 dash 3 1 3 1**
**Date Filed: 08/26/2019**August 26 2019
**Case Title:** State of Minnesota vs DESHUN DORVELL GIVANCE, Jr.State of Minnesota versus DESHUN DORVELL GIVANCE, Jr.
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Judicial Team 5, Ramsey
**Case Status:** Open
**Citation Number:** 620019542938
*Defendant*
**GIVANCE, DESHUN DORVELL, Jr.**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 3 charges

**Count 1**
**1**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on AnotheDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on Anothe

**Statute:** 609.2242.1(2)

**Level of Charge:** Misdemeanor
**Offense Date:** August 26 201908/26/2019

**Count 2**
**2**

Domestic Assault-Misdemeanor-Commits Act to Cause Fear of Immediate Bodily Harm or DeathDomestic Assault-Misdemeanor-Commits Act to Cause Fear of Immediate Bodily Harm or Death

**Statute:** 609.2242.1(1)

**Additional Statute:** Domestic Assault-Misdemeanor-Commits Act to Cause Fear of Immediate Bodily Harm or Death (609.2242.1(1))
**Level of Charge:** Misdemeanor
**Offense Date:** August 26 201908/26/2019

| Count 3<br>3 |
|---|

Assault-5th Degree-Fear of Bodily Harm or DeathAssault-5th Degree-Fear of Bodily Harm or Death

**Statute:** 609.224.1(1)

**Additional Statute:** Assault-5th Degree-Misdemeanor (609.224.1)
**Level of Charge:** Misdemeanor
**Offense Date:** August 26 201908/26/2019
Select Case
Result 32 of 200
**Case Number: 62-CR-19-60146 2 dash C R dash 1 9 dash 6 0 1 4**
**Date Filed: 08/13/2019**August 13 2019
**Case Title:** State of Minnesota vs Marcos Roberto JimenezState of Minnesota versus Marcos Roberto Jimenez
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Downtown
**Judicial Officer:** Aligada, Reynaldo , Jr.
**Case Status:** Under Court Jurisdiction
*Defendant*
**Jimenez, Marcos Roberto**
Date of birth, October 1 1983DOB: 10/01/1983
**Charges**
List with 2 charges

| Count 1<br>1 |
|---|

3rd Degree DWI - Operate Motor Vehicle Under Influence of Alcohol3rd Degree DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Disposition:** Convicted
**Disposition Date:** January 13 202001/13/2020
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** July 26 201907/26/2019

| Count 2<br>2 |
|---|

2nd Degree DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours2nd Degree DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Dismissed
**Disposition Date:** January 13 202001/13/2020
**Level of Charge:** Gross Misdemeanor
**Offense Date:** July 26 201907/26/2019
Select Case
Result 33 of 200
**Case Number: 62-CV-19-57656 2 dash C V dash 1 9 dash 5 7 6 5**
**Date Filed: 08/09/2019**August 9 2019

**Case Title:** Langley Sara Denton vs. One 2014 Ford Fiesta, VIN: 3FADP4EJ8EM114523, License Plate: 673 WTALangley Sara Denton versus One 2014 Ford Fiesta, VIN: 3FADP4EJ8EM114523, License Plate: 673 WTA
**Case Type:** Forfeiture
**Location:** Ramsey Civil
**Judicial Officer:** Castro, Leonardo
**Case Status:** Closed
Select Case
Result 34 of 200
**Case Number: 27-CV-19-132482 7 dash C V dash 1 9 dash 1 3 2 4 8**
**Date Filed: 08/05/2019**August 5 2019
**Case Title:** CESAR COLYN FERNANDEZ vs Commissioner of Public SafetyCESAR COLYN FERNANDEZ versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 35 of 200
**Case Number: 27-CV-19-128932 7 dash C V dash 1 9 dash 1 2 8 9 3**
**Date Filed: 07/30/2019**July 30 2019
**Case Title:** Arne Cook, Montgomery Realty Advisors, LLC, Douglas Seylar as Trustee of the Douglas L. Seylar Revocable Trust, Tiffany Liu, Matthew Moses and Coralie Carrier Clerambault, directly and derivatively on behalf of Camaronal Harmonic Farms, LLC vs Joseph Reece and Harmonic Farms, LLCArne Cook, Montgomery Realty Advisors, LLC, Douglas Seylar as Trustee of the Douglas L. Seylar Revocable Trust, Tiffany Liu, Matthew Moses and Coralie Carrier Clerambault, directly and derivatively on behalf of Camaronal Harmonic Farms, LLC versus Joseph Reece and Harmonic Farms, LLC
**Case Type:** Receivership
**Location:** Hennepin Civil
**Judicial Officer:** Miller, Laurie J.
**Case Status:** Closed
Select Case
Result 36 of 200
**Case Number: 27-CR-19-166072 7 dash C R dash 1 9 dash 1 6 6 0 7**
**Date Filed: 07/13/2019**July 13 2019
**Case Title:** State of Minnesota vs CESAR COLYN FERNANDEZState of Minnesota versus CESAR COLYN FERNANDEZ
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Closed
**Citation Number:** 271219201866
*Defendant*
**FERNANDEZ, CESAR COLYN**
Date of birth, November 1 1983DOB: 11/01/1983
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving

**Statute:** 169.13.2

**Disposition:** Convicted
**Disposition Date:** December 9 201912/09/2019
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 13 201907/13/2019

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Dismissed
**Disposition Date:** December 9 201912/09/2019
**Level of Charge:** Misdemeanor
**Offense Date:** July 13 201907/13/2019

**Count 3**
**3**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Disposition:** Dismissed
**Disposition Date:** December 9 201912/09/2019
**Level of Charge:** Misdemeanor
**Offense Date:** July 13 201907/13/2019
Select Case
Result 37 of 200

**Case Number: 27-CR-19-129022 7 dash C R dash 1 9 dash 1 2 9 0 2**

**Date Filed: 06/04/2019**June 4 2019
**Case Title:** State of Minnesota vs MATTHEW MICHAEL HAGBERGState of Minnesota versus MATTHEW MICHAEL HAGBERG
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Case Status:** Under Court Jurisdiction

*Defendant*

**HAGBERG, MATTHEW MICHAEL**
Date of birth, August 11 1979DOB: 08/11/1979

**Charges**

List with 3 charges

**Count 1**
**1**

Drivers' Licenses - Driving Restrictions; violations.Drivers' Licenses - Driving Restrictions; violations.

**Statute:** 171.09.1(f)(1)

**Additional Statute:** Drivers' Licenses - Driving Restrictions--Alcohol/Controlled Substance;Violations (171.09.1(f)(1))
**Disposition:** Dismissed
**Disposition Date:** November 5 201911/05/2019
**Level of Charge:** Gross Misdemeanor
**Offense Date:** May 28 201905/28/2019

**Count 2**
**2**

Traffic - DWI - Fourth-Degree Driving While Impaired - Under Influence of AlcoholTraffic - DWI - Fourth-Degree Driving While Impaired - Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statutes:** Traffic - DWI - Sentencing Statute Reference (169A.20.3); Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Dismissed
**Disposition Date:** November 5 201911/05/2019
**Level of Charge:** Misdemeanor
**Offense Date:** May 28 201905/28/2019

**Count 3**
**3**

Traffic - DWI - Fourth-Degree Driving While Impaired - Alcohol Concentration 0.08 or More Within 2 HTraffic - DWI - Fourth-Degree Driving While Impaired - Alcohol Concentration 0.08 or More Within 2 H

**Statute:** 169A.20.1(5)

**Additional Statutes:** Traffic - DWI - Sentencing Statute Reference (169A.20.3); Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Convicted
**Disposition Date:** November 5 201911/05/2019
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** May 28 201905/28/2019
Select Case
Result 38 of 200
**Case Number: 27-CV-19-41522 7 dash C V dash 1 9 dash 4 1 5 2**
**Date Filed: 03/18/2019**March 18 2019
**Case Title:** ROBERT JEROME OSTROV vs Commissioner of Public SafetyROBERT JEROME OSTROV versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 39 of 200
**Case Number: 27-CR-19-30832 7 dash C R dash 1 9 dash 3 0 8 3**
**Date Filed: 02/05/2019**February 5 2019
**Case Title:** State of Minnesota vs CALVIN RUBEN HARRIS, Jr.State of Minnesota versus CALVIN RUBEN HARRIS, Jr.
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown

**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
*Defendant*
**HARRIS, CALVIN RUBEN, Jr.**
Date of birth, October 4 1972DOB: 10/04/1972
**Charges**
List with 2 charges

**Count 1**
**1**

Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of ViolencePossess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence
**Statute:** 624.713.1(2)
**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm-Felon Convicted Crime of Violence (609.11.5(b)); Possesses any type of firearm/ammo - Crime of Violence - ineligible under 624.713.1(2) (624.713.2(b))
**Disposition:** Convicted
**Disposition Date:** April 16 201904/16/2019
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** February 3 201902/03/2019

**Count 2**
**2**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon
**Statute:** 609.222.1
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)
**Disposition:** Dismissed
**Disposition Date:** April 16 201904/16/2019
**Level of Charge:** Felony
**Offense Date:** February 3 201902/03/2019
Select Case
Result 40 of 200
**Case Number: 27-CR-18-302272 7 dash C R dash 1 8 dash 3 0 2 2 7**
**Date Filed: 12/13/2018**December 13 2018
**Case Title:** State of Minnesota vs ROBERT JEROME OSTROVState of Minnesota versus ROBERT JEROME OSTROV
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Closed
*Defendant*
**OSTROV, ROBERT JEROME**
Date of birth, February 27 1984DOB: 02/27/1984
**Charges**
List with 2 charges

**Count 1**

**1**

Traffic - Careless DrivingTraffic - Careless Driving

**Statute:** 169.13.2

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Convicted

**Disposition Date:** February 18 202002/18/2020

**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor

**Offense Date:** December 12 201812/12/2018

**Count 2**
**2**

Drugs - Possess/Sale Small Amount of Marijuana - No RemunerationDrugs - Possess/Sale Small Amount of Marijuana - No Remuneration

**Statute:** 152.027.4(a)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Convicted

**Disposition Date:** February 18 202002/18/2020

**Level of Sentence:** Convicted of a Petty MisdemeanorConvicted of a Petty Misdemeanor

**Offense Date:** December 12 201812/12/2018

Select Case

Result 41 of 200

**Case Number: 27-CV-18-199392 7 dash C V dash 1 8 dash 1 9 9 3 9**

**Date Filed: 12/11/2018**December 11 2018

**Case Title:** SPENCER SAMUEL MEANS vs Commissioner of Public SafetySPENCER SAMUEL MEANS versus Commissioner of Public Safety

**Case Type:** Implied Consent

**Location:** Hennepin Civil

**Case Status:** Closed

Select Case

Result 42 of 200

**Case Number: 27-CV-18-197152 7 dash C V dash 1 8 dash 1 9 7 1 5**

**Date Filed: 12/06/2018**December 6 2018

**Case Title:** Eric Berg, Eric Berg Consulting, LLC vs Wendy Brown, Allan Brown, A.W. Companies, Inc.Eric Berg, Eric Berg Consulting, LLC versus Wendy Brown, Allan Brown, A.W. Companies, Inc.

**Case Type:** Employment

**Location:** Hennepin Civil

**Judicial Officer:** Robiner, Susan

**Case Status:** Closed

Select Case

Result 43 of 200

**Case Number: 27-CR-18-286562 7 dash C R dash 1 8 dash 2 8 6 5 6**

**Date Filed: 11/21/2018**November 21 2018

**Case Title:** State of Minnesota vs SPENCER SAMUEL MEANSState of Minnesota versus SPENCER SAMUEL MEANS

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Case Status:** Closed
**Citation Number:** 272118204651
*Defendant*
**MEANS, SPENCER SAMUEL**
Date of birth, June 3 1990DOB: 06/03/1990
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - Speeding - Exceed Limit 55/30Traffic - Speeding - Exceed Limit 55/30
**Statute:** 169.14.2(a)
**Disposition:** Dismissed
**Disposition Date:** May 31 201905/31/2019
**Level of Charge:** Petty Misdemeanor
**Offense Date:** November 14 201811/14/2018

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Disposition:** Dismissed
**Disposition Date:** May 31 201905/31/2019
**Level of Charge:** Misdemeanor
**Offense Date:** November 14 201811/14/2018

**Count 3**
**3**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Convicted
**Disposition Date:** May 31 201905/31/2019
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** November 14 201811/14/2018
Select Case
Result 44 of 200
**Case Number: 27-VB-18-340203 2 7 dash V B dash 1 8 dash 3 4 0 2 0 3, Active warrant on case**Active Warrant
**Date Filed: 10/29/2018**October 29 2018
**Case Title:** State of Minnesota vs ROYCE RAYMOND EVANSState of Minnesota versus ROYCE RAYMOND EVANS
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Hennepin Criminal Brookdale
**Case Status:** Dormant
**Citation Number:** 881802720228

*Defendant*
**EVANS, ROYCE RAYMOND**
Date of birth, November 17 1983DOB: 11/17/1983
**Charges**
List with 1 charge

**Count 1**
**1**

CMV - use a hand-held mobile telephone while driving a CMVCMV - use a hand-held mobile telephone while driving a CMV
**Statute:** 49 CFR 392.82(a)(1)
**Level of Charge:** Misdemeanor
**Offense Date:** October 13 201810/13/2018
Select Case
Result 45 of 200
**Case Number: 27-CV-18-130192 7 dash C V dash 1 8 dash 1 3 0 1 9**
**Date Filed: 08/13/2018**August 13 2018
**Case Title:** Kelvin Coker, Clifton Coker vs Prodality, LLC, Parag ShahKelvin Coker, Clifton Coker versus Prodality, LLC, Parag Shah
**Case Type:** Contract
**Location:** Hennepin Civil
**Judicial Officer:** Klein, Joseph R.
**Case Status:** Closed
Select Case
Result 46 of 200
**Case Number: 71-CR-18-11017 1 dash C R dash 1 8 dash 1 1 0 1**
**Date Filed: 08/06/2018**August 6 2018
**Case Title:** State of Minnesota vs Anthony James KrakerState of Minnesota versus Anthony James Kraker
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Schommer, Karen B.
**Case Status:** Closed
*Defendant*
**Kraker, Anthony James**
Date of birth, July 9 1990DOB: 07/09/1990
**Charges**
List with 1 charge

**Count 1**
**1**

Fleeing a Peace Officer in a Motor VehicleFleeing a Peace Officer in a Motor Vehicle
**Statute:** 609.487.3
**Additional Statute:** Fleeing a Peace Officer in a Motor Vehicle (609.487.3)
**Disposition:** Convicted
**Disposition Date:** December 16 201912/16/2019
**Level of Sentence:** Conviction Deemed a Gross Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Gross Misdemeanor Pursuant to Minnesota Statute 609.13

**Offense Date:** August 4 201808/04/2018
Select Case
Result 47 of 200
**Case Number: 02-CR-18-45700 2 dash C R dash 1 8 dash 4 5 7 0**
**Date Filed: 07/10/2018**July 10 2018
**Case Title:** State of Minnesota vs HEATHER JEAN BERGERONState of Minnesota versus HEATHER JEAN BERGERON
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020218102668
*Defendant*
**BERGERON, HEATHER JEAN**
Date of birth, September 29 1986DOB: 09/29/1986
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving
**Statute:** 169.13.2
**Disposition:** Convicted
**Disposition Date:** December 3 201812/03/2018
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 8 201807/08/2018

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed
**Disposition Date:** December 3 201812/03/2018
**Level of Charge:** Misdemeanor
**Offense Date:** July 8 201807/08/2018
Select Case
Result 48 of 200
**Case Number: 82-CR-18-27438 2 dash C R dash 1 8 dash 2 7 4 3**
**Date Filed: 07/06/2018**July 6 2018
**Case Title:** State of Minnesota vs EMILY CORRINE SCHOENECKER-GREERState of Minnesota versus EMILY CORRINE SCHOENECKER-GREER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Washington, Stillwater
**Case Status:** Closed
*Defendant*
**SCHOENECKER-GREER, EMILY CORRINE**
Date of birth, March 27 1995DOB: 03/27/1995
**Charges**

List with 2 charges

**Count 1**
**1**

2nd Degree BAC .16 or more2nd Degree BAC .16 or more

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; 2 or more Aggravating Factors (169A.25.1(a))
**Disposition:** Convicted
**Disposition Date:** April 29 201904/29/2019
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** June 14 201806/14/2018

**Count 2**
**2**

3rd Degree DUI3rd Degree DUI

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a))
**Disposition:** Dismissed
**Disposition Date:** April 29 201904/29/2019
**Level of Charge:** Gross Misdemeanor
**Offense Date:** June 14 201806/14/2018
Select Case
Result 49 of 200
**Case Number: 62SU-VB-18-96076 2 S U dash V B dash 1 8 dash 9 6 0 7**
**Date Filed: 05/25/2018**May 25 2018
**Case Title:** State of Minnesota vs TREVOR WILLIAM ANDREWSState of Minnesota versus TREVOR WILLIAM ANDREWS
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Bastian, Gary W.
**Case Status:** Under Court Jurisdiction
**Citation Number:** 881803300416
*Defendant*
**ANDREWS, TREVOR WILLIAM**
Date of birth, August 22 1993DOB: 08/22/1993
**Charges**
List with 1 charge

**Count 1**
**1**

CMV - Driving a CMV While TextingCMV - Driving a CMV While Texting

**Statute:** 49 CFR 392.80(a)

**Disposition:** Convicted
**Disposition Date:** October 22 201810/22/2018
**Level of Sentence:** Convicted of a Petty MisdemeanorConvicted of a Petty Misdemeanor
**Offense Date:** May 24 201805/24/2018
Select Case

Result 50 of 200
**Case Number: 27-VB-18-1526642 7 dash V B dash 1 8 dash 1 5 2 6 6 4**
**Date Filed: 05/02/2018**May 2 2018
**Case Title:** State of Minnesota vs ZACHARY MICHAEL GAILState of Minnesota versus ZACHARY MICHAEL GAIL
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
**Citation Number:** 881805150210
*Defendant*
**GAIL, ZACHARY MICHAEL**
Date of birth, September 10 1982DOB: 09/10/1982
**Charges**
List with 1 charge

**Count 1**
**1**

Drivers' Licenses - No Drivers License in Possession or Fail to Display Upon RequestDrivers' Licenses - No Drivers License in Possession or Fail to Display Upon Request
**Statute:** 171.08
**Disposition:** Convicted
**Disposition Date:** August 15 201808/15/2018
**Level of Sentence:** Convicted of a Petty MisdemeanorConvicted of a Petty Misdemeanor
**Offense Date:** April 27 201804/27/2018
Select Case
Result 51 of 200
**Case Number: 27-CV-18-67152 7 dash C V dash 1 8 dash 6 7 1 5**
**Date Filed: 04/23/2018**April 23 2018
**Case Title:** Zachary M Gail vs Commissioner of Public SafetyZachary M Gail versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 52 of 200
**Case Number: 27-CR-18-100312 7 dash C R dash 1 8 dash 1 0 0 3 1**
**Date Filed: 04/20/2018**April 20 2018
**Case Title:** State of Minnesota vs ZACHARY MICHAEL GAILState of Minnesota versus ZACHARY MICHAEL GAIL
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Closed
**Citation Number:** 272318207447
*Defendant*
**GAIL, ZACHARY MICHAEL**
Date of birth, September 10 1982DOB: 09/10/1982
**Charges**

List with 3 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Disposition:** Dismissed
**Disposition Date:** January 7 201901/07/2019
**Level of Charge:** Misdemeanor
**Offense Date:** April 11 201804/11/2018

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Convicted
**Disposition Date:** January 7 201901/07/2019
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** April 11 201804/11/2018

**Count 3**
**3**

Traffic Regulation - Vehicle Registration RequiredTraffic Regulation - Vehicle Registration Required

**Statute:** 169.79.1

**Disposition:** Dismissed
**Disposition Date:** January 7 201901/07/2019
**Level of Charge:** Petty Misdemeanor
**Offense Date:** April 11 201804/11/2018
Select Case
Result 53 of 200
**Case Number: 27-CR-18-65232 7 dash C R dash 1 8 dash 6 5 2 3**
**Date Filed: 03/15/2018**March 15 2018
**Case Title:** State of Minnesota vs PAUL ANTHONY DUFOURState of Minnesota versus PAUL ANTHONY DUFOUR
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Reding, Jeannice M.
**Case Status:** Closed
*Defendant*
**DUFOUR, PAUL ANTHONY**
Date of birth, December 3 1968DOB: 12/03/1968
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Combination Any 2 Alcohol/Controlled Substance/Hazardous SubstanceTraffic - DWI - Combination Any 2 Alcohol/Controlled Substance/Hazardous Substance

**Statute:** 169A.20.1(4)

**Additional Statutes:** Traffic - DWI - Sentencing Statute Reference (169A.20.3); Traffic - DWI - First-Degree DWI;w/in 10 yrs of 3 or more qualified prior impaired driving incidents (169A.24.1(1)); Traffic - DWI - First-Degree Driving While Impaired; Criminal Penalty (169A.24.2); Traffic - DWI - Mandatory prison for 36 months-Felonies (169A.276.1(a)); Traffic - DWI - Mandatory prison for 36 months; 5 year Conditional Release-Felonies (169A.276.1(d)); Minimum Fines-Other (609.101.4)
**Disposition:** Convicted
**Disposition Date:** March 25 201903/25/2019
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** March 13 201803/13/2018

**Count 2**
**2**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana

**Statute:** 152.025.2(1)

**Additional Statutes:** Drugs - 5th Degree Controlled Substance - Sale or possession (152.025.4(b)); Minimum Fines-Controlled Substance Offenses (609.101.3)
**Disposition:** Dismissed
**Disposition Date:** September 25 201809/25/2018
**Level of Charge:** Felony
**Offense Date:** March 13 201803/13/2018
Select Case
Result 54 of 200
**Case Number: 27-CV-18-41752 7 dash C V dash 1 8 dash 4 1 7 5**
**Date Filed: 03/15/2018**March 15 2018
**Case Title:** Kristi Rae Williams vs Commissioner of Public SafetyKristi Rae Williams versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 55 of 200
**Case Number: 27-CR-18-63282 7 dash C R dash 1 8 dash 6 3 2 8**
**Date Filed: 03/13/2018**March 13 2018
**Case Title:** State of Minnesota vs Danica Lynn ReitznerState of Minnesota versus Danica Lynn Reitzner
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Case Status:** Closed
**Citation Number:** 273416213780
*Defendant*
**Reitzner, Danica Lynn**
Date of birth, February 17 1991DOB: 02/17/1991

**Charges**
List with 1 charge

**Count 1**
**1**

DWI - Fourth-Degree Driving While Impaired; DescribedDWI - Fourth-Degree Driving While Impaired; Described

**Statute:** 169A.27.1

**Disposition:** Convicted
**Disposition Date:** October 10 201810/10/2018
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** March 10 201803/10/2018
Select Case
Result 56 of 200
**Case Number: 27-CR-18-62072 7 dash C R dash 1 8 dash 6 2 0 7**
**Date Filed: 03/12/2018**March 12 2018
**Case Title:** State of Minnesota vs Kristi Rae WilliamsState of Minnesota versus Kristi Rae Williams
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Under Court Jurisdiction
*Defendant*
**Williams, Kristi Rae**
Date of birth, June 14 1979DOB: 06/14/1979
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** September 13 201809/13/2018
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** March 11 201803/11/2018

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** September 13 201809/13/2018
**Level of Charge:** Gross Misdemeanor

**Offense Date:** March 11 201803/11/2018

**Count 3**
**3**

Traffic - Careless DrivingTraffic - Careless Driving

**Statute:** 169.13.2

**Additional Statute:** Traffic - Careless Driving (169.13.2)
**Disposition:** Dismissed
**Disposition Date:** September 13 201809/13/2018
**Level of Charge:** Misdemeanor
**Offense Date:** March 11 201803/11/2018
Select Case
Result 57 of 200
**Case Number: 70-CR-18-45987 0 dash C R dash 1 8 dash 4 5 9 8**
**Date Filed: 03/12/2018**March 12 2018
**Case Title:** State of Minnesota vs ANGELA MARIE BERLINState of Minnesota versus ANGELA MARIE BERLIN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Under Court Jurisdiction
*Defendant*
**BERLIN, ANGELA MARIE**
Date of birth, October 17 1985DOB: 10/17/1985
**Charges**
List with 4 charges

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana

**Statute:** 152.025.2(1)

**Additional Statute:** Drugs - 5th Degree Controlled Substance - Sale or possession (152.025.4(b))
**Disposition:** Convicted
**Disposition Date:** July 15 201907/15/2019
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** March 11 201803/11/2018

**Count 2**
**2**

Pharmacy - Legend Drugs - Procure/Possess/Control by Deceit, Misrepresentation, or SubterfugePharmacy - Legend Drugs - Procure/Possess/Control by Deceit, Misrepresentation, or Subterfuge

**Statute:** 151.37.8(1)

**Additional Statute:** Pharmacy - Knowingly Purchase/Receive Prescription Drug From Unlicensed (151.46)
**Disposition:** Dismissed
**Disposition Date:** July 15 201907/15/2019
**Level of Charge:** Misdemeanor

**Offense Date:** March 11 201803/11/2018

**Count 3**
**3**

Pharmacy - Possess/Control/Manufacture/Sell/Furnish/Dispense/Dispose of Hypodermic Syringes/NeedlesPharmacy - Possess/Control/Manufacture/Sell/Furnish/Dispense/Dispose of Hypodermic Syringes/Needles

**Statute:** 151.40.1

**Additional Statute:** Pharmacy - Violation of Provisions - Penalty (151.29)
**Disposition:** Dismissed
**Disposition Date:** July 15 201907/15/2019
**Level of Charge:** Misdemeanor
**Offense Date:** March 11 201803/11/2018

**Count 4**
**4**

Possession of Drug ParaphernaliaPossession of Drug Paraphernalia

**Statute:** 152.092(a)

**Additional Statute:** Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited (152.092(a))
**Disposition:** Dismissed
**Disposition Date:** July 15 201907/15/2019
**Level of Charge:** Petty Misdemeanor
**Offense Date:** March 11 201803/11/2018
Select Case
Result 58 of 200
**Case Number: 27-CV-18-38772 7 dash C V dash 1 8 dash 3 8 7 7**
**Date Filed: 03/09/2018**March 9 2018
**Case Title:** Daniel John Giffin vs Commissioner of Public SafetyDaniel John Giffin versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 59 of 200
**Case Number: 27-CR-18-55972 7 dash C R dash 1 8 dash 5 5 9 7**
**Date Filed: 03/04/2018**March 4 2018
**Case Title:** State of Minnesota vs Daniel John GiffinState of Minnesota versus Daniel John Giffin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Closed
**Citation Number:** 271218200852
*Defendant*
**Giffin, Daniel John**
Date of birth, October 11 1986DOB: 10/11/1986
**Charges**
List with 1 charge

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Convicted
**Disposition Date:** February 4 201902/04/2019
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** March 4 201803/04/2018
Select Case
Result 60 of 200
**Case Number: 70-CR-18-31747 0 dash C R dash 1 8 dash 3 1 7 4**
**Date Filed: 02/20/2018**February 20 2018
**Case Title:** State of Minnesota vs MARCEL ALEXANDER JONESState of Minnesota versus MARCEL ALEXANDER JONES
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Closed
**Citation Number:** 700410805004
*Defendant*
**JONES, MARCEL ALEXANDER**
Date of birth, March 17 1987DOB: 03/17/1987
**Charges**
List with 3 charges

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana

**Statute:** 152.025.2(1)

**Additional Statute:** Drugs - 5th Degree Controlled Substance - Conviction under Subd 2(1) previously not convicted (152.025.4(a))
**Disposition:** Dismissed
**Disposition Date:** November 5 201811/05/2018
**Level of Charge:** Gross Misdemeanor
**Offense Date:** February 19 201802/19/2018

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** November 5 201811/05/2018
**Level of Charge:** Gross Misdemeanor
**Offense Date:** February 19 201802/19/2018

**Count 3**
**3**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** November 5 201811/05/2018
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** February 19 201802/19/2018
Select Case
Result 61 of 200
**Case Number: 27-CR-18-4672 7 dash C R dash 1 8 dash 4 6 7**
**Date Filed: 01/05/2018**January 5 2018
**Case Title:** State of Minnesota vs CALVIN RUBEN HARRIS, Jr.State of Minnesota versus CALVIN RUBEN HARRIS, Jr.
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
*Defendant*
**HARRIS, CALVIN RUBEN, Jr.**
Date of birth, October 4 1972DOB: 10/04/1972
**Charges**
List with 3 charges

**Count 1**
**1**

Aggravated Robbery-1st DegreeAggravated Robbery-1st Degree

**Statute:** 609.245.1

**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Aggravated Robbery-1st Degree (609.245.1)
**Disposition:** Dismissed
**Disposition Date:** February 26 201902/26/2019
**Level of Charge:** Felony
**Offense Date:** January 3 201801/03/2018

**Count 2**
**2**

Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of ViolencePossess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence

**Statute:** 624.713.1(2)

**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm-Felon Convicted Crime of Violence (609.11.5(b)); Minimum Sentences of Imprisonment-Applicable Offenses (609.11.9);

Possesses any type of firearm/ammo - Crime of Violence - ineligible under 624.713.1(2) (624.713.2(b))
**Disposition:** Convicted
**Disposition Date:** February 26 201902/26/2019
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** January 3 201801/03/2018

**Count 3**
**3**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon
**Statute:** 609.222.1
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)
**Disposition:** Dismissed
**Disposition Date:** February 26 201902/26/2019
**Level of Charge:** Felony
**Offense Date:** January 3 201801/03/2018
Select Case
Result 62 of 200
**Case Number: 27-CV-17-195322 7 dash C V dash 1 7 dash 1 9 5 3 2**
**Date Filed: 12/22/2017**December 22 2017
**Case Title:** JACOB THEODORE FRANKLIN vs Commissioner of Public SafetyJACOB THEODORE FRANKLIN versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 63 of 200
**Case Number: 70-CR-17-225557 0 dash C R dash 1 7 dash 2 2 5 5 5**
**Date Filed: 12/19/2017**December 19 2017
**Case Title:** State of Minnesota vs MARCEL ALEXANDER JONESState of Minnesota versus MARCEL ALEXANDER JONES
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Closed
**Citation Number:** 700408735301
*Defendant*
**JONES, MARCEL ALEXANDER**
Date of birth, March 17 1987DOB: 03/17/1987
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic Collision - Driver Involved Fails to Stop for Collision - Driven or Attended VehicleTraffic Collision - Driver Involved Fails to Stop for Collision - Driven or Attended Vehicle

**Statute:** 169.09.2
**Disposition:** Dismissed
**Disposition Date:** November 5 201811/05/2018
**Level of Charge:** Misdemeanor
**Offense Date:** December 18 201712/18/2017

**Count 2**
**2**

MOV-Fail to Drive with Due CareMOV-Fail to Drive with Due Care
**Statute:** 169.14.1
**Disposition:** Dismissed
**Disposition Date:** November 5 201811/05/2018
**Level of Charge:** Misdemeanor
**Offense Date:** December 18 201712/18/2017
Select Case
Result 64 of 200
**Case Number: 27-CR-17-315952 7 dash C R dash 1 7 dash 3 1 5 9 5**
**Date Filed: 12/18/2017**December 18 2017
**Case Title:** State of Minnesota vs JACOB THEODORE FRANKLINState of Minnesota versus JACOB THEODORE FRANKLIN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
*Defendant*
**FRANKLIN, JACOB THEODORE**
Date of birth, July 19 1993DOB: 07/19/1993
**Charges**
List with 1 charge

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving
**Statute:** 169.13.2
**Disposition:** Convicted
**Disposition Date:** April 4 201804/04/2018
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** December 17 201712/17/2017
Select Case
Result 65 of 200
**Case Number: 70-CV-17-223167 0 dash C V dash 1 7 dash 2 2 3 1 6**
**Date Filed: 12/14/2017**December 14 2017
**Case Title:** Dylan Hilker, Eileen Elvidge-Hilker vs. One 2010 Chevrolet Malibu, VIN: 1G1ZE5EB5AF267044, Lic Plate: 189UXHDylan Hilker, Eileen Elvidge-Hilker versus One 2010 Chevrolet Malibu, VIN: 1G1ZE5EB5AF267044, Lic Plate: 189UXH
**Case Type:** Forfeiture
**Location:** Scott County
**Case Status:** Closed
Select Case

Result 66 of 200
**Case Number: 27-CR-17-307982 7 dash C R dash 1 7 dash 3 0 7 9 8**
**Date Filed: 12/08/2017**December 8 2017
**Case Title:** State of Minnesota vs PAUL ANTHONY DUFOURState of Minnesota versus PAUL ANTHONY DUFOUR
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
*Defendant*
**DUFOUR, PAUL ANTHONY**
Date of birth, December 3 1968DOB: 12/03/1968
**Charges**
List with 1 charge

**Count 1**
**1**

Damage to Property - 1st Degree - Value Reduced Over $1000Damage to Property - 1st Degree - Value Reduced Over $1000
**Statute:** 609.595.1(4)
**Additional Statute:** Damage to Property-1st Degree (609.595.1)
**Disposition:** Dismissed
**Disposition Date:** March 6 201803/06/2018
**Level of Charge:** Felony
**Offense Date:** November 3 201711/03/2017
Select Case
Result 67 of 200
**Case Number: 70-CR-17-205837 0 dash C R dash 1 7 dash 2 0 5 8 3**
**Date Filed: 11/20/2017**November 20 2017
**Case Title:** State of Minnesota vs Dylan Scott HilkerState of Minnesota versus Dylan Scott Hilker
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Closed
*Defendant*
**Hilker, Dylan Scott**
Date of birth, April 10 1998DOB: 04/10/1998
**Charges**
List with 2 charges

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana
**Statute:** 152.025.2(1)
**Additional Statute:** Drugs - 5th Degree Controlled Substance - Sale or possession (152.025.4(b))
**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** May 12 202105/12/2021

**Level of Charge:** Felony
**Offense Date:** November 18 201711/18/2017

| **Count 2** <br> **2** |
|---|

Possession of Drug ParaphernaliaPossession of Drug Paraphernalia
**Statute:** 152.092(a)
**Additional Statute:** Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited (152.092(a))
**Disposition:** Dismissed
**Disposition Date:** June 7 201806/07/2018
**Level of Charge:** Petty Misdemeanor
**Offense Date:** November 18 201711/18/2017
Select Case
Result 68 of 200
**Case Number: 27-CR-17-281312 7 dash C R dash 1 7 dash 2 8 1 3 1**
**Date Filed: 11/08/2017**November 8 2017
**Case Title:** State of Minnesota vs PAUL ANTHONY DUFOURState of Minnesota versus PAUL ANTHONY DUFOUR
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Reding, Jeannice M.
**Case Status:** Closed
*Defendant*
**DUFOUR, PAUL ANTHONY**
Date of birth, December 3 1968DOB: 12/03/1968
**Charges**
List with 1 charge

| **Count 1** <br> **1** |
|---|

Traffic-DL-Driving after cancellation-inimical to public safetyTraffic-DL-Driving after cancellation-inimical to public safety
**Statute:** 171.24.5
**Additional Statute:** Traffic-DL-Driving after cancellation-inimical to public safety (171.24.5)
**Disposition:** Dismissed
**Disposition Date:** April 25 201904/25/2019
**Level of Charge:** Gross Misdemeanor
**Offense Date:** November 2 201711/02/2017
Select Case
Result 69 of 200
**Case Number: 10-CR-17-10591 0 dash C R dash 1 7 dash 1 0 5 9**
**Date Filed: 10/10/2017**October 10 2017
**Case Title:** State of Minnesota vs GREGORY ROGER TROJANEKState of Minnesota versus GREGORY ROGER TROJANEK
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Carver County
**Case Status:** Closed

*Defendant*
**TROJANEK, GREGORY ROGER**
Date of birth, February 24 1961DOB: 02/24/1961
**Charges**
List with 1 charge

**Count 1**
**1**

Traffic - DWI - Refuse to submit to chemical test; Breath or test refusal or failureTraffic - DWI - Refuse to submit to chemical test; Breath or test refusal or failure
**Statute:** 169A.20.2(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** January 17 201801/17/2018
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** October 7 201710/07/2017
Select Case
Result 70 of 200
**Case Number: 19HA-CR-17-40941 9 H A dash C R dash 1 7 dash 4 0 9 4**
**Date Filed: 10/03/2017**October 3 2017
**Case Title:** State of Minnesota vs RYDER JOHN THOMPSONState of Minnesota versus RYDER JOHN THOMPSON
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Dakota, Hastings - Criminal
**Case Status:** Closed
*Defendant*
**THOMPSON, RYDER JOHN**
Date of birth, June 17 1986DOB: 06/17/1986
**Charges**
List with 4 charges

**Count 1**
**1**

DUI with alcohol concentration .08 or more-3rd degree-GMDUI with alcohol concentration .08 or more-3rd degree-GM
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed
**Disposition Date:** May 10 201805/10/2018
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 13 201709/13/2017

**Count 2**
**2**

Driving Under the Influence of Alcohol-3rd degree-GMDriving Under the Influence of Alcohol-3rd degree-GM
**Statute:** 169A.20.1(1)
**Disposition:** Dismissed

**Disposition Date:** May 10 201805/10/2018
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 13 201709/13/2017

**Count 3**
**3**

DUI with alcohol concentration .08 or more-4th degree-MDUI with alcohol concentration .08 or more-4th degree-M

**Statute:** 169A.20.1(5)

**Disposition:** Convicted
**Disposition Date:** May 10 201805/10/2018
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** September 13 201709/13/2017

**Count 4**
**4**

Driving under the influence of alcohol-4th Degree-MDriving under the influence of alcohol-4th Degree-M

**Statute:** 169A.20.1(1)

**Disposition:** Dismissed
**Disposition Date:** May 10 201805/10/2018
**Level of Charge:** Misdemeanor
**Offense Date:** September 13 201709/13/2017
Select Case
Result 71 of 200
**Case Number: 10-CR-17-9361 0 dash C R dash 1 7 dash 9 3 6**
**Date Filed: 09/08/2017**September 8 2017
**Case Title:** State of Minnesota vs PAUL ANTHONY DUFOURState of Minnesota versus PAUL ANTHONY DUFOUR
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Carver County
**Case Status:** Closed
*Defendant*
**DUFOUR, PAUL ANTHONY**
Date of birth, December 3 1968DOB: 12/03/1968
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of Controlled SubstanceTraffic - DWI - Operate Motor Vehicle Under Influence of Controlled Substance

**Statute:** 169A.20.1(2)

**Additional Statute:** Traffic - DWI - First-Degree Driving While Impaired; Criminal Penalty (169A.24.2)
**Disposition:** Convicted
**Disposition Date:** October 2 201810/02/2018
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** May 5 201705/05/2017

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Infl of Any Amount Schedule I/II Drugs - Not MarijuanaTraffic - DWI - Operate Motor Vehicle Under Infl of Any Amount Schedule I/II Drugs - Not Marijuana

**Statute:** 169A.20.1(7)

**Additional Statute:** Traffic - DWI - First-Degree Driving While Impaired; Criminal Penalty (169A.24.2)
**Disposition:** Dismissed
**Disposition Date:** June 28 201906/28/2019
**Level of Charge:** Felony
**Offense Date:** May 5 201705/05/2017
Select Case
Result 72 of 200
**Case Number: 10-PR-16-461 0 dash P R dash 1 6 dash 4 6**
**Date Filed: 09/05/2017**September 5 2017
**Case Title:** In re the Estate of Prince Rogers Nelson, Deceased This case consists of additional volumes For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 02-01-17, see file number 10-PR-16-46B For documents filed 02-02-17 to 04-20-17, see file number 10-PR-16-46C For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46In re the Estate of Prince Rogers Nelson, Deceased This case consists of additional volumes For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 02-01-17, see file number 10-PR-16-46B For documents filed 02-02-17 to 04-20-17, see file number 10-PR-16-46C For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46
**Case Type:** Special Administration
**Location:** Carver County
**Judicial Officer:** Eide, Kevin W.
**Case Status:** Open
Select Case
Result 73 of 200
**Case Number: 27-CR-17-17505 2 7 dash C R dash 1 7 dash 1 7 5 0 5, Active warrant on case**Active Warrant
**Date Filed: 07/17/2017**July 17 2017
**Case Title:** State of Minnesota vs WESLEY JARMEZE DEVONTE HARRISState of Minnesota versus WESLEY JARMEZE DEVONTE HARRIS
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Judicial Officer:** Regis, M. Jacqueline
**Case Status:** Dormant
*Defendant*
**HARRIS, WESLEY JARMEZE DEVONTE**
Date of birth, December 30 1992DOB: 12/30/1992
**Charges**
List with 1 charge

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving

**Statute:** 169.13.2

**Disposition:** Convicted
**Disposition Date:** March 23 201803/23/2018
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 15 201707/15/2017
Select Case
Result 74 of 200
**Case Number: 27-CV-17-108412 7 dash C V dash 1 7 dash 1 0 8 4 1**
**Date Filed: 07/17/2017**July 17 2017
**Case Title:** Victoria Lynn Prince-Esmond vs Commissioner of Public SafetyVictoria Lynn Prince-Esmond versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 75 of 200
**Case Number: 27-CV-17-108462 7 dash C V dash 1 7 dash 1 0 8 4 6**
**Date Filed: 07/17/2017**July 17 2017
**Case Title:** WESLEY JARMEZE DEVONTE HARRIS vs Commissioner of Public SafetyWESLEY JARMEZE DEVONTE HARRIS versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 76 of 200
**Case Number: 27-CR-17-172112 7 dash C R dash 1 7 dash 1 7 2 1 1**
**Date Filed: 07/13/2017**July 13 2017
**Case Title:** State of Minnesota vs Victoria Lynn Prince-EsmondState of Minnesota versus Victoria Lynn Prince-Esmond
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Judicial Officer:** Abrams, Ronald L.
**Case Status:** Closed
*Defendant*
**Prince-Esmond, Victoria Lynn**
Date of birth, August 29 1983DOB: 08/29/1983
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** March 28 201803/28/2018
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 13 201707/13/2017

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** March 28 201803/28/2018
**Level of Charge:** Gross Misdemeanor
**Offense Date:** July 13 201707/13/2017
Select Case
Result 77 of 200
**Case Number: 27-CV-17-86542 7 dash C V dash 1 7 dash 8 6 5 4**
**Date Filed: 06/06/2017**June 6 2017
**Case Title:** Jamie Lynn Beck vs Commissioner of Public SafetyJamie Lynn Beck versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 78 of 200
**Case Number: 27-CR-17-135672 7 dash C R dash 1 7 dash 1 3 5 6 7**
**Date Filed: 06/04/2017**June 4 2017
**Case Title:** State of Minnesota vs Jaime Lynn BeckState of Minnesota versus Jaime Lynn Beck
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Case Status:** Closed

*Defendant*

**Beck, Jaime Lynn**
Date of birth, July 10 1983DOB: 07/10/1983

**Charges**

List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Disposition:** Dismissed
**Disposition Date:** July 16 201807/16/2018

**Level of Charge:** Gross Misdemeanor
**Offense Date:** June 4 201706/04/2017

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Convicted
**Disposition Date:** July 16 201807/16/2018
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** June 4 201706/04/2017
Select Case
Result 79 of 200
**Case Number: 10-PR-16-46D1 0 dash P R dash 1 6 dash 4 6 D**
**Date Filed: 04/21/2017**April 21 2017
**Case Title:** In re the Estate of Prince Rogers Nelson, Deceased This case consists of additional volumes For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 2-2-17 to 4-20-17, see file number 10-PR-16-46C For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46In re the Estate of Prince Rogers Nelson, Deceased This case consists of additional volumes For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 2-2-17 to 4-20-17, see file number 10-PR-16-46C For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46
**Case Type:** Special Administration
**Location:** Carver County
**Judicial Officer:** Eide, Kevin W.
**Case Status:** Open
Select Case
Result 80 of 200
**Case Number: 10-PR-16-46C1 0 dash P R dash 1 6 dash 4 6 C**
**Date Filed: 02/02/2017**February 2 2017
**Case Title:** In re the Estate of Prince Rogers Nelson, Deceased This case consists of additional volumes. For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46In re the Estate of Prince Rogers Nelson, Deceased This case consists of additional volumes. For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46
**Case Type:** Special Administration
**Location:** Carver County
**Judicial Officer:** Eide, Kevin W.
**Case Status:** Closed

Select Case
Result 81 of 200
**Case Number: 82-CR-17-3408 2 dash C R dash 1 7 dash 3 4 0**
**Date Filed: 01/26/2017**January 26 2017
**Case Title:** State of Minnesota vs EMILY CORRINE SCHOENECKER-GREERState of Minnesota versus EMILY CORRINE SCHOENECKER-GREER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Washington, Stillwater
**Case Status:** Closed
*Defendant*
**SCHOENECKER-GREER, EMILY CORRINE**
Date of birth, March 27 1995DOB: 03/27/1995
**Charges**
List with 3 charges

**Count 1**
**1**

Third Degree DWI - Operate Motor Vehicle Under Influence of AlcoholThird Degree DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** November 2 201711/02/2017
**Level of Charge:** Gross Misdemeanor
**Offense Date:** January 21 201701/21/2017

**Count 2**
**2**

Third Degree DWI - Alcohol Concentration 0.08 or More Within 2 HoursThird Degree DWI - Alcohol Concentration 0.08 or More Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** November 2 201711/02/2017
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** January 21 201701/21/2017

**Count 3**
**3**

Use of Wireless Communications Device - Compose, Read, or Send Electronic Message in Motion or TraffUse of Wireless Communications Device - Compose, Read, or Send Electronic Message in Motion or Traff
**Statute:** 169.475.2(a)
**Disposition:** Dismissed
**Disposition Date:** November 2 201711/02/2017

**Level of Charge:** Petty Misdemeanor
**Offense Date:** January 21 201701/21/2017
Select Case
Result 82 of 200
**Case Number: 10-CR-16-13611 0 dash C R dash 1 6 dash 1 3 6 1**
**Date Filed: 12/30/2016**December 30 2016
**Case Title:** State of Minnesota vs Nathan Eugene PorttiinState of Minnesota versus Nathan Eugene Porttiin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Carver County
**Case Status:** Closed
*Defendant*
**Porttiin, Nathan Eugene**
Date of birth, July 31 1995DOB: 07/31/1995
**Charges**
List with 1 charge

| Count 1<br>1 |
|---|

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** July 27 201707/27/2017
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** November 26 201611/26/2016
Select Case
Result 83 of 200
**Case Number: 27-CR-16-308132 7 dash C R dash 1 6 dash 3 0 8 1 3**
**Date Filed: 11/29/2016**November 29 2016
**Case Title:** State of Minnesota vs LOREN JON PETERSON, IIState of Minnesota versus LOREN JON PETERSON, II
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Judicial Officer:** Mabley, Daniel H.
**Case Status:** Closed
*Defendant*
**PETERSON, LOREN JON, II**
Date of birth, December 17 1984DOB: 12/17/1984
**Charges**
List with 2 charges

| Count 1<br>1 |
|---|

Traffic - DWI - Refuse to Submit to Chemical TestTraffic - DWI - Refuse to Submit to Chemical Test

**Statute:** 169A.20.2
**Disposition:** Dismissed
**Disposition Date:** May 19 201705/19/2017
**Level of Charge:** Gross Misdemeanor
**Offense Dates:** June 10 2016 through June 10 201606/10/2016 - 06/10/2016

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1)
**Disposition:** Convicted
**Disposition Date:** May 19 201705/19/2017
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Dates:** June 10 2016 through June 10 201606/10/2016 - 06/10/2016
Select Case
Result 84 of 200
**Case Number: 62-CV-16-59726 2 dash C V dash 1 6 dash 5 9 7 2**
**Date Filed: 10/20/2016**October 20 2016
**Case Title:** Wayne Savage, Jr. vs. One 2000 Chevrolet, 1GNEK13T3YJ183886, 279HRNWayne Savage, Jr. versus One 2000 Chevrolet, 1GNEK13T3YJ183886, 279HRN
**Case Type:** Forfeiture
**Location:** Ramsey Civil
**Judicial Officer:** Frisch, Jennifer L
**Case Status:** Closed
Select Case
Result 85 of 200
**Case Number: 10-PR-16-46B1 0 dash P R dash 1 6 dash 4 6 B**
**Date Filed: 10/10/2016**October 10 2016
**Case Title:** In re the Estate of Prince Rogers Nelson, Deceased. This case consists of additional volumes. For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46In re the Estate of Prince Rogers Nelson, Deceased. This case consists of additional volumes. For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46
**Case Type:** Special Administration
**Location:** Carver County
**Judicial Officer:** Eide, Kevin W.
**Case Status:** Closed
Select Case
Result 86 of 200
**Case Number: 27-CR-16-241132 7 dash C R dash 1 6 dash 2 4 1 1 3**
**Date Filed: 09/12/2016**September 12 2016

**Case Title:** State of Minnesota vs Kelly Marie GuerreState of Minnesota versus Kelly Marie Guerre
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Judicial Officer:** Burke, Susan N.
**Case Status:** Closed
*Defendant*
**Guerre, Kelly Marie**
Date of birth, May 21 1985DOB: 05/21/1985
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving
**Statute:** 169.13.2
**Disposition:** Convicted
**Disposition Date:** March 16 201803/16/2018
**Level of Sentence:** Convicted of a Petty MisdemeanorConvicted of a Petty Misdemeanor
**Offense Dates:** August 13 2016 through August 13 201608/13/2016 - 08/13/2016

**Count 2**
**2**

Traffic Collision - Failure to Notify Owner of Damaged PropertyTraffic Collision - Failure to Notify Owner of Damaged Property
**Statute:** 169.09.5
**Disposition:** Dismissed
**Disposition Date:** March 16 201803/16/2018
**Level of Charge:** Misdemeanor
**Offense Dates:** August 13 2016 through August 13 201608/13/2016 - 08/13/2016
Select Case
Result 87 of 200
**Case Number: 71-CR-16-11547 1 dash C R dash 1 6 dash 1 1 5 4**
**Date Filed: 08/23/2016**August 23 2016
**Case Title:** State of Minnesota vs MICHAEL JOSEPH LEHNERState of Minnesota versus MICHAEL JOSEPH LEHNER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Case Status:** Open
*Defendant*
**LEHNER, MICHAEL JOSEPH**
Date of birth, July 22 1975DOB: 07/22/1975
**Charges**
List with 1 charge

**Count 1**
**1**

Wrongfully Obtain Public AssistanceWrongfully Obtain Public Assistance
**Statute:** 256.98.1(1)

**Additional Statute:** Theft-Value over $5,000 or Trade Secret, Explosive, Controlled Substance I or II (609.52.3(2))
**Level of Charge:** Felony
**Offense Dates:** January 1 2012 through April 30 201601/01/2012 - 04/30/2016
Select Case
Result 88 of 200
**Case Number: 62SU-CR-16-28426 2 S U dash C R dash 1 6 dash 2 8 4 2**
**Date Filed: 08/05/2016**August 5 2016
**Case Title:** State of Minnesota vs Deshun D GivanceState of Minnesota versus Deshun D Givance
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Smith, Stephen L.
**Case Status:** Closed
*Defendant*
**Givance, Deshun D**
Date of birth, March 22 1993DOB: 03/22/1993
**Charges**
List with 2 charges

**Count 1**
**1**

4th DEGREE DWI4th DEGREE DWI
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a))
**Disposition:** Convicted
**Disposition Date:** December 5 201612/05/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** January 22 201601/22/2016

**Count 2**
**2**

3rd DEGREE DWI - BAC over .08 w/in 2 hours of driving conduct3rd DEGREE DWI - BAC over .08 w/in 2 hours of driving conduct
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a))
**Disposition:** Dismissed
**Disposition Date:** December 5 201612/05/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** January 22 201601/22/2016
Select Case
Result 89 of 200
**Case Number: 27-CR-16-194652 7 dash C R dash 1 6 dash 1 9 4 6 5**
**Date Filed: 07/22/2016**July 22 2016
**Case Title:** State of Minnesota vs ANTHONY JOHN SAWINAState of Minnesota versus ANTHONY JOHN SAWINA

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
*Defendant*
**SAWINA, ANTHONY JOHN**
Date of birth, July 14 1990DOB: 07/14/1990
**Charges**
List with 9 charges

**Count 1**
**1**

Murder -1st Degree - PremeditatedMurder -1st Degree - Premeditated
**Statute:** 609.185(a)(1)
**General Offense Code:** Attempt to Commit - GOC
**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Anticipatory Crimes-Attempts-Penalty-20 Years if Life for Intended (609.17.4(1)); Murder - 1st Degree (609.185)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** June 29 201606/29/2016

**Count 2**
**2**

Murder -1st Degree - PremeditatedMurder -1st Degree - Premeditated
**Statute:** 609.185(a)(1)
**General Offense Code:** Attempt to Commit - GOC
**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Anticipatory Crimes-Attempts-Penalty-20 Years if Life for Intended (609.17.4(1)); Murder - 1st Degree (609.185)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** June 29 201606/29/2016

**Count 3**
**3**

Murder - 2nd Degree - With Intent-Not PremeditatedMurder - 2nd Degree - With Intent-Not Premeditated
**Statute:** 609.19.1(1)
**General Offense Code:** Attempt to Commit - GOC
**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Anticipatory Crimes-Attempts-Penalty-1/2 Of Intended (609.17.4(2)); Murder - 2nd Degree (609.19.1)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Charge:** Felony
**Offense Date:** June 29 201606/29/2016

**Count 4**
**4**

Murder - 2nd Degree - With Intent-Not PremeditatedMurder - 2nd Degree - With Intent-Not Premeditated

**Statute:** 609.19.1(1)

**General Offense Code:** Attempt to Commit - GOC
**Additional Statutes:** Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Anticipatory Crimes-Attempts-Penalty-1/2 Of Intended (609.17.4(2)); Murder - 2nd Degree (609.19.1)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Charge:** Felony
**Offense Date:** June 29 201606/29/2016

**Count 5**
**5**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon

**Statute:** 609.222.1

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Charge:** Felony
**Offense Date:** June 29 201606/29/2016

**Count 6**
**6**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon

**Statute:** 609.222.1

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Charge:** Felony
**Offense Date:** June 29 201606/29/2016

**Count 7**
**7**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon

**Statute:** 609.222.1

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)
**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** June 29 201606/29/2016

**Count 8**
**8**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon

**Statute:** 609.222.1

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)

**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** June 29 201606/29/2016

**Count 9**
**9**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon

**Statute:** 609.222.1

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)

**Disposition:** Convicted
**Disposition Date:** June 12 201706/12/2017
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** June 29 201606/29/2016

Select Case
Result 90 of 200

**Case Number: 02-CR-16-45240 2 dash C R dash 1 6 dash 4 5 2 4**
**Date Filed: 07/11/2016**July 11 2016
**Case Title:** State of Minnesota vs HEIDI LYNN OHOTTOState of Minnesota versus HEIDI LYNN OHOTTO
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020516056340

*Defendant*

**OHOTTO, HEIDI LYNN**
Date of birth, September 10 1980DOB: 09/10/1980

**Charges**

List with 1 charge

**Count 1**
**1**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily HarmDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm

**Statute:** 609.2242.1(2)

**Disposition:** Dismissed
**Disposition Date:** September 20 201609/20/2016
**Level of Charge:** Misdemeanor
**Offense Date:** July 9 201607/09/2016

Select Case
Result 91 of 200
**Case Number: 62-CV-16-40716 2 dash C V dash 1 6 dash 4 0 7 1**
**Date Filed: 07/05/2016**July 5 2016
**Case Title:** Billie Jo Lumbar vs Tom Roy, Bruce Reiser, Terry ByrneBillie Jo Lumbar versus Tom Roy, Bruce Reiser, Terry Byrne
**Case Type:** Civil Other/Misc.Civil Other Miscellaneous
**Location:** Ramsey Civil
**Judicial Officer:** Leary, William H., III
**Case Status:** Closed
Select Case
Result 92 of 200
**Case Number: 62SU-CR-16-24476 2 S U dash C R dash 1 6 dash 2 4 4 7**
**Date Filed: 07/05/2016**July 5 2016
**Case Title:** State of Minnesota vs ROGER OWEN MAHREState of Minnesota versus ROGER OWEN MAHRE
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Smith, Stephen L.
**Case Status:** Closed
*Defendant*
**MAHRE, ROGER OWEN**
Date of birth, October 7 1960DOB: 10/07/1960
**Charges**
List with 2 charges

**Count 1**
**1**

2nd Degree DWI-Test Refusal2nd Degree DWI-Test Refusal
**Statute:** 169A.20.2
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Refuse to submit to chemical test (169A.25.1(b))
**Disposition:** Dismissed
**Disposition Date:** September 23 201609/23/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** July 2 201607/02/2016

**Count 2**
**2**

2nd Degree DWI2nd Degree DWI
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; 2 or more Aggravating Factors (169A.25.1(a))
**Disposition:** Convicted
**Disposition Date:** September 23 201609/23/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** July 2 201607/02/2016
Select Case

Result 93 of 200
**Case Number: 27-CR-16-162822 7 dash C R dash 1 6 dash 1 6 2 8 2**
**Date Filed: 06/20/2016**June 20 2016
**Case Title:** State of Minnesota vs SARAH CLARE GRENDAHLState of Minnesota versus SARAH CLARE GRENDAHL
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Judicial Officer:** Miller, Laurie J.
**Case Status:** Closed
*Defendant*
**GRENDAHL, SARAH CLARE**
Date of birth, September 24 1972DOB: 09/24/1972
**Charges**
List with 1 charge

| Count 1<br>1 |
| --- |

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene
**Statute:** 609.72.1(3)
**Disposition:** Convicted
**Disposition Date:** January 30 201701/30/2017
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** June 17 201606/17/2016
Select Case
Result 94 of 200
**Case Number: 27-CV-16-90212 7 dash C V dash 1 6 dash 9 0 2 1**
**Date Filed: 06/15/2016**June 15 2016
**Case Title:** Loren Peterson vs Commissioner of Public SafetyLoren Peterson versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 95 of 200
**Case Number: 02-CV-16-28480 2 dash C V dash 1 6 dash 2 8 4 8**
**Date Filed: 06/09/2016**June 9 2016
**Case Title:** ADAM CHRISTOPHER EKEGREN vs Commissioner of Public SafetyADAM CHRISTOPHER EKEGREN versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Anoka County
**Case Status:** Closed
Select Case
Result 96 of 200
**Case Number: 02-CR-16-36110 2 dash C R dash 1 6 dash 3 6 1 1**
**Date Filed: 06/03/2016**June 3 2016

**Case Title:** State of Minnesota vs ADAM CHRISTOPHER EKEGRENState of Minnesota versus ADAM CHRISTOPHER EKEGREN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020716052817
*Defendant*
**EKEGREN, ADAM CHRISTOPHER**
Date of birth, March 18 1994DOB: 03/18/1994
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving
**Statute:** 169.13.2
**Disposition:** Convicted
**Disposition Date:** May 16 201705/16/2017
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** June 3 201606/03/2016

**Count 2**
**2**

DWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCDWI - OPERATE MOTOR VEHICLE - ALCOHOL CONC
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed
**Disposition Date:** May 16 201705/16/2017
**Level of Charge:** Misdemeanor
**Offense Date:** June 3 201606/03/2016

**Count 3**
**3**

SPEEDING - EXCEED LIMIT 54/40SPEEDING - EXCEED LIMIT 54/40
**Statute:** 169.14.2(a)
**Disposition:** Dismissed
**Disposition Date:** May 16 201705/16/2017
**Level of Charge:** Petty Misdemeanor
**Offense Date:** June 3 201606/03/2016
Select Case
Result 97 of 200
**Case Number: 71-CR-16-6257 1 dash C R dash 1 6 dash 6 2 5**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed

*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Date:** March 7 201603/07/2016
Select Case
Result 98 of 200
**Case Number: 71-CR-16-6267 1 dash C R dash 1 6 dash 6 2 6**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Date:** March 9 201603/09/2016
Select Case
Result 99 of 200
**Case Number: 71-CR-16-6277 1 dash C R dash 1 6 dash 6 2 7**
**Date Filed: 05/12/2016**May 12 2016

**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Date:** March 21 201603/21/2016
Select Case
Result 100 of 200
**Case Number: 71-CR-16-6287 1 dash C R dash 1 6 dash 6 2 8**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016

**Level of Charge:** Felony
**Offense Date:** March 18 201603/18/2016
Select Case
Result 101 of 200
**Case Number: 71-CR-16-6297 1 dash C R dash 1 6 dash 6 2 9**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Date:** April 8 201604/08/2016
Select Case
Result 102 of 200
**Case Number: 71-CR-16-6307 1 dash C R dash 1 6 dash 6 3 0**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions

**Statute:** 629.75.2(d)(1)

**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Convicted
**Disposition Date:** June 10 201606/10/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** March 3 201603/03/2016
Select Case
Result 103 of 200
**Case Number: 71-CR-16-6317 1 dash C R dash 1 6 dash 6 3 1**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed

*Defendant*

**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967

**Charges**

List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions

**Statute:** 629.75.2(d)(1)

**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Date:** March 6 201603/06/2016
Select Case
Result 104 of 200
**Case Number: 71-CR-16-6327 1 dash C R dash 1 6 dash 6 3 2**
**Date Filed: 05/12/2016**May 12 2016
**Case Title:** State of Minnesota vs David Allen PotvinState of Minnesota versus David Allen Potvin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed

*Defendant*
**Potvin, David Allen**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Date:** April 14 201604/14/2016
Select Case
Result 105 of 200
**Case Number: 04-CR-16-13620 4 dash C R dash 1 6 dash 1 3 6 2**
**Date Filed: 04/27/2016**April 27 2016
**Case Title:** State of Minnesota vs AMY MARIE AFFIELDState of Minnesota versus AMY MARIE AFFIELD
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Beltrami County
**Case Status:** Closed
**Citation Number:** 881602680272
*Defendant*
**AFFIELD, AMY MARIE**
Date of birth, June 4 1990DOB: 06/04/1990
**Charges**
List with 3 charges

**Count 1**
**1**

DWI - FOURTH-DEGREE DRIVING WHILE IMPAIREDDWI - FOURTH-DEGREE DRIVING WHILE IMPAIRED
**Statute:** 169A.27.1
**Disposition:** Dismissed
**Disposition Date:** October 3 201610/03/2016
**Level of Charge:** Misdemeanor
**Offense Date:** April 22 201604/22/2016

**Count 2**
**2**

DWI - OPERATE MOTOR VEH. - ALCOHOL CONCENT. 0.08 WITHIN 2 HOURSDWI - OPERATE MOTOR VEH. - ALCOHOL CONCENT. 0.08 WITHIN 2 HOURS
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed

**Disposition Date:** October 3 201610/03/2016
**Level of Charge:** Misdemeanor
**Offense Date:** April 22 201604/22/2016

**Count 3**
**3**

DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOLDWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL

**Statute:** 169A.20.1(1)

**Disposition:** Convicted
**Disposition Date:** October 3 201610/03/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** April 22 201604/22/2016
Select Case
Result 106 of 200
**Case Number: 10-CV-16-4061 0 dash C V dash 1 6 dash 4 0 6**
**Date Filed: 04/27/2016**April 27 2016
**Case Title:** SAMUEL EVANS WINDSOR vs Commissioner of Public SafetySAMUEL EVANS WINDSOR versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Carver County
**Case Status:** Closed
Select Case
Result 107 of 200
**Case Number: 04-CV-16-13880 4 dash C V dash 1 6 dash 1 3 8 8**
**Date Filed: 04/27/2016**April 27 2016
**Case Title:** Amy Marie Affield vs Commissioner of Public SafetyAmy Marie Affield versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Beltrami County
**Case Status:** Closed
Select Case
Result 108 of 200
**Case Number: 10-PR-16-46A1 0 dash P R dash 1 6 dash 4 6 A**
**Date Filed: 04/26/2016**April 26 2016
**Case Title:** In re the Estate of Prince Rogers Nelson, Deceased. This case consists of additional volumes. For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46In re the Estate of Prince Rogers Nelson, Deceased. This case consists of additional volumes. For documents filed 04-26-16 to 10-09-16, see file number 10-PR-16-46A For documents filed 10-10-16 to 2-1-17, see file number 10-PR-16-46B For documents filed 04-21-17 to 09-04-17 see file number 10-PR-16-46D For documents filed 09-05-17 and later, see file number 10-PR-16-46
**Case Type:** Special Administration
**Location:** Carver County

**Judicial Officer:** Eide, Kevin W.
**Case Status:** Closed
Select Case
Result 109 of 200
**Case Number: 02-CR-16-23770 2 dash C R dash 1 6 dash 2 3 7 7**
**Date Filed: 04/14/2016**April 14 2016
**Case Title:** State of Minnesota vs TAMMY LYNN THORNEState of Minnesota versus TAMMY LYNN THORNE
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**THORNE, TAMMY LYNN**
Date of birth, September 15 1980DOB: 09/15/1980
**Charges**
List with 2 charges

**Count 1**
**1**

Third Degree Driving While Impaired (Over .08 and Over .08 Within 2 Hours)Third Degree Driving While Impaired (Over .08 and Over .08 Within 2 Hours)

**Statute:** 169A.20.1(5)

**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** October 18 201610/18/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** April 12 201604/12/2016

**Count 2**
**2**

4th Degree Driving While Impaired (Under the Influence of Alcohol)4th Degree Driving While Impaired (Under the Influence of Alcohol)

**Statute:** 169A.20.1(1)

**Additional Statutes:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1); Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Convicted
**Disposition Date:** October 18 201610/18/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** April 12 201604/12/2016
Select Case
Result 110 of 200
**Case Number: 10-CR-16-3571 0 dash C R dash 1 6 dash 3 5 7**
**Date Filed: 04/11/2016**April 11 2016
**Case Title:** State of Minnesota vs SAMUEL EVANS WINDSORState of Minnesota versus SAMUEL EVANS WINDSOR

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Carver County
**Case Status:** Closed
**Citation Number:** 10200117919
*Defendant*
**WINDSOR, SAMUEL EVANS**
Date of birth, September 11 1985DOB: 09/11/1985
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Convicted
**Disposition Date:** December 8 201612/08/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** April 9 201604/09/2016

**Count 2**
**2**

DWI 08 OR MOREDWI 08 OR MORE
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Dismissed
**Disposition Date:** December 8 201612/08/2016
**Level of Charge:** Misdemeanor
**Offense Date:** April 9 201604/09/2016
Select Case
Result 111 of 200
**Case Number: 27-CV-16-42302 7 dash C V dash 1 6 dash 4 2 3 0**
**Date Filed: 03/30/2016**March 30 2016
**Case Title:** MATTHEW HOWARD BENNIS vs Commissioner of Public SafetyMATTHEW HOWARD BENNIS versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 112 of 200
**Case Number: 27-CR-16-83322 7 dash C R dash 1 6 dash 8 3 3 2**
**Date Filed: 03/25/2016**March 25 2016
**Case Title:** State of Minnesota vs MATTHEW HOWARD BENNISState of Minnesota versus MATTHEW HOWARD BENNIS

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
*Defendant*
**BENNIS, MATTHEW HOWARD**
Date of birth, November 26 1991DOB: 11/26/1991
**Charges**
List with 2 charges

**Count 1**
**1**

TRAFFIC - DWI - THIRD-DEGREE REFUSE TO SUBMIT TO CHEMICAL TESTTRAFFIC - DWI - THIRD-DEGREE REFUSE TO SUBMIT TO CHEMICAL TEST
**Statute:** 169A.26.1(b)
**Disposition:** Convicted
**Disposition Date:** December 14 201612/14/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** March 25 201603/25/2016

**Count 2**
**2**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - FOURTH DEGREETRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - FOURTH DEGREE
**Statute:** 169A.20.1(1)
**Additional Statute:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1)
**Disposition:** Dismissed
**Disposition Date:** December 14 201612/14/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 25 201603/25/2016
Select Case
Result 113 of 200
**Case Number: 27-CV-16-35732 7 dash C V dash 1 6 dash 3 5 7 3**
**Date Filed: 03/16/2016**March 16 2016
**Case Title:** Garrett Evans Tranquillo vs Commissioner of Public SafetyGarrett Evans Tranquillo versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 114 of 200
**Case Number: 19HA-CR-16-9731 9 H A dash C R dash 1 6 dash 9 7 3**
**Date Filed: 03/15/2016**March 15 2016
**Case Title:** State of Minnesota vs NICHOLAS MICHAEL PERRONState of Minnesota versus NICHOLAS MICHAEL PERRON
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Dakota, Hastings - Criminal
**Case Status:** Under Court Jurisdiction

*Defendant*
**PERRON, NICHOLAS MICHAEL**
Date of birth, March 15 1990DOB: 03/15/1990
**Charges**
List with 8 charges

**Count 1**
**1**

Criminal Vehicular Operation Resulting in Substantial Bodily Harm (Causes Collision and Leaves SceneCriminal Vehicular Operation Resulting in Substantial Bodily Harm (Causes Collision and Leaves Scene

**Statute:** 609.2113.2(7)

**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Felony
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 2**
**2**

Criminal Vehicular Operation Resulting in Bodily Harm (Causes Collision and Leaves Scene)Criminal Vehicular Operation Resulting in Bodily Harm (Causes Collision and Leaves Scene)

**Statute:** 609.2113.3(7)

**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Gross Misdemeanor
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 3**
**3**

Criminal Vehicular Operation Resulting in Substantial Bodily Harm (Gross Negligence)Criminal Vehicular Operation Resulting in Substantial Bodily Harm (Gross Negligence)

**Statute:** 609.2113.2(1)

**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Felony
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 4**
**4**

Criminal Vehicular Operation Resulting in Bodily Harm (Gross Negligence)Criminal Vehicular Operation Resulting in Bodily Harm (Gross Negligence)

**Statute:** 609.2113.3(1)

**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Gross Misdemeanor
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 5**
**5**

Fleeing a Peace Officer in a Motor Vehicle (Resulting in Substantial Bodily Harm)Fleeing a Peace Officer in a Motor Vehicle (Resulting in Substantial Bodily Harm)

**Statute:** 609.487.4(c)

**Disposition:** Convicted
**Disposition Date:** November 9 201611/09/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 6**
**6**

Fleeing a Peace Officer in a Motor VehicleFleeing a Peace Officer in a Motor Vehicle

**Statute:** 609.487.3

**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Felony
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 7**
**7**

Fleeing a Peace Officer (Other Than in a Motor Vehicle)Fleeing a Peace Officer (Other Than in a Motor Vehicle)

**Statute:** 609.487.6

**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Misdemeanor
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016

**Count 8**
**8**

Firearm or Ammunition Violation (Crime of Violence Conviction)Firearm or Ammunition Violation (Crime of Violence Conviction)

**Statute:** 609.165.1b(a)

**Additional Statute:** Minimum Sentences of Imprisonment-Firearm (609.11.5)
**Disposition:** Dismissed
**Disposition Date:** November 9 201611/09/2016
**Level of Charge:** Felony
**Offense Dates:** March 13 2016 through March 13 201603/13/2016 - 03/13/2016
Select Case
Result 115 of 200
**Case Number: 27-CV-16-34252 7 dash C V dash 1 6 dash 3 4 2 5**
**Date Filed: 03/14/2016**March 14 2016
**Case Title:** Kevin Lee Shultz vs Commissioner of Public SafetyKevin Lee Shultz versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 116 of 200

**Case Number: 27-CR-16-69172 7 dash C R dash 1 6 dash 6 9 1 7**
**Date Filed: 03/11/2016**March 11 2016
**Case Title:** State of Minnesota vs Garrett Evans TranquilloState of Minnesota versus Garrett Evans Tranquillo
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
*Defendant*
**TRANQUILLO, GARRETT EVANS**
Date of birth, September 10 1990DOB: 09/10/1990
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Disposition:** Convicted
**Disposition Date:** October 27 201610/27/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** March 11 201603/11/2016

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed
**Disposition Date:** October 27 201610/27/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 11 201603/11/2016
Select Case
Result 117 of 200
**Case Number: 30-CR-16-1453 0 dash C R dash 1 6 dash 1 4 5**
**Date Filed: 03/10/2016**March 10 2016
**Case Title:** State of Minnesota vs GREGORY LANE MEYERState of Minnesota versus GREGORY LANE MEYER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Isanti County
**Case Status:** Closed
**Citation Number:** 300039607006
*Defendant*
**MEYER, GREGORY LANE**
Date of birth, December 8 1967DOB: 12/08/1967
**Charges**
List with 1 charge

**Count 1**

**1**

Domestic Assault-Misdemeanor-Commits Act With Intent to Cause Fear of Immediate Bodily Harm or DeathDomestic Assault-Misdemeanor-Commits Act With Intent to Cause Fear of Immediate Bodily Harm or Death

**Statute:** 609.2242.1(1)

**Disposition:** Dismissed
**Disposition Date:** December 6 201612/06/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 9 201603/09/2016
Select Case
Result 118 of 200
**Case Number: 27-CR-16-71032 7 dash C R dash 1 6 dash 7 1 0 3**
**Date Filed: 03/10/2016**March 10 2016
**Case Title:** State of Minnesota vs Andrew Douglas MagnussonState of Minnesota versus Andrew Douglas Magnusson
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Judicial Officer:** Bernhardson, Ivy S.
**Case Status:** Closed

*Defendant*

**Magnusson, Andrew Douglas**
Date of birth, February 10 1988DOB: 02/10/1988

**Charges**

List with 3 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statutes:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1); Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Convicted
**Disposition Date:** December 28 201612/28/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** March 4 201603/04/2016

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Additional Statutes:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1); Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Dismissed
**Disposition Date:** December 28 201612/28/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 4 201603/04/2016

**Count 3**
**3**

Traffic Collision - Driver Involved Fails to Stop for Collision - Driven or Attended VehicleTraffic Collision - Driver Involved Fails to Stop for Collision - Driven or Attended Vehicle

**Statute:** 169.09.2

**Additional Statute:** Traffic Regulation - Penalties for Traffic Violations (169.89.1(1))
**Disposition:** Dismissed
**Disposition Date:** December 28 201612/28/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 4 201603/04/2016
Select Case
Result 119 of 200
**Case Number: 11-CR-16-4301 1 dash C R dash 1 6 dash 4 3 0**
**Date Filed: 03/08/2016**March 8 2016
**Case Title:** State of Minnesota vs Masten Leigh Parkhurst ThompsonState of Minnesota versus Masten Leigh Parkhurst Thompson
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Cass County
**Judicial Officer:** Austad, Jana M.
**Case Status:** Closed
*Defendant*
**Parkhurst Thompson, Masten Leigh**
Date of birth, May 24 1997DOB: 05/24/1997
**Charges**
List with 10 charges

**Count 1**
**1**

Assault-3rd Degree-Victim Under FourAssault-3rd Degree-Victim Under Four

**Statute:** 609.223.3

**Additional Statute:** Assault-3rd Degree-Victim Under Four (609.223.3)
**Disposition:** Convicted
**Disposition Date:** July 11 201607/11/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** March 7 201603/07/2016

**Count 2**
**2**

Domestic Assault by StrangulationDomestic Assault by Strangulation

**Statute:** 609.2247.2

**Additional Statute:** Domestic Assault - By Strangulation (609.2247.2)
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Felony
**Offense Date:** March 7 201603/07/2016

**Count 3**
**3**

Domestic Assault by StrangulationDomestic Assault by Strangulation

**Statute:** 609.2247.2

**Additional Statute:** Domestic Assault - By Strangulation (609.2247.2)
**Disposition:** Convicted
**Disposition Date:** July 11 201607/11/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** March 7 201603/07/2016

**Count 4**
**4**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on AnotherDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on Another

**Statute:** 609.2242.1(2)

**Additional Statute:** Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm (609.2242.1(2))
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 7 201603/07/2016

**Count 5**
**5**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on AnotherDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on Another

**Statute:** 609.2242.1(2)

**Additional Statute:** Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm (609.2242.1(2))
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 7 201603/07/2016

**Count 6**
**6**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on AnotherDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on Another

**Statute:** 609.2242.1(2)

**Additional Statute:** Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm (609.2242.1(2))
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 7 201603/07/2016

**Count 7**
**7**

Malicious Punishment of a Child Under Age FourMalicious Punishment of a Child Under Age Four

**Statute:** 609.377.4

**Additional Statute:** Malicious Punishment of a Child-Child Under 4 Yr. (609.377.4)
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Felony
**Offense Date:** March 7 201603/07/2016

**Count 8**
**8**

Threats of ViolenceThreats of Violence

**Statute:** 609.713.1

**Additional Statute:** Terroristic Threats-Reckless Disregard Risk (609.713.1)
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Felony
**Offense Date:** March 7 201603/07/2016

**Count 9**
**9**

Threats of ViolenceThreats of Violence

**Statute:** 609.713.1

**Additional Statute:** Terroristic Threats-Reckless Disregard Risk (609.713.1)
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Felony
**Offense Date:** March 7 201603/07/2016

**Count 10**
**10**

Drugs - Possession of Drug Paraphernalia - Use or Possession ProhibitedDrugs - Possession of Drug Paraphernalia - Use or Possession Prohibited

**Statute:** 152.092

**Additional Statute:** Drugs - Possession of Drug Paraphernalia - Use or Possession (152.092)
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Petty Misdemeanor
**Offense Date:** March 7 201603/07/2016
Select Case
Result 120 of 200
**Case Number: 27-CV-16-30512 7 dash C V dash 1 6 dash 3 0 5 1**
**Date Filed: 03/08/2016**March 8 2016
**Case Title:** Andrew Douglas Magnusson vs Commissioner of Public SafetyAndrew Douglas Magnusson versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case

Result 121 of 200
**Case Number: 27-CV-16-30882 7 dash C V dash 1 6 dash 3 0 8 8**
**Date Filed: 03/08/2016**March 8 2016
**Case Title:** JEREMY LEE BALDY vs Commissioner of Public SafetyJEREMY LEE BALDY versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 122 of 200
**Case Number: 27-CR-16-63492 7 dash C R dash 1 6 dash 6 3 4 9**
**Date Filed: 03/05/2016**March 5 2016
**Case Title:** State of Minnesota vs JEREMY LEE BALDYState of Minnesota versus JEREMY LEE BALDY
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Judicial Officer:** Robiner, Susan
**Case Status:** Closed
**Citation Number:** 272916210091
*Defendant*
**BALDY, JEREMY LEE**
Date of birth, October 27 1977DOB: 10/27/1977
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - Careless DrivingTraffic - Careless Driving
**Statute:** 169.13.2
**Disposition:** Convicted
**Disposition Date:** October 18 201610/18/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** March 4 201603/04/2016

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed
**Disposition Date:** October 18 201610/18/2016
**Level of Charge:** Misdemeanor
**Offense Date:** March 4 201603/04/2016
Select Case
Result 123 of 200
**Case Number: 62SU-CR-16-6796 2 S U dash C R dash 1 6 dash 6 7 9**
**Date Filed: 02/26/2016**February 26 2016

**Case Title:** State of Minnesota vs JEFFREY MICHAEL MARTTILAState of Minnesota versus JEFFREY MICHAEL MARTTILA
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Ostby, Elena L.
**Case Status:** Closed
*Defendant*
**MARTTILA, JEFFREY MICHAEL**
Date of birth, December 29 1962DOB: 12/29/1962
**Charges**
List with 1 charge

| Count 1<br>1 |
|---|

Violation of a DANCO within 10 years of a previous qualified convictionViolation of a DANCO within 10 years of a previous qualified conviction
**Statute:** 629.75.2(c)
**Disposition:** Convicted
**Disposition Date:** March 10 201603/10/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** February 25 201602/25/2016
Select Case
Result 124 of 200
**Case Number: 27-CR-16-51762 7 dash C R dash 1 6 dash 5 1 7 6**
**Date Filed: 02/23/2016**February 23 2016
**Case Title:** State of Minnesota vs MITCHELL GORDON GOBELYState of Minnesota versus MITCHELL GORDON GOBELY
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Garcia, Tamara G.
**Case Status:** Closed
*Defendant*
**GOBELY, MITCHELL GORDON**
Date of birth, July 13 1988DOB: 07/13/1988
**Charges**
List with 1 charge

| Count 1<br>1 |
|---|

Fleeing a Peace Officer in a Motor VehicleFleeing a Peace Officer in a Motor Vehicle
**Statute:** 609.487.3
**Additional Statute:** Fleeing a Peace Officer in a Motor Vehicle (609.487.3)
**Disposition:** Convicted
**Disposition Date:** June 16 201706/16/2017
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** February 21 201602/21/2016
Select Case
Result 125 of 200

**Case Number: 70-CR-16-33267 0 dash C R dash 1 6 dash 3 3 2 6**
**Date Filed: 02/17/2016**February 17 2016
**Case Title:** State of Minnesota vs Michael Lynn Smith WanneboState of Minnesota versus Michael Lynn Smith Wannebo
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Closed
*Defendant*
**Wannebo, Michael Lynn Smith**
Date of birth, October 18 1996DOB: 10/18/1996
**Charges**
List with 1 charge

| Count 1<br>1 |
|---|

Criminal Vehicular Operation - Bodily harm - Gross NegligenceCriminal Vehicular Operation - Bodily harm - Gross Negligence
**Statute:** 609.2113.3(1)
**Additional Statute:** Criminal Vehicular Operation - Bodily Harm - Penalty (609.2113.3)
**Disposition:** Convicted
**Disposition Date:** April 18 201704/18/2017
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** February 16 201602/16/2016
Select Case
Result 126 of 200
**Case Number: 62SU-CR-16-3566 2 S U dash C R dash 1 6 dash 3 5 6**
**Date Filed: 02/01/2016**February 1 2016
**Case Title:** State of Minnesota vs JEFFREY MICHAEL MARTTILAState of Minnesota versus JEFFREY MICHAEL MARTTILA
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Ostby, Elena L.
**Case Status:** Closed
*Defendant*
**MARTTILA, JEFFREY MICHAEL**
Date of birth, December 29 1962DOB: 12/29/1962
**Charges**
List with 1 charge

| Count 1<br>1 |
|---|

Gross Misdemeanor Domestic AssaultGross Misdemeanor Domestic Assault
**Statute:** 609.2242.2
**Disposition:** Dismissed
**Disposition Date:** May 20 201605/20/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** January 30 201601/30/2016

Select Case
Result 127 of 200
**Case Number: 71-CR-16-1317 1 dash C R dash 1 6 dash 1 3 1**
**Date Filed: 01/29/2016**January 29 2016
**Case Title:** State of Minnesota vs DAVID ALLEN POTVINState of Minnesota versus DAVID ALLEN POTVIN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Yunker, Mary A.
**Case Status:** Under Court Jurisdiction
*Defendant*
**POTVIN, DAVID ALLEN**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 2 charges

**Count 1**
**1**

Damage to Property-3rd Deg-Reduce Value $501-$1000Damage to Property-3rd Deg-Reduce Value $501-$1000
**Statute:** 609.595.2(a)
**Additional Statute:** Damage to Property-3rd Deg-Reduce Value $501-$1000 (609.595.2(a))
**Disposition:** Acquitted
**Disposition Date:** November 8 201611/08/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 27 201509/27/2015

**Count 2**
**2**

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene
**Statute:** 609.72.1(3)
**Additional Statute:** Disorderly Conduct (609.72.1)
**Disposition:** Convicted
**Disposition Date:** November 8 201611/08/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** September 27 201509/27/2015
Select Case
Result 128 of 200
**Case Number: 02-CR-16-6200 2 dash C R dash 1 6 dash 6 2 0**
**Date Filed: 01/26/2016**January 26 2016
**Case Title:** State of Minnesota vs Taylor Marie GagnonState of Minnesota versus Taylor Marie Gagnon
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed

*Defendant*
**Gagnon, Taylor Marie**
Date of birth, January 27 1994DOB: 01/27/1994
**Charges**
List with 1 charge

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana
**Statute:** 152.025.2(a)(1)
**Disposition:** Dismissed
**Disposition Date:** November 16 201611/16/2016
**Level of Charge:** Felony
**Offense Date:** September 28 201509/28/2015
Select Case
Result 129 of 200
**Case Number: 02-CR-16-5000 2 dash C R dash 1 6 dash 5 0 0**
**Date Filed: 01/21/2016**January 21 2016
**Case Title:** State of Minnesota vs DAVID ALLEN DEBROBANDERState of Minnesota versus DAVID ALLEN DEBROBANDER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020616057565
*Defendant*
**DEBROBANDER, DAVID ALLEN**
Date of birth, March 15 1960DOB: 03/15/1960
**Charges**
List with 1 charge

**Count 1**
**1**

Domestic Abuse No Contact Order - Violate No Contact Order - MisdemeanorDomestic Abuse No Contact Order - Violate No Contact Order - Misdemeanor
**Statute:** 629.75.2(b)
**Disposition:** Convicted
**Disposition Date:** May 3 201605/03/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** January 20 201601/20/2016
Select Case
Result 130 of 200
**Case Number: 02-CR-16-4650 2 dash C R dash 1 6 dash 4 6 5**
**Date Filed: 01/20/2016**January 20 2016
**Case Title:** State of Minnesota vs Anthony Michael LeewayeState of Minnesota versus Anthony Michael Leewaye

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Leewaye, Anthony Michael**
Date of birth, April 9 1988DOB: 04/09/1988
**Charges**
List with 1 charge

| **Count 1** |
| --- |
| **1** |

Violate Domestic Abuse No Contact OrderViolate Domestic Abuse No Contact Order
**Statute:** 629.75.2(b)
**Additional Statute:** Domestic Abuse No Contact Order - Violate No Contact Order - Misdemeanor (629.75.2(b))
**Disposition:** Dismissed
**Disposition Date:** December 8 201612/08/2016
**Level of Charge:** Misdemeanor
**Offense Date:** December 19 201512/19/2015
Select Case
Result 131 of 200
**Case Number: 02-CR-16-3860 2 dash C R dash 1 6 dash 3 8 6**
**Date Filed: 01/19/2016**January 19 2016
**Case Title:** State of Minnesota vs DAVID ALLEN DEBROBANDERState of Minnesota versus DAVID ALLEN DEBROBANDER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020616057560
*Defendant*
**DEBROBANDER, DAVID ALLEN**
Date of birth, March 15 1960DOB: 03/15/1960
**Charges**
List with 2 charges

| **Count 1** |
| --- |
| **1** |

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Disposition:** Dismissed
**Disposition Date:** May 3 201605/03/2016
**Level of Charge:** Misdemeanor
**Offense Date:** January 17 201601/17/2016

| **Count 2** |
| --- |
| **2** |

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily HarmDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm

**Statute:** 609.2242.1(2)

**Disposition:** Convicted
**Disposition Date:** May 3 201605/03/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** January 17 201601/17/2016
Select Case
Result 132 of 200
**Case Number: 27-CR-16-13202 7 dash C R dash 1 6 dash 1 3 2 0**
**Date Filed: 01/15/2016**January 15 2016
**Case Title:** State of Minnesota vs ALEXANDRA MARIE GAVILANState of Minnesota versus ALEXANDRA MARIE GAVILAN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
**Citation Number:** 271115022663
*Defendant*
**GAVILAN, ALEXANDRA MARIE**
Date of birth, December 22 1989DOB: 12/22/1989
**Charges**
List with 1 charge

**Count 1**
**1**

Theft-Take/Use/Transfer Movable Prop-No ConsentTheft-Take/Use/Transfer Movable Prop-No Consent

**Statute:** 609.52.2(a)(1)

**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** May 21 201805/21/2018
**Level of Charge:** Misdemeanor
**Offense Date:** November 20 201511/20/2015
Select Case
Result 133 of 200
**Case Number: 02-CR-16-1100 2 dash C R dash 1 6 dash 1 1 0**
**Date Filed: 01/04/2016**January 4 2016
**Case Title:** State of Minnesota vs Braden Benjamin CutterState of Minnesota versus Braden Benjamin Cutter
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Cutter, Braden Benjamin**
Date of birth, April 16 1997DOB: 04/16/1997
**Charges**
List with 1 charge

**Count 1**
**1**

Theft-Take/Use/Transfer Movable Prop-No ConsentTheft-Take/Use/Transfer Movable Prop-No Consent

**Statute:** 609.52.2(a)(1)

**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** December 20 201712/20/2017
**Level of Charge:** Felony
**Offense Dates:** April 17 2015 through April 18 201504/17/2015 - 04/18/2015
Select Case
Result 134 of 200
**Case Number: 02-CR-15-85020 2 dash C R dash 1 5 dash 8 5 0 2**
**Date Filed: 12/29/2015**December 29 2015
**Case Title:** State of Minnesota vs BRENDEN ROGER STARLINGState of Minnesota versus BRENDEN ROGER STARLING
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**STARLING, BRENDEN ROGER**
Date of birth, December 10 1996DOB: 12/10/1996
**Charges**
List with 1 charge

**Count 1**
**1**

Damage to Prop-1st Deg-Value Reduced Over $1000Damage to Prop-1st Deg-Value Reduced Over $1000

**Statute:** 609.595.1(3)

**Disposition:** Convicted
**Disposition Date:** May 12 201705/12/2017
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** August 22 201508/22/2015
Select Case
Result 135 of 200
**Case Number: 27-CR-15-361682 7 dash C R dash 1 5 dash 3 6 1 6 8**
**Date Filed: 12/28/2015**December 28 2015
**Case Title:** State of Minnesota vs Angela Lynn McFarlaneState of Minnesota versus Angela Lynn McFarlane
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Case Status:** Closed
*Defendant*
**McFarlane, Angela Lynn**
Date of birth, March 29 1973DOB: 03/29/1973
**Charges**
List with 1 charge

**Count 1**

**1**

Domestic Assault-Misdemeanor-Commits Act With Intent to Cause Fear of Immediate Bodily Harm or DeathDomestic Assault-Misdemeanor-Commits Act With Intent to Cause Fear of Immediate Bodily Harm or Death

**Statute:** 609.2242.1(1)

**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** June 8 201706/08/2017
**Level of Charge:** Misdemeanor
**Offense Date:** December 26 201512/26/2015
Select Case
Result 136 of 200
**Case Number: 02-CR-15-83800 2 dash C R dash 1 5 dash 8 3 8 0**
**Date Filed: 12/23/2015**December 23 2015
**Case Title:** State of Minnesota vs Chase Renard LeaseState of Minnesota versus Chase Renard Lease
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Lease, Chase Renard**
Date of birth, June 18 1995DOB: 06/18/1995
**Charges**
List with 2 charges

**Count 1**
**1**

Burglary-4th Deg-to Commit MisdemeanorBurglary-4th Deg-to Commit Misdemeanor

**Statute:** 609.582.4

**Disposition:** Convicted
**Disposition Date:** May 12 201705/12/2017
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** December 21 201512/21/2015

**Count 2**
**2**

Assault-3rd Degree-Substantial Bodily HarmAssault-3rd Degree-Substantial Bodily Harm

**Statute:** 609.223.1

**Disposition:** Dismissed
**Disposition Date:** May 12 201705/12/2017
**Level of Charge:** Felony
**Offense Date:** December 21 201512/21/2015
Select Case
Result 137 of 200
**Case Number: 02-CR-15-83830 2 dash C R dash 1 5 dash 8 3 8 3**
**Date Filed: 12/23/2015**December 23 2015
**Case Title:** State of Minnesota vs BRENDEN ROGER STARLINGState of Minnesota versus BRENDEN ROGER STARLING

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**STARLING, BRENDEN ROGER**
Date of birth, December 10 1996DOB: 12/10/1996
**Charges**
List with 2 charges

**Count 1**
**1**

Burglary-1st Deg-Assault Person In Build/On PropertyBurglary-1st Deg-Assault Person In Build/On Property
**Statute:** 609.582.1(c)
**General Offense Code:** Aid/Abet - GOC
**Disposition:** Dismissed
**Disposition Date:** May 12 201705/12/2017
**Level of Charge:** Felony
**Offense Date:** December 21 201512/21/2015

**Count 2**
**2**

Assault-5th Degree-MisdemeanorAssault-5th Degree-Misdemeanor
**Statute:** 609.224.1
**Disposition:** Convicted
**Disposition Date:** May 12 201705/12/2017
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** December 21 201512/21/2015
Select Case
Result 138 of 200
**Case Number: 71-VB-15-69827 1 dash V B dash 1 5 dash 6 9 8 2**
**Date Filed: 12/09/2015**December 9 2015
**Case Title:** State of Minnesota vs MORGAN CHRISTINE DONLEYState of Minnesota versus MORGAN CHRISTINE DONLEY
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Sherburne County
**Case Status:** Closed
**Citation Number:** 710208534103
*Defendant*
**DONLEY, MORGAN CHRISTINE**
Date of birth, August 27 1991DOB: 08/27/1991
**Charges**
List with 2 charges

**Count 1**
**1**

Speed-exceed posted limit 39/30Speed-exceed posted limit 39/30
**Statute:** 169.14.5
**Disposition:** Dismissed

**Disposition Date:** May 9 201605/09/2016
**Level of Charge:** Petty Misdemeanor
**Offense Date:** December 7 201512/07/2015

**Count 2**
**2**

No Proof of Insurance - DriverNo Proof of Insurance - Driver
**Statute:** 169.791.2(a)
**Disposition:** Convicted
**Disposition Date:** May 9 201605/09/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** December 7 201512/07/2015
Select Case
Result 139 of 200
**Case Number: 02-CR-15-80280 2 dash C R dash 1 5 dash 8 0 2 8**
**Date Filed: 12/07/2015**December 7 2015
**Case Title:** State of Minnesota vs Taylor Marie GagnonState of Minnesota versus Taylor Marie Gagnon
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Gagnon, Taylor Marie**
Date of birth, January 27 1994DOB: 01/27/1994
**Charges**
List with 2 charges

**Count 1**
**1**

Mail Theft-Intentionally Removes Mail Addressed to Another without Claim of RightMail Theft-Intentionally Removes Mail Addressed to Another without Claim of Right
**Statute:** 609.529.2(4)
**Disposition:** Convicted
**Disposition Date:** November 16 201611/16/2016
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** December 6 201512/06/2015

**Count 2**
**2**

Mail Theft-Intentionally Removes Mail Addressed to Another without Claim of RightMail Theft-Intentionally Removes Mail Addressed to Another without Claim of Right
**Statute:** 609.529.2(4)
**Disposition:** Convicted
**Disposition Date:** November 16 201611/16/2016
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** December 6 201512/06/2015
Select Case

Result 140 of 200
**Case Number: 71-CR-15-16277 1 dash C R dash 1 5 dash 1 6 2 7**
**Date Filed: 12/01/2015**December 1 2015
**Case Title:** State of Minnesota vs DAVID ALLEN POTVINState of Minnesota versus DAVID ALLEN POTVIN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**POTVIN, DAVID ALLEN**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Disorderly Conduct-Brawling or FightingDisorderly Conduct-Brawling or Fighting
**Statute:** 609.72.1(1)
**Additional Statute:** Disorderly Conduct (609.72.1)
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Misdemeanor
**Offense Date:** August 9 201508/09/2015
Select Case
Result 141 of 200
**Case Number: 02-CR-15-78360 2 dash C R dash 1 5 dash 7 8 3 6**
**Date Filed: 12/01/2015**December 1 2015
**Case Title:** State of Minnesota vs Tenzin KalsangState of Minnesota versus Tenzin Kalsang
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Kalsang, Tenzin**
Date of birth, December 5 1996DOB: 12/05/1996
**Charges**
List with 2 charges

**Count 1**
**1**

Burglary-2nd Degree-DwellingBurglary-2nd Degree-Dwelling
**Statute:** 609.582.2(a)(1)
**Disposition:** Dismissed
**Disposition Date:** March 3 201603/03/2016
**Level of Charge:** Felony
**Offense Date:** November 29 201511/29/2015

**Count 2**
**2**

Theft-Take/Drive Motor Vehicle-No Owner ConsentTheft-Take/Drive Motor Vehicle-No Owner Consent

**Statute:** 609.52.2(a)(17)

**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** March 21 201703/21/2017
**Level of Charge:** Felony
**Offense Date:** November 29 201511/29/2015
Select Case
Result 142 of 200
**Case Number: 02-CR-15-77700 2 dash C R dash 1 5 dash 7 7 7 0**
**Date Filed: 11/30/2015**November 30 2015
**Case Title:** State of Minnesota vs Michael Thomas SchraderState of Minnesota versus Michael Thomas Schrader
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020115020615
*Defendant*
**Schrader, Michael Thomas**
Date of birth, March 18 1993DOB: 03/18/1993
**Charges**
List with 2 charges

**Count 1**
**1**

ASSAULT-5TH DEG-INFLICT OR ATTEMPT BODILYASSAULT-5TH DEG-INFLICT OR ATTEMPT BODILY

**Statute:** 609.224.1(2)

**Disposition:** Dismissed
**Disposition Date:** August 10 201608/10/2016
**Level of Charge:** Misdemeanor
**Offense Date:** November 26 201511/26/2015

**Count 2**
**2**

DISORDERLY CONDUCT-BRAWLING OR FIGHTINGDISORDERLY CONDUCT-BRAWLING OR FIGHTING

**Statute:** 609.72.1(1)

**Disposition:** Convicted
**Disposition Date:** August 10 201608/10/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** November 26 201511/26/2015
Select Case
Result 143 of 200
**Case Number: 02-CR-15-78050 2 dash C R dash 1 5 dash 7 8 0 5**
**Date Filed: 11/30/2015**November 30 2015
**Case Title:** State of Minnesota vs Anthony Michael LeewayeState of Minnesota versus Anthony Michael Leewaye

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Leewaye, Anthony Michael**
Date of birth, April 9 1988DOB: 04/09/1988
**Charges**
List with 2 charges

**Count 1**
**1**

Domestic Assault - By StrangulationDomestic Assault - By Strangulation
**Statute:** 609.2247.2
**Disposition:** Dismissed
**Disposition Date:** January 4 201701/04/2017
**Level of Charge:** Felony
**Offense Date:** November 25 201511/25/2015

**Count 2**
**2**

Assault-5th Degree-Fear of Bodily Harm or DeathAssault-5th Degree-Fear of Bodily Harm or Death
**Statute:** 609.224.1(1)
**Disposition:** Convicted
**Disposition Date:** January 4 201701/04/2017
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** November 25 201511/25/2015
Select Case
Result 144 of 200
**Case Number: 02-CR-15-76530 2 dash C R dash 1 5 dash 7 6 5 3**
**Date Filed: 11/23/2015**November 23 2015
**Case Title:** State of Minnesota vs Taylor Marie GagnonState of Minnesota versus Taylor Marie Gagnon
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020215013533
*Defendant*
**Gagnon, Taylor Marie**
Date of birth, January 27 1994DOB: 01/27/1994
**Charges**
List with 1 charge

**Count 1**
**1**

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene
**Statute:** 609.72.1(3)
**Disposition:** Convicted

**Disposition Date:** January 13 201601/13/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** November 20 201511/20/2015
Select Case
Result 145 of 200
**Case Number: 71-CR-15-15697 1 dash C R dash 1 5 dash 1 5 6 9**
**Date Filed: 11/18/2015**November 18 2015
**Case Title:** State of Minnesota vs Michael Thomas SchraderState of Minnesota versus Michael Thomas Schrader
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Yunker, Mary A.
**Case Status:** Closed
*Defendant*
**Schrader, Michael Thomas**
Date of birth, March 18 1993DOB: 03/18/1993
**Charges**
List with 2 charges

**Count 1**
**1**

THIRD DEGREE DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOLTHIRD DEGREE DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL
**Statute:** 169A.20.1(1)
**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** November 10 201611/10/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** October 31 201510/31/2015

**Count 2**
**2**

THIRD DEGREE DRIVING WITH AN ALCOHOL CONCENTRATION OF .08 OR MORETHIRD DEGREE DRIVING WITH AN ALCOHOL CONCENTRATION OF .08 OR MORE
**Statute:** 169A.20.1(5)
**Additional Statutes:** Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** November 10 201611/10/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** October 31 201510/31/2015
Select Case
Result 146 of 200

**Case Number: 02-CR-15-74570 2 dash C R dash 1 5 dash 7 4 5 7**
**Date Filed: 11/16/2015**November 16 2015
**Case Title:** State of Minnesota vs Brandon Thomas FisherState of Minnesota versus Brandon Thomas Fisher
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020499001610
*Defendant*
**FISHER, BRANDON THOMAS**
Date of birth, August 6 1987DOB: 08/06/1987
**Charges**
List with 1 charge

**Count 1**
**1**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily HarmDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm
**Statute:** 609.2242.1(2)
**Disposition:** Dismissed
**Disposition Date:** June 20 201606/20/2016
**Level of Charge:** Misdemeanor
**Offense Date:** September 27 201509/27/2015
Select Case
Result 147 of 200
**Case Number: 27-CR-15-323142 7 dash C R dash 1 5 dash 3 2 3 1 4**
**Date Filed: 11/13/2015**November 13 2015
**Case Title:** State of Minnesota vs ALEXANDRA MARIE GAVILANState of Minnesota versus ALEXANDRA MARIE GAVILAN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Daly, Margaret A.
**Case Status:** Closed
*Defendant*
**GAVILAN, ALEXANDRA MARIE**
Date of birth, December 22 1989DOB: 12/22/1989
**Charges**
List with 1 charge

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana
**Statute:** 152.025.2(a)(1)
**Additional Statutes:** Drugs - 5th Degree - Possession - Penalty (152.025.2(a)); Minimum Fines-Controlled Substance Offenses (609.101.3)
**Disposition:** Convicted
**Disposition Date:** May 21 201805/21/2018

**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** July 1 201507/01/2015
Select Case
Result 148 of 200
**Case Number: 02-CR-15-71320 2 dash C R dash 1 5 dash 7 1 3 2**
**Date Filed: 11/02/2015**November 2 2015
**Case Title:** State of Minnesota vs JOSEPH BRUCE POFFState of Minnesota versus JOSEPH BRUCE POFF
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**POFF, JOSEPH BRUCE**
Date of birth, September 19 1981DOB: 09/19/1981
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - DWI - Second Degree Refuse to Submit to Chemical TestTraffic - DWI - Second Degree Refuse to Submit to Chemical Test
**Statute:** 169A.25.1(b)
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Dismissed
**Disposition Date:** October 18 201610/18/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** November 1 201511/01/2015

**Count 2**
**2**

Traffic - DWI - Third-Degree Driving While Impaired - Operate Motor Vehicle Under Influence of AlcohTraffic - DWI - Third-Degree Driving While Impaired - Operate Motor Vehicle Under Influence of Alcoh
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** October 18 201610/18/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** November 1 201511/01/2015

**Count 3**
**3**

Traffic-DL-Driving after Cancellation-Inimical to Public SafetyTraffic-DL-Driving after Cancellation-Inimical to Public Safety
**Statute:** 171.24.5
**Additional Statute:** Traffic-DL-Driving after cancellation-inimical to public safety (171.24.5)

**Disposition:** Dismissed
**Disposition Date:** October 18 201610/18/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** November 1 201511/01/2015
Select Case
Result 149 of 200
**Case Number: 02-CR-15-70400 2 dash C R dash 1 5 dash 7 0 4 0**
**Date Filed: 10/26/2015**October 26 2015
**Case Title:** State of Minnesota vs Jason William WollinState of Minnesota versus Jason William Wollin
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Wollin, Jason William**
Date of birth, October 11 1972DOB: 10/11/1972
**Charges**
List with 4 charges

**Count 1**
**1**
INTERFERENCE WITH A 911 CALLINTERFERENCE WITH A 911 CALL
**Statute:** 609.78.2(1)
**Disposition:** Convicted
**Disposition Date:** January 13 201601/13/2016
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** October 24 201510/24/2015

**Count 2**
**2**
FIFTH DEGREE DOMESTIC ASSAULT BODILY HARMFIFTH DEGREE DOMESTIC ASSAULT BODILY HARM
**Statute:** 609.2242.1(2)
**Disposition:** Dismissed
**Disposition Date:** January 13 201601/13/2016
**Level of Charge:** Misdemeanor
**Offense Date:** October 24 201510/24/2015

**Count 3**
**3**
FIFTH DEGREE DOMESTIC ASSAULT - FEARFIFTH DEGREE DOMESTIC ASSAULT - FEAR
**Statute:** 609.2242.1(1)
**Disposition:** Dismissed
**Disposition Date:** January 13 201601/13/2016
**Level of Charge:** Misdemeanor
**Offense Date:** October 24 201510/24/2015

**Count 4**

**4**

DISORDERLY CONDUCTDISORDERLY CONDUCT

**Statute:** 609.72.1(3)

**Disposition:** Dismissed
**Disposition Date:** January 13 201601/13/2016
**Level of Charge:** Misdemeanor
**Offense Date:** October 24 201510/24/2015
Select Case
Result 150 of 200
**Case Number: 70-CR-15-201267 0 dash C R dash 1 5 dash 2 0 1 2 6**
**Date Filed: 10/19/2015**October 19 2015
**Case Title:** State of Minnesota vs SHANE PATRICK WEISBRODState of Minnesota versus SHANE PATRICK WEISBROD
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Under Court Jurisdiction
**Citation Number:** 700915001255
*Defendant*
**WEISBROD, SHANE PATRICK**
Date of birth, November 23 1991DOB: 11/23/1991
**Charges**
List with 1 charge

**Count 1**
**1**

CRIM-POSSESSION OF SYNTHETIC CANNABINOIDSCRIM-POSSESSION OF SYNTHETIC CANNABINOIDS

**Statute:** 152.027.6(d)

**Disposition:** Convicted
**Disposition Date:** November 28 201611/28/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** October 17 201510/17/2015
Select Case
Result 151 of 200
**Case Number: 71-CR-15-13527 1 dash C R dash 1 5 dash 1 3 5 2**
**Date Filed: 09/28/2015**September 28 2015
**Case Title:** State of Minnesota vs DAVID ALLEN POTVINState of Minnesota versus DAVID ALLEN POTVIN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Sherburne County
**Judicial Officer:** Kaminsky, Walter
**Case Status:** Closed
*Defendant*
**POTVIN, DAVID ALLEN**
Date of birth, July 10 1967DOB: 07/10/1967
**Charges**
List with 3 charges

**Count 1**
**1**

Domestic Assault-FelonyDomestic Assault-Felony

**Statute:** 609.2242.4

**Additional Statute:** Domestic Assault-Felony (609.2242.4)
**Disposition:** Convicted
**Disposition Date:** June 10 201606/10/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Dates:** September 25 2015 through September 26 201509/25/2015 - 09/26/2015

**Count 2**
**2**

Domestic Assault-FelonyDomestic Assault-Felony

**Statute:** 609.2242.4

**Additional Statute:** Domestic Assault-Felony (609.2242.4)
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Dates:** September 25 2015 through September 26 201509/25/2015 - 09/26/2015

**Count 3**
**3**

Domestic Assault - By StrangulationDomestic Assault - By Strangulation

**Statute:** 609.2247.2

**Additional Statute:** Domestic Assault - By Strangulation (609.2247.2)
**Disposition:** Dismissed
**Disposition Date:** June 10 201606/10/2016
**Level of Charge:** Felony
**Offense Dates:** September 25 2015 through September 26 201509/25/2015 - 09/26/2015
Select Case
Result 152 of 200
**Case Number: 02-CR-15-62700 2 dash C R dash 1 5 dash 6 2 7 0**
**Date Filed: 09/25/2015**September 25 2015
**Case Title:** State of Minnesota vs RYAN JOSEPH SAUTTERState of Minnesota versus RYAN JOSEPH SAUTTER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**SAUTTER, RYAN JOSEPH**
Date of birth, May 12 1980DOB: 05/12/1980
**Charges**
List with 3 charges

**Count 1**
**1**

TRAFFIC - DWI - SECOND-DEGREE DRIVING WHILE IMPAIRED; 2 OR MORE AGGRAVATING FACTORSTRAFFIC - DWI - SECOND-DEGREE DRIVING WHILE IMPAIRED; 2 OR MORE AGGRAVATING FACTORS

**Statute:** 169A.25.1(a)
**Disposition:** Convicted
**Disposition Date:** October 3 201610/03/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** September 24 201509/24/2015

**Count 2**
**2**

GROSS MISDEMEANOR SECOND DEGREE DWI .08 OR MOREGROSS MISDEMEANOR SECOND DEGREE DWI .08 OR MORE
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Dismissed
**Disposition Date:** October 3 201610/03/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 24 201509/24/2015

**Count 3**
**3**

GROSS MISDEMEANOR VIOLATION OF A RESTRICTED DRIVER'S LICENSEGROSS MISDEMEANOR VIOLATION OF A RESTRICTED DRIVER'S LICENSE
**Statute:** 171.09.1(f)(1)
**Disposition:** Dismissed
**Disposition Date:** October 3 201610/03/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 24 201509/24/2015
Select Case
Result 153 of 200
**Case Number: 02-CR-15-60630 2 dash C R dash 1 5 dash 6 0 6 3**
**Date Filed: 09/21/2015**September 21 2015
**Case Title:** State of Minnesota vs JESHUA JAMES ELLISState of Minnesota versus JESHUA JAMES ELLIS
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020515004466
*Defendant*
**ELLIS, JESHUA JAMES**
Date of birth, September 9 1978DOB: 09/09/1978
**Charges**
List with 2 charges

**Count 1**
**1**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily HarmDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm
**Statute:** 609.2242.1(2)
**Disposition:** Dismissed, Conditions Met or Expired

**Disposition Date:** September 7 201709/07/2017
**Level of Charge:** Misdemeanor
**Offense Date:** September 18 201509/18/2015

**Count 2**
**2**

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene

**Statute:** 609.72.1(3)

**Disposition:** Convicted
**Disposition Date:** February 9 201602/09/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** September 18 201509/18/2015
Select Case
Result 154 of 200
**Case Number: 82-CR-15-39508 2 dash C R dash 1 5 dash 3 9 5 0**
**Date Filed: 09/17/2015**September 17 2015
**Case Title:** State of Minnesota vs TIMOTHY JAMES MARSTEINERState of Minnesota versus TIMOTHY JAMES MARSTEINER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Washington, Stillwater
**Case Status:** Closed
*Defendant*
**MARSTEINER, TIMOTHY JAMES**
Date of birth, October 14 1969DOB: 10/14/1969
**Charges**
List with 4 charges

**Count 1**
**1**

2nd Degree Test Refusal2nd Degree Test Refusal

**Statute:** 169A.20.2

**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Refuse to submit to chemical test (169A.25.1(b))
**Disposition:** Dismissed
**Disposition Date:** April 27 201704/27/2017
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 13 201509/13/2015

**Count 2**
**2**

2nd Degree Driving While Impaired2nd Degree Driving While Impaired

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Convicted
**Disposition Date:** April 27 201704/27/2017
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** September 13 201509/13/2015

**Count 3**
**3**

Open Bottle PossessionOpen Bottle Possession

**Statute:** 169A.35.3

**Additional Statute:** Traffic - Open bottle law; Criminal penalty (169A.35.5)
**Disposition:** Dismissed
**Disposition Date:** April 27 201704/27/2017
**Level of Charge:** Misdemeanor
**Offense Date:** September 13 201509/13/2015

**Count 4**
**4**

Failure to Stay in LaneFailure to Stay in Lane

**Statute:** 169.18.7(a)

**Disposition:** Dismissed
**Disposition Date:** April 27 201704/27/2017
**Level of Charge:** Petty Misdemeanor
**Offense Date:** September 13 201509/13/2015
Select Case
Result 155 of 200
**Case Number: 82-CR-15-39608 2 dash C R dash 1 5 dash 3 9 6 0**
**Date Filed: 09/17/2015**September 17 2015
**Case Title:** State of Minnesota vs Troy Curtis BaconState of Minnesota versus Troy Curtis Bacon
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Washington, Stillwater
**Case Status:** Closed

*Defendant*

**Bacon, Troy Curtis**
Date of birth, March 9 1971DOB: 03/09/1971

**Charges**

List with 2 charges

**Count 1**
**1**

Terroristic Threats-Reckless Disregard RiskTerroristic Threats-Reckless Disregard Risk

**Statute:** 609.713.1

**Additional Statute:** Terroristic Threats-Reckless Disregard Risk (609.713.1)
**Disposition:** Dismissed
**Disposition Date:** December 19 201612/19/2016
**Level of Charge:** Felony
**Offense Date:** August 9 201508/09/2015

**Count 2**
**2**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions

**Statute:** 629.75.2(d)(1)

**Additional Statute:** Domestic Abuse No Contact Order - Violate No Contact Order - within 10 years of previous conviction (629.75.2(c))
**Disposition:** Convicted
**Disposition Date:** December 19 201612/19/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** August 9 201508/09/2015
Select Case
Result 156 of 200
**Case Number: 02-CR-15-59850 2 dash C R dash 1 5 dash 5 9 8 5**
**Date Filed: 09/16/2015**September 16 2015
**Case Title:** State of Minnesota vs BETH ANN MCCULLOCHState of Minnesota versus BETH ANN MCCULLOCH
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Under Court Jurisdiction
*Defendant*
**MCCULLOCH, BETH ANN**
Date of birth, January 8 1980DOB: 01/08/1980
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Second-Degree Driving While Impaired - Alcohol Concentration 0.08 or More Within 2 HTraffic - DWI - Second-Degree Driving While Impaired - Alcohol Concentration 0.08 or More Within 2 H
**Statute:** 169A.25.1(a)
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Dismissed
**Disposition Date:** October 20 201610/20/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 10 201509/10/2015

**Count 2**
**2**

Traffic - DWI - Second-Degree Driving While Impaired - Under the Influence of Alcohol; 2 or more AggTraffic - DWI - Second-Degree Driving While Impaired - Under the Influence of Alcohol; 2 or more Agg
**Statute:** 169A.25.1(a)
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Convicted
**Disposition Date:** July 21 201607/21/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** September 10 201509/10/2015
Select Case
Result 157 of 200

**Case Number: 02-CR-15-59620 2 dash C R dash 1 5 dash 5 9 6 2**
**Date Filed: 09/14/2015**September 14 2015
**Case Title:** State of Minnesota vs Nicholas David DillnerState of Minnesota versus Nicholas David Dillner
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Dillner, Nicholas David**
Date of birth, December 21 1974DOB: 12/21/1974
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Third-Degree Driving While Impaired - Operate Motor Vehicle Under Influence of AlcohTraffic - DWI - Third-Degree Driving While Impaired - Operate Motor Vehicle Under Influence of Alcoh
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** December 13 201612/13/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 12 201509/12/2015

**Count 2**
**2**

Traffic - DWI - Third-Degree Driving While Impaired - Alcohol Concentration 0.08 or More Within 2 HoTraffic - DWI - Third-Degree Driving While Impaired - Alcohol Concentration 0.08 or More Within 2 Ho
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** December 13 201612/13/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** September 12 201509/12/2015
Select Case
Result 158 of 200
**Case Number: 02-CR-15-58300 2 dash C R dash 1 5 dash 5 8 3 0**
**Date Filed: 09/09/2015**September 9 2015
**Case Title:** State of Minnesota vs JUSTIN ROBERT ADELMANState of Minnesota versus JUSTIN ROBERT ADELMAN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed

*Defendant*
**ADELMAN, JUSTIN ROBERT**
Date of birth, May 22 1994DOB: 05/22/1994
**Charges**
List with 2 charges

**Count 1**
**1**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon
**Statute:** 609.222.1
**Disposition:** Dismissed
**Disposition Date:** May 31 201605/31/2016
**Level of Charge:** Felony
**Offense Date:** September 6 201509/06/2015

**Count 2**
**2**

Terroristic Threats-Reckless Disregard RiskTerroristic Threats-Reckless Disregard Risk
**Statute:** 609.713.1
**Disposition:** Convicted
**Disposition Date:** May 31 201605/31/2016
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** September 6 201509/06/2015
Select Case
Result 159 of 200
**Case Number: 02-CR-15-58390 2 dash C R dash 1 5 dash 5 8 3 9**
**Date Filed: 09/09/2015**September 9 2015
**Case Title:** State of Minnesota vs CHRISTOPHER THOMAS SORENSENState of Minnesota versus CHRISTOPHER THOMAS SORENSEN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**SORENSEN, CHRISTOPHER THOMAS**
Date of birth, October 2 1987DOB: 10/02/1987
**Charges**
List with 2 charges

**Count 1**
**1**

THIRD DEGREE DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOLTHIRD DEGREE DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL
**Statute:** 169A.20.1(1)
**Additional Statute:** Third-degree driving while impaired (169A.26)
**Disposition:** Convicted
**Disposition Date:** August 17 201608/17/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** September 4 201509/04/2015

**Count 2**
**2**

SECOND DEGREE DRIVING WITH AN ALCOHOL CONCENTRATION OF .08 OR MORESECOND DEGREE DRIVING WITH AN ALCOHOL CONCENTRATION OF .08 OR MORE

**Statute:** 169A.20.1(5)

**Additional Statutes:** Traffic - DWI - Second-Degree Driving While Impaired; 2 or more Aggravating Factors (169A.25.1(a)); Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Dismissed
**Disposition Date:** August 31 201608/31/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** September 4 201509/04/2015
Select Case
Result 160 of 200
**Case Number: 01-CR-15-9140 1 dash C R dash 1 5 dash 9 1 4**
**Date Filed: 09/08/2015**September 8 2015
**Case Title:** State of Minnesota vs NICHOLIS JOE PARENTEAUState of Minnesota versus NICHOLIS JOE PARENTEAU
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Aitkin County
**Case Status:** Closed
*Defendant*
**PARENTEAU, NICHOLIS JOE**
Date of birth, December 15 1988DOB: 12/15/1988
**Charges**
List with 5 charges

**Count 1**
**1**

Felony Criminal Sexual Conduct 2nd DegreeFelony Criminal Sexual Conduct 2nd Degree

**Statute:** 609.343.1(a)

**Additional Statute:** Criminal Sexual Conduct-2nd Degree-Penalty-Stat. Max. (609.343.2(a))
**Disposition:** Dismissed
**Disposition Date:** October 17 201610/17/2016
**Level of Charge:** Felony
**Offense Date:** May 9 201505/09/2015

**Count 2**
**2**

Felony Criminal Sexual Conduct 2nd DegreeFelony Criminal Sexual Conduct 2nd Degree

**Statute:** 609.343.1(g)

**Additional Statute:** Criminal Sexual Conduct-2nd Degree-Penalty-Stat. Max. (609.343.2(a))
**Disposition:** Dismissed
**Disposition Date:** October 17 201610/17/2016
**Level of Charge:** Felony
**Offense Date:** May 9 201505/09/2015

**Count 3**

**3**

Felony Domestic AssaultFelony Domestic Assault

**Statute:** 609.2242.4

**Additional Statute:** Domestic Assault-Felony (609.2242.4)
**Disposition:** Dismissed
**Disposition Date:** October 17 201610/17/2016
**Level of Charge:** Felony
**Offense Date:** May 9 201505/09/2015

**Count 4**
**4**

Felony Domestic AssaultFelony Domestic Assault

**Statute:** 609.2242.4

**Additional Statute:** Domestic Assault-Felony (609.2242.4)
**Disposition:** Dismissed
**Disposition Date:** October 17 201610/17/2016
**Level of Charge:** Felony
**Offense Date:** May 9 201505/09/2015

**Count 5**
**5**

Domestic Assault-GM-Subsequent ViolationDomestic Assault-GM-Subsequent Violation

**Statute:** 609.2242.2

**Disposition:** Convicted
**Disposition Date:** October 17 201610/17/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** May 9 201505/09/2015
Select Case
Result 161 of 200
**Case Number: 73-CR-15-78637 3 dash C R dash 1 5 dash 7 8 6 3**
**Date Filed: 09/01/2015**September 1 2015
**Case Title:** State of Minnesota vs James Thomas StringerState of Minnesota versus James Thomas Stringer
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Stearns County
**Judicial Officer:** Hennesy, Sarah E.
**Case Status:** Closed
**Citation Number:** 730000016025
*Defendant*
**Stringer, James Thomas**
Date of birth, September 22 1967DOB: 09/22/1967
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Fourth-degree driving while impaired (169A.27)
**Disposition:** Convicted
**Disposition Date:** August 19 201608/19/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** August 31 201508/31/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** August 19 201608/19/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** August 31 201508/31/2015

**Count 3**
**3**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** August 19 201608/19/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** August 31 201508/31/2015
Select Case
Result 162 of 200
**Case Number: 02-CR-15-54310 2 dash C R dash 1 5 dash 5 4 3 1**
**Date Filed: 08/24/2015**August 24 2015
**Case Title:** State of Minnesota vs DEREK ALAN ANDERSONState of Minnesota versus DEREK ALAN ANDERSON
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020115040894
*Defendant*
**ANDERSON, DEREK ALAN**
Date of birth, March 26 1987DOB: 03/26/1987
**Charges**
List with 2 charges

**Count 1**
**1**

Domestic Assault-Misdemeanor-Commits Act With Intent to Cause Fear of Immediate Bodily Harm or DeathDomestic Assault-Misdemeanor-Commits Act With Intent to Cause Fear of Immediate Bodily Harm or Death

**Statute:** 609.2242.1(1)

**Disposition:** Dismissed
**Disposition Date:** December 16 201512/16/2015
**Level of Charge:** Misdemeanor
**Offense Date:** August 21 201508/21/2015

**Count 2**
**2**

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene

**Statute:** 609.72.1(3)

**Disposition:** Convicted
**Disposition Date:** December 16 201512/16/2015
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** August 21 201508/21/2015
Select Case
Result 163 of 200
**Case Number: 02-CR-15-53680 2 dash C R dash 1 5 dash 5 3 6 8**
**Date Filed: 08/20/2015**August 20 2015
**Case Title:** State of Minnesota vs WAYNE ANTHONY SAVAGEState of Minnesota versus WAYNE ANTHONY SAVAGE
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**SAVAGE, WAYNE ANTHONY**
Date of birth, December 21 1967DOB: 12/21/1967
**Charges**
List with 1 charge

**Count 1**
**1**

Predatory Offender- Knowingly Violates Registration Req. or Intentionally Provides False InformationPredatory Offender- Knowingly Violates Registration Req. or Intentionally Provides False Information

**Statute:** 243.166.5(a)

**Disposition:** Convicted
**Disposition Date:** October 10 201610/10/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** August 17 201508/17/2015
Select Case
Result 164 of 200
**Case Number: 27-CR-15-219582 7 dash C R dash 1 5 dash 2 1 9 5 8**
**Date Filed: 08/10/2015**August 10 2015

**Case Title:** State of Minnesota vs MARIO THEODORE ASPINWALLState of Minnesota versus MARIO THEODORE ASPINWALL
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Judicial Officer:** Peterson, Bruce A.
**Case Status:** Closed
*Defendant*
**ASPINWALL, MARIO THEODORE**
Date of birth, June 23 1985DOB: 06/23/1985
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Convicted
**Disposition Date:** September 1 201609/01/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** August 10 201508/10/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Disposition:** Dismissed
**Disposition Date:** September 1 201609/01/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** August 10 201508/10/2015
Select Case
Result 165 of 200
**Case Number: 86-CR-15-39598 6 dash C R dash 1 5 dash 3 9 5 9**
**Date Filed: 08/10/2015**August 10 2015
**Case Title:** State of Minnesota vs SHAWN MICHAEL STOMMESState of Minnesota versus SHAWN MICHAEL STOMMES
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Wright County
**Case Status:** Closed
*Defendant*
**STOMMES, SHAWN MICHAEL**
Date of birth, January 5 1977DOB: 01/05/1977
**Charges**
List with 1 charge

**Count 1**
**1**

Drivers' Licenses - No Drivers License in Possession or Fail to Display Upon RequestDrivers' Licenses - No Drivers License in Possession or Fail to Display Upon Request

**Statute:** 171.08

**Disposition:** Convicted
**Disposition Date:** August 4 201608/04/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** August 8 201508/08/2015
Select Case
Result 166 of 200
**Case Number: 27-CV-15-141322 7 dash C V dash 1 5 dash 1 4 1 3 2**
**Date Filed: 08/10/2015**August 10 2015
**Case Title:** ROBERTA ANNE MIRANDA vs Commissioner of Public SafetyROBERTA ANNE MIRANDA versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 167 of 200
**Case Number: 27-CV-15-139162 7 dash C V dash 1 5 dash 1 3 9 1 6**
**Date Filed: 08/06/2015**August 6 2015
**Case Title:** BRIAN CURTIS HAGAMAN vs Commissioner of Public SafetyBRIAN CURTIS HAGAMAN versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 168 of 200
**Case Number: 27-CR-15-208332 7 dash C R dash 1 5 dash 2 0 8 3 3**
**Date Filed: 07/30/2015**July 30 2015
**Case Title:** State of Minnesota vs RABIE MAHMOUDState of Minnesota versus RABIE MAHMOUD
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
*Defendant*
**MAHMOUD, RABIE**
Date of birth, September 17 1993DOB: 09/17/1993
**Charges**
List with 1 charge

**Count 1**
**1**

Drivers License - Driving without a valid license for vehicle class or typeDrivers License - Driving without a valid license for vehicle class or type

**Statute:** 171.02.1(a)

**Disposition:** Dismissed

**Disposition Date:** November 24 201511/24/2015
**Level of Charge:** Misdemeanor
**Offense Date:** July 30 201507/30/2015
Select Case
Result 169 of 200
**Case Number: 02-CR-15-47520 2 dash C R dash 1 5 dash 4 7 5 2**
**Date Filed: 07/29/2015**July 29 2015
**Case Title:** State of Minnesota vs Kelly Jo CroteauState of Minnesota versus Kelly Jo Croteau
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020515064142
*Defendant*
**Croteau, Kelly Jo**
Date of birth, May 23 1972DOB: 05/23/1972
**Charges**
List with 2 charges

**Count 1**
**1**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDETRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDE
**Statute:** 169A.20.1(1)
**Disposition:** Dismissed
**Disposition Date:** November 24 201511/24/2015
**Level of Charge:** Misdemeanor
**Offense Date:** July 29 201507/29/2015

**Count 2**
**2**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE - ALTRAFFIC - DWI - OPERATE MOTOR VEHICLE - AL
**Statute:** 169A.20.1(5)
**Disposition:** Convicted
**Disposition Date:** November 24 201511/24/2015
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 29 201507/29/2015
Select Case
Result 170 of 200
**Case Number: 02-CR-15-45880 2 dash C R dash 1 5 dash 4 5 8 8**
**Date Filed: 07/23/2015**July 23 2015
**Case Title:** State of Minnesota vs Steven Glen CareyState of Minnesota versus Steven Glen Carey
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
**Citation Number:** 020015008311

*Defendant*
**Carey, Steven Glen**
Date of birth, July 28 1961DOB: 07/28/1961
**Charges**
List with 2 charges

**Count 1**
**1**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily HarmDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm
**Statute:** 609.2242.1(2)
**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** September 30 201609/30/2016
**Level of Charge:** Misdemeanor
**Offense Date:** July 22 201507/22/2015

**Count 2**
**2**

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene
**Statute:** 609.72.1(3)
**Disposition:** Convicted
**Disposition Date:** September 30 201609/30/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 22 201507/22/2015
Select Case
Result 171 of 200
**Case Number: 02-CR-15-46050 2 dash C R dash 1 5 dash 4 6 0 5**
**Date Filed: 07/23/2015**July 23 2015
**Case Title:** State of Minnesota vs David James WilliamsState of Minnesota versus David James Williams
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Closed
*Defendant*
**Williams, David James**
Date of birth, June 15 1979DOB: 06/15/1979
**Charges**
List with 1 charge

**Count 1**
**1**

Damage to Property-3rd Deg-Reduce Value $501-$1000Damage to Property-3rd Deg-Reduce Value $501-$1000
**Statute:** 609.595.2(a)
**Disposition:** Convicted
**Disposition Date:** November 29 201611/29/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** November 5 201411/05/2014

Select Case
Result 172 of 200
**Case Number: 27-CV-15-131702 7 dash C V dash 1 5 dash 1 3 1 7 0**
**Date Filed: 07/23/2015**July 23 2015
**Case Title:** JUSTIN ROBERT ADELMAN vs Commissioner of Public SafetyJUSTIN ROBERT ADELMAN versus Commissioner of Public Safety
**Case Type:** Implied Consent
**Location:** Hennepin Civil
**Case Status:** Closed
Select Case
Result 173 of 200
**Case Number: 86-CR-15-36838 6 dash C R dash 1 5 dash 3 6 8 3**
**Date Filed: 07/22/2015**July 22 2015
**Case Title:** State of Minnesota vs DOUGLAS MICHAEL CAREYState of Minnesota versus DOUGLAS MICHAEL CAREY
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Wright County
**Case Status:** Closed
*Defendant*
**CAREY, DOUGLAS MICHAEL**
Date of birth, February 7 1966DOB: 02/07/1966
**Charges**
List with 3 charges

**Count 1**
**1**

Traffic - DWI - Refuse to Submit to Chemical TestTraffic - DWI - Refuse to Submit to Chemical Test
**Statute:** 169A.20.2
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Convicted
**Disposition Date:** October 5 201510/05/2015
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Dates:** July 21 2015 through July 21 201507/21/2015 - 07/21/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)
**Disposition:** Dismissed
**Disposition Date:** October 5 201510/05/2015
**Level of Charge:** Gross Misdemeanor
**Offense Dates:** July 21 2015 through July 21 201507/21/2015 - 07/21/2015

**Count 3**

**3**

Drivers' Licenses-Driving restrictions-Drive/operate/control motor vehicle w/o ignition interlock.Drivers' Licenses-Driving restrictions-Drive/operate/control motor vehicle w/o ignition interlock.

**Statute:** 171.09.1(g)

**Disposition:** Dismissed
**Disposition Date:** October 5 201510/05/2015
**Level of Charge:** Misdemeanor
**Offense Date:** July 21 201507/21/2015
Select Case
Result 174 of 200
**Case Number: 27-CR-15-198332 7 dash C R dash 1 5 dash 1 9 8 3 3**
**Date Filed: 07/21/2015**July 21 2015
**Case Title:** State of Minnesota vs RODNEY DALE RUSHState of Minnesota versus RODNEY DALE RUSH
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Brookdale
**Judicial Officer:** Moreno, Daniel C.
**Case Status:** Under Court Jurisdiction
*Defendant*
**RUSH, RODNEY DALE**
Date of birth, March 20 1966DOB: 03/20/1966
**Charges**
List with 3 charges

**Count 1**
**1**

Domestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on AnotherDomestic Assault-Misdemeanor-Intentionally Inflicts/Attempts to Inflict Bodily Harm on Another

**Statute:** 609.2242.1(2)

**Disposition:** Dismissed
**Disposition Date:** January 8 201601/08/2016
**Level of Charge:** Misdemeanor
**Offense Date:** June 27 201506/27/2015

**Count 2**
**2**

Disorderly ConductDisorderly Conduct

**Statute:** 609.72.1

**Disposition:** Convicted
**Disposition Date:** January 8 201601/08/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** June 27 201506/27/2015

**Count 3**
**3**

Trespass-Premises of Another-Refuse to DepartTrespass-Premises of Another-Refuse to Depart

**Statute:** 609.605.1(b)(3)

**Disposition:** Dismissed
**Disposition Date:** January 8 201601/08/2016
**Level of Charge:** Misdemeanor
**Offense Date:** June 27 201506/27/2015
Select Case
Result 175 of 200
**Case Number: 11-CR-15-12531 1 dash C R dash 1 5 dash 1 2 5 3**
**Date Filed: 07/21/2015**July 21 2015
**Case Title:** State of Minnesota vs Masten Leigh Parkhurst ThompsonState of Minnesota versus Masten Leigh Parkhurst Thompson
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Cass County
**Judicial Officer:** Austad, Jana M.
**Case Status:** Closed
*Defendant*
**Parkhurst Thompson, Masten Leigh**
Date of birth, May 24 1997DOB: 05/24/1997
**Charges**
List with 3 charges

**Count 1**
**1**

First Degree Burglary - AssaultFirst Degree Burglary - Assault
**Statute:** 609.582.1(c)
**Additional Statutes:** Liability for Crimes of Another-Intentional (609.05.1); Burglary-1st Degree (609.582.1)
**Disposition:** Dismissed
**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Felony
**Offense Date:** July 19 201507/19/2015

**Count 2**
**2**

Terroristic Threats-Reckless Disregard RiskTerroristic Threats-Reckless Disregard Risk
**Statute:** 609.713.1
**Additional Statute:** Terroristic Threats-Reckless Disregard Risk (609.713.1)
**Disposition:** Convicted
**Disposition Date:** July 11 201607/11/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** July 19 201507/19/2015

**Count 3**
**3**

Fifth Degree Assault - One Prior within Three YerasFifth Degree Assault - One Prior within Three Yeras
**Statute:** 609.224.2(b)
**Additional Statutes:** Liability for Crimes of Another-Intentional (609.05.1); Assault in the fifth degree; Gross misdemeanor-Within three years of previous conviction. (609.224.2(b))
**Disposition:** Dismissed

**Disposition Date:** July 11 201607/11/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** July 19 201507/19/2015
Select Case
Result 176 of 200
**Case Number: 27-CR-15-196352 7 dash C R dash 1 5 dash 1 9 6 3 5**
**Date Filed: 07/20/2015**July 20 2015
**Case Title:** State of Minnesota vs JUSTIN ROBERT ADELMANState of Minnesota versus JUSTIN ROBERT ADELMAN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed
*Defendant*
**ADELMAN, JUSTIN ROBERT**
Date of birth, May 22 1994DOB: 05/22/1994
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Disposition:** Dismissed
**Disposition Date:** January 11 201601/11/2016
**Level of Charge:** Misdemeanor
**Offense Date:** July 18 201507/18/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Convicted
**Disposition Date:** January 11 201601/11/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** July 18 201507/18/2015
Select Case
Result 177 of 200
**Case Number: 02-CR-15-45070 2 dash C R dash 1 5 dash 4 5 0 7**
**Date Filed: 07/15/2015**July 15 2015
**Case Title:** State of Minnesota vs JUSTIN DARIK NELSONState of Minnesota versus JUSTIN DARIK NELSON
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Anoka County
**Case Status:** Under Court Jurisdiction

*Defendant*
**NELSON, JUSTIN DARIK**
Date of birth, October 2 1978DOB: 10/02/1978
**Charges**
List with 1 charge

**Count 1**
**1**

Financial Transaction Card Fraud-Use-No ConsentFinancial Transaction Card Fraud-Use-No Consent

**Statute:** 609.821.2(1)

**Disposition:** Convicted
**Disposition Date:** February 5 202102/05/2021
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** March 20 201503/20/2015
Select Case
Result 178 of 200
**Case Number: 27-CR-15-188792 7 dash C R dash 1 5 dash 1 8 8 7 9**
**Date Filed: 07/13/2015**July 13 2015
**Case Title:** State of Minnesota vs Jason Alan EdwardsState of Minnesota versus Jason Alan Edwards
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Alexander, Pamela G.
**Case Status:** Closed
*Defendant*
**Edwards, Jason Alan**
Date of birth, November 4 1974DOB: 11/04/1974
**Charges**
List with 1 charge

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana

**Statute:** 152.025.2(a)(1)

**Additional Statutes:** Drugs - 5th Degree - Possession - Penalty (152.025.2(a)); Minimum Fines-Controlled Substance Offenses (609.101.3)
**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** September 17 201909/17/2019
**Level of Charge:** Felony
**Offense Date:** February 14 201502/14/2015
Select Case
Result 179 of 200
**Case Number: 27-VB-15-69452 7 dash V B dash 1 5 dash 6 9 4 5**
**Date Filed: 07/07/2015**July 7 2015
**Case Title:** State of Minnesota vs RABIE MAHMOUDState of Minnesota versus RABIE MAHMOUD

**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Hennepin Criminal Ridgedale
**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
**Citation Number:** 881504170100
*Defendant*
**MAHMOUD, RABIE**
Date of birth, September 17 1993DOB: 09/17/1993
**Charges**
List with 3 charges

**Count 1**
**1**

Driving after revocationDriving after revocation
**Statute:** 171.24.2
**Disposition:** Dismissed
**Disposition Date:** November 24 201511/24/2015
**Level of Charge:** Misdemeanor
**Offense Date:** January 24 201501/24/2015

**Count 2**
**2**

Traffic Regulation - Driver Must Carry Proof of Insurance when Operating VehicleTraffic Regulation - Driver Must Carry Proof of Insurance when Operating Vehicle
**Statute:** 169.791.2
**Disposition:** Dismissed
**Disposition Date:** November 24 201511/24/2015
**Level of Charge:** Misdemeanor
**Offense Date:** January 24 201501/24/2015

**Count 3**
**3**

Traffic Regulation - Seat Belt Required - Driver and Passenger Must UseTraffic Regulation - Seat Belt Required - Driver and Passenger Must Use
**Statute:** 169.686.1(a)
**Disposition:** Dismissed
**Disposition Date:** November 24 201511/24/2015
**Level of Charge:** Petty Misdemeanor
**Offense Date:** January 24 201501/24/2015
Select Case
Result 180 of 200
**Case Number: 19HA-CR-15-2025 1 9 H A dash C R dash 1 5 dash 2 0 2 5, Active warrant on case**Active Warrant
**Date Filed: 06/23/2015**June 23 2015
**Case Title:** State of Minnesota vs Anthony Michael LeewayeState of Minnesota versus Anthony Michael Leewaye
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Dakota, Hastings - Criminal
**Case Status:** Dormant

*Defendant*
**Leewaye, Anthony Michael**
Date of birth, April 9 1988DOB: 04/09/1988
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Disposition:** Convicted
**Disposition Date:** August 5 201608/05/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** June 20 201506/20/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours

**Statute:** 169A.20.1(5)

**Disposition:** Dismissed
**Disposition Date:** August 5 201608/05/2016
**Level of Charge:** Felony
**Offense Date:** June 20 201506/20/2015
Select Case
Result 181 of 200
**Case Number: 27-CR-15-157082 7 dash C R dash 1 5 dash 1 5 7 0 8**
**Date Filed: 06/12/2015**June 12 2015
**Case Title:** State of Minnesota vs ROBERT JEROME OSTROVState of Minnesota versus ROBERT JEROME OSTROV
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
*Defendant*
**OSTROV, ROBERT JEROME**
Date of birth, February 27 1984DOB: 02/27/1984
**Charges**
List with 2 charges

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana

**Statute:** 152.025.2(a)(1)

**General Offense Code:** Aid/Abet - GOC
**Additional Statutes:** Drugs - 5th Degree - Possession - Penalty (152.025.2(a)); Liability for Crimes of Another-Intentional (609.05.1); Liability for Crimes of Another-Reasonably

Forseeable (609.05.2); Minimum Fines-Controlled Substance Offenses (609.101.3); Minimum Sentences of Imprisonment-Use Dangerous Weapon (609.11.4)
**Disposition:** Convicted
**Disposition Date:** January 27 201601/27/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** October 24 201310/24/2013

**Count 2**
**2**

Drugs - 5th Degree - Sale - Schedule IV Controlled Substance MixtureDrugs - 5th Degree - Sale - Schedule IV Controlled Substance Mixture
**Statute:** 152.025.1(a)(2)
**General Offense Code:** Aid/Abet - GOC
**Additional Statutes:** Drugs - 5th Degree - Sale - Penalty (152.025.1(a)); Liability for Crimes of Another-Intentional (609.05.1); Liability for Crimes of Another-Reasonably Forseeable (609.05.2); Minimum Fines-Controlled Substance Offenses (609.101.3); Minimum Sentences of Imprisonment-Use Dangerous Weapon (609.11.4)
**Disposition:** Dismissed
**Disposition Date:** January 27 201601/27/2016
**Level of Charge:** Felony
**Offense Date:** October 24 201310/24/2013
Select Case
Result 182 of 200
**Case Number: 27-CR-15-155102 7 dash C R dash 1 5 dash 1 5 5 1 0**
**Date Filed: 06/10/2015**June 10 2015
**Case Title:** State of Minnesota vs JIMMIE DUNLAP, Jr.State of Minnesota versus JIMMIE DUNLAP, Jr.
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Hoyos, Juan
**Case Status:** Closed
*Defendant*
**DUNLAP, JIMMIE, Jr.**
Date of birth, August 17 1990DOB: 08/17/1990
**Charges**
List with 1 charge

**Count 1**
**1**

Violate No Contact Order - Within 10 years of the first of two or more convictionsViolate No Contact Order - Within 10 years of the first of two or more convictions
**Statute:** 629.75.2(d)(1)
**Additional Statute:** Violate No Contact Order-within 10 years-first of two or more conviction or possess dangerous weapon (629.75.2(d))
**Disposition:** Convicted
**Disposition Date:** February 24 201602/24/2016
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** May 25 201505/25/2015

Select Case
Result 183 of 200
**Case Number: 82-CR-15-21738 2 dash C R dash 1 5 dash 2 1 7 3**
**Date Filed: 06/04/2015**June 4 2015
**Case Title:** State of Minnesota vs ALMA MARINA SOMMERS-HAASState of Minnesota versus ALMA MARINA SOMMERS-HAAS
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Washington, Stillwater
**Case Status:** Closed
*Defendant*
**SOMMERS-HAAS, ALMA MARINA**
Date of birth, February 16 1984DOB: 02/16/1984
**Charges**
List with 2 charges

**Count 1**
**1**

3rd Degree DWI (Under the influence of Alcohol)3rd Degree DWI (Under the influence of Alcohol)
**Statute:** 169A.20.1(1)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** December 8 201612/08/2016
**Level of Charge:** Gross Misdemeanor
**Offense Date:** May 16 201505/16/2015

**Count 2**
**2**

3rd Degree DWI (AC.08 or more)3rd Degree DWI (AC.08 or more)
**Statute:** 169A.20.1(5)
**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Convicted
**Disposition Date:** December 8 201612/08/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** May 16 201505/16/2015
Select Case
Result 184 of 200
**Case Number: 34-CV-15-3523 4 dash C V dash 1 5 dash 3 5 2**
**Date Filed: 06/03/2015**June 3 2015
**Case Title:** Carleton John Rohne vs. One 2008 Chevrolet EquinoxCarleton John Rohne versus One 2008 Chevrolet Equinox
**Case Type:** Forfeiture
**Location:** Kandiyohi County
**Case Status:** Closed
Select Case
Result 185 of 200

**Case Number: 62SU-CR-15-14906 2 S U dash C R dash 1 5 dash 1 4 9 0**
**Date Filed: 05/11/2015**May 11 2015
**Case Title:** State of Minnesota vs Jordy Philip PerisianState of Minnesota versus Jordy Philip Perisian
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Kyle, Richard H, Jr.
**Case Status:** Closed
*Defendant*
**Perisian, Jordy Philip**
Date of birth, October 25 1991DOB: 10/25/1991
**Charges**
List with 2 charges

**Count 1**
**1**

Third-Degree Driving While ImpairedThird-Degree Driving While Impaired
**Statute:** 169A.26.1(a)
**Disposition:** Convicted
**Disposition Date:** October 19 201510/19/2015
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** May 9 201405/09/2014

**Count 2**
**2**

Third-Degree Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursThird-Degree Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Disposition:** Dismissed
**Disposition Date:** October 19 201510/19/2015
**Level of Charge:** Gross Misdemeanor
**Offense Date:** May 9 201405/09/2014
Select Case
Result 186 of 200
**Case Number: 27-VB-15-48302 7 dash V B dash 1 5 dash 4 8 3 0**
**Date Filed: 05/07/2015**May 7 2015
**Case Title:** State of Minnesota vs NATHAN JAMES FINAZZOState of Minnesota versus NATHAN JAMES FINAZZO
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Hennepin Criminal Ridgedale
**Judicial Officer:** Moore, James
**Case Status:** Closed
**Citation Number:** 881505940080
*Defendant*
**FINAZZO, NATHAN JAMES**
Date of birth, July 18 1985DOB: 07/18/1985
**Charges**
List with 2 charges

**Count 1**
**1**

High Occupancy Vehicle Lanes - Single Occupant Vehicle ViolationHigh Occupancy Vehicle Lanes - Single Occupant Vehicle Violation

**Statute:** 160.93.4

**Disposition:** Convicted
**Disposition Date:** October 7 201510/07/2015
**Level of Sentence:** Convicted of a Petty MisdemeanorConvicted of a Petty Misdemeanor
**Offense Date:** February 12 201502/12/2015

**Count 2**
**2**

Possess marijuana in a motor vehicle, whether driver or ownerPossess marijuana in a motor vehicle, whether driver or owner

**Statute:** 152.027.3

**Disposition:** Dismissed
**Disposition Date:** October 7 201510/07/2015
**Level of Charge:** Misdemeanor
**Offense Date:** February 12 201502/12/2015
Select Case
Result 187 of 200
**Case Number: 70-CR-15-57797 0 dash C R dash 1 5 dash 5 7 7 9**
**Date Filed: 03/23/2015**March 23 2015
**Case Title:** State of Minnesota vs RABIE MAHMOUDState of Minnesota versus RABIE MAHMOUD
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Scott County
**Case Status:** Under Court Jurisdiction

*Defendant*

**MAHMOUD, RABIE**
Date of birth, September 17 1993DOB: 09/17/1993

**Charges**

List with 2 charges

**Count 1**
**1**

Possess Pistol/Assault Weapon-User of Controlled SubstancePossess Pistol/Assault Weapon-User of Controlled Substance

**Statute:** 624.713.1(10)(iii)

**Additional Statute:** Possesses any type of firearm - Violation of 624.713 subd .1 other than clause (1) or (2) (624.713.2(c))
**Disposition:** Convicted
**Disposition Date:** February 22 201602/22/2016
**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** February 7 201502/07/2015

**Count 2**
**2**

Traffic-Drivers License-Driving After RevocationTraffic-Drivers License-Driving After Revocation

**Statute:** 171.24.2

**Additional Statute:** Traffic-Drivers License-Driving After Revocation (171.24.2)
**Disposition:** Dismissed
**Disposition Date:** February 22 201602/22/2016
**Level of Charge:** Misdemeanor
**Offense Date:** February 7 201502/07/2015
Select Case
Result 188 of 200
**Case Number: 70-VB-15-52297 0 dash V B dash 1 5 dash 5 2 2 9**
**Date Filed: 03/16/2015**March 16 2015
**Case Title:** State of Minnesota vs Matthew James OrcuttState of Minnesota versus Matthew James Orcutt
**Case Type:** Crim/Traf Non-MandCriminal Traffic Non-Mandatory
**Location:** Scott County
**Case Status:** Closed
**Citation Number:** 700415017751
*Defendant*
**Orcutt, Matthew James**
Date of birth, April 8 1992DOB: 04/08/1992
**Charges**
List with 2 charges

**Count 1**
**1**

MOV-SPEED-EXCEED 65 MPH-EXPRESSWAYS 76/65MOV-SPEED-EXCEED 65 MPH-EXPRESSWAYS 76/65

**Statute:** 169.14.2(a)(2)

**Disposition:** Dismissed
**Disposition Date:** October 12 201510/12/2015
**Level of Charge:** Petty Misdemeanor
**Offense Date:** March 15 201503/15/2015

**Count 2**
**2**

Traffic-Drivers License-Driving After RevocationTraffic-Drivers License-Driving After Revocation

**Statute:** 171.24.2

**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** May 10 201705/10/2017
**Level of Charge:** Misdemeanor
**Offense Date:** March 15 201503/15/2015
Select Case
Result 189 of 200
**Case Number: 27-CR-15-55912 7 dash C R dash 1 5 dash 5 5 9 1**
**Date Filed: 03/03/2015**March 3 2015

**Case Title:** State of Minnesota vs MEISHA ALICE WARRENState of Minnesota versus MEISHA ALICE WARREN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Fisher, William J.
**Case Status:** Closed
*Defendant*
**WARREN, MEISHA ALICE**
Date of birth, November 7 1981DOB: 11/07/1981
**Charges**
List with 3 charges

**Count 1**
**1**

DWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-FOURTH DEGREEDWI - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS-FOURTH DEGREE

**Statute:** 169A.20.1(5)
**Additional Statute:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1)
**Disposition:** Convicted
**Disposition Date:** September 17 201509/17/2015
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** August 13 201408/13/2014

**Count 2**
**2**

TRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - FOURTH DEGREETRAFFIC - DWI - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL - FOURTH DEGREE

**Statute:** 169A.20.1(1)
**Additional Statute:** DWI - Fourth-Degree Driving While Impaired; Described (169A.27.1)
**Disposition:** Dismissed
**Disposition Date:** September 17 201509/17/2015
**Level of Charge:** Misdemeanor
**Offense Date:** August 13 201408/13/2014

**Count 3**
**3**

TRAFFIC REGULATIONS - IMPROPER CHANGE OF COURSE OR FAIL TO SIGNAL LANE CHANGETRAFFIC REGULATIONS - IMPROPER CHANGE OF COURSE OR FAIL TO SIGNAL LANE CHANGE

**Statute:** 169.19.4
**Disposition:** Dismissed
**Disposition Date:** September 17 201509/17/2015
**Level of Charge:** Petty Misdemeanor
**Offense Date:** August 13 201408/13/2014
Select Case
Result 190 of 200

**Case Number: 27-CR-15-52892 7 dash C R dash 1 5 dash 5 2 8 9**
**Date Filed: 02/27/2015**February 27 2015
**Case Title:** State of Minnesota vs ANGELA MARIE BERLINState of Minnesota versus ANGELA MARIE BERLIN
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Cutter, Elizabeth V.
**Case Status:** Closed
*Defendant*
**BERLIN, ANGELA MARIE**
Date of birth, October 17 1985DOB: 10/17/1985
**Charges**
List with 3 charges

**Count 1**
**1**

Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount MarijuanaDrugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana
**Statute:** 152.025.2(a)(1)
**Additional Statutes:** Drugs - 5th Degree - Possession - Penalty (152.025.2(a)); Minimum Fines-Controlled Substance Offenses (609.101.3)
**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** June 1 201606/01/2016
**Level of Charge:** Felony
**Offense Date:** February 25 201502/25/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol
**Statute:** 169A.20.1(1)
**Additional Statutes:** Traffic - DWI - Sentencing Statute Reference (169A.20.3); Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Minimum Fines-Other (609.101.4)
**Disposition:** Dismissed
**Disposition Date:** April 28 201504/28/2015
**Level of Charge:** Gross Misdemeanor
**Offense Date:** February 25 201502/25/2015

**Count 3**
**3**

Traffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 HoursTraffic - DWI - Operate Motor Vehicle - Alcohol Concentration 0.08 Within 2 Hours
**Statute:** 169A.20.1(5)
**Additional Statutes:** Traffic - DWI - Sentencing Statute Reference (169A.20.3); Traffic - DWI - Third-Degree Driving While Impaired; 1 Aggravating Factor (169A.26.1(a)); Minimum Fines-Other (609.101.4)
**Disposition:** Convicted
**Disposition Date:** April 28 201504/28/2015

**Level of Sentence:** Convicted of a Gross MisdemeanorConvicted of a Gross Misdemeanor
**Offense Date:** February 25 201502/25/2015
Select Case
Result 191 of 200
**Case Number: 27-CR-15-47312 7 dash C R dash 1 5 dash 4 7 3 1**
**Date Filed: 02/23/2015**February 23 2015
**Case Title:** State of Minnesota vs Brandon Thomas FisherState of Minnesota versus Brandon Thomas Fisher
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Fisher, William J.
**Case Status:** Closed
*Defendant*
**FISHER, BRANDON THOMAS**
Date of birth, August 6 1987DOB: 08/06/1987
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic-Drivers License-Violate Limited Drivers License Conditions-License not in possessionTraffic-Drivers License-Violate Limited Drivers License Conditions-License not in possession
**Statute:** 171.30.4
**Disposition:** Convicted
**Disposition Date:** October 13 201510/13/2015
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** February 22 201502/22/2015

**Count 2**
**2**

Fleeing a Peace Officer By a Means Other Than a Motor VehicleFleeing a Peace Officer By a Means Other Than a Motor Vehicle
**Statute:** 609.487.6
**Disposition:** Dismissed
**Disposition Date:** October 13 201510/13/2015
**Level of Charge:** Misdemeanor
**Offense Date:** February 22 201502/22/2015
Select Case
Result 192 of 200
**Case Number: 27-CR-15-46962 7 dash C R dash 1 5 dash 4 6 9 6**
**Date Filed: 02/22/2015**February 22 2015
**Case Title:** State of Minnesota vs AUSTIN FREED FISHERState of Minnesota versus AUSTIN FREED FISHER
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Case Status:** Closed

*Defendant*
**FISHER, AUSTIN FREED**
Date of birth, May 22 1989DOB: 05/22/1989
**Charges**
List with 1 charge

**Count 1**
**1**

Disorderly Conduct-Offensive/Abusive/Noisy/ObsceneDisorderly Conduct-Offensive/Abusive/Noisy/Obscene
**Statute:** 609.72.1(3)
**Disposition:** Dismissed, Conditions Met or Expired
**Disposition Date:** October 20 201610/20/2016
**Level of Charge:** Misdemeanor
**Offense Date:** February 22 201502/22/2015
Select Case
Result 193 of 200
**Case Number: 27-CR-15-40422 7 dash C R dash 1 5 dash 4 0 4 2**
**Date Filed: 02/12/2015**February 12 2015
**Case Title:** State of Minnesota vs RABIE MAHMOUDState of Minnesota versus RABIE MAHMOUD
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Downtown
**Judicial Officer:** Quaintance, Kathryn L.
**Case Status:** Closed
*Defendant*
**MAHMOUD, RABIE**
Date of birth, September 17 1993DOB: 09/17/1993
**Charges**
List with 1 charge

**Count 1**
**1**

Assault-2nd Degree-Dangerous WeaponAssault-2nd Degree-Dangerous Weapon
**Statute:** 609.222.1
**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)
**Disposition:** Convicted
**Disposition Date:** November 24 201511/24/2015
**Level of Sentence:** Convicted of a FelonyConvicted of a Felony
**Offense Date:** February 5 201502/05/2015
Select Case
Result 194 of 200
**Case Number: 27-CR-15-32812 7 dash C R dash 1 5 dash 3 2 8 1**
**Date Filed: 02/04/2015**February 4 2015
**Case Title:** State of Minnesota vs Alyssa Marie HartingerState of Minnesota versus Alyssa Marie Hartinger

**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Ridgedale
**Judicial Officer:** Klein, Joseph R.
**Case Status:** Closed
*Defendant*
**Hartinger, Alyssa Marie**
Date of birth, March 6 1984DOB: 03/06/1984
**Charges**
List with 2 charges

**Count 1**
**1**

Assault-5th Degree-Fear of Bodily Harm or DeathAssault-5th Degree-Fear of Bodily Harm or Death
**Statute:** 609.224.1(1)
**Disposition:** Dismissed
**Disposition Date:** February 22 201602/22/2016
**Level of Charge:** Misdemeanor
**Offense Date:** December 31 201412/31/2014

**Count 2**
**2**

Damage to Property-4th Deg-Intentional Damage-Other CircumstancesDamage to Property-4th Deg-Intentional Damage-Other Circumstances
**Statute:** 609.595.3
**Disposition:** Dismissed
**Disposition Date:** February 22 201602/22/2016
**Level of Charge:** Misdemeanor
**Offense Date:** December 31 201412/31/2014
Select Case
Result 195 of 200
**Case Number: 19HA-CR-15-2881 9 H A dash C R dash 1 5 dash 2 8 8**
**Date Filed: 01/29/2015**January 29 2015
**Case Title:** State of Minnesota vs MARCEL ALEXANDER JONESState of Minnesota versus MARCEL ALEXANDER JONES
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Dakota, Hastings - Criminal
**Case Status:** Closed
*Defendant*
**JONES, MARCEL ALEXANDER**
Date of birth, March 17 1987DOB: 03/17/1987
**Charges**
List with 3 charges

**Count 1**
**1**

DWI-3RD DEGREE - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOLDWI-3RD DEGREE - OPERATE MOTOR VEHICLE UNDER INFLUENCE OF ALCOHOL

**Statute:** 169A.20.1(1)

**Disposition:** Convicted
**Disposition Date:** December 16 201512/16/2015
**Level of Sentence:** Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13Conviction Deemed a Misdemeanor Pursuant to Minnesota Statute 609.13
**Offense Date:** January 27 201501/27/2015

**Count 2**
**2**

DWI-3RD DEGREE - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURSDWI-3RD DEGREE - OPERATE MOTOR VEHICLE - ALCOHOL CONCENTRATION 0.08 WITHIN 2 HOURS

**Statute:** 169A.20.1(5)

**Disposition:** Dismissed
**Disposition Date:** December 16 201512/16/2015
**Level of Charge:** Gross Misdemeanor
**Offense Date:** January 27 201501/27/2015

**Count 3**
**3**

OPEN BOTTLE - MISDEMEANOROPEN BOTTLE - MISDEMEANOR

**Statute:** 169A.35.4

**Disposition:** Dismissed
**Disposition Date:** December 16 201512/16/2015
**Level of Charge:** Misdemeanor
**Offense Date:** January 27 201501/27/2015
Select Case
Result 196 of 200
**Case Number: 27-CR-15-23552 7 dash C R dash 1 5 dash 2 3 5 5**
**Date Filed: 01/26/2015**January 26 2015
**Case Title:** State of Minnesota vs JIMMIE DUNLAP, Jr.State of Minnesota versus JIMMIE DUNLAP, Jr.
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Judicial Officer:** Regis, M. Jacqueline
**Case Status:** Under Court Jurisdiction

*Defendant*

**DUNLAP, JIMMIE, Jr.**
Date of birth, August 17 1990DOB: 08/17/1990

**Charges**

List with 3 charges

**Count 1**
**1**

Misdemeanor Fifth Degree Assault - Intent to Cause FearMisdemeanor Fifth Degree Assault - Intent to Cause Fear

**Statute:** 609.224.1(1)

**Additional Statute:** Assault-5th Degree-Misdemeanor (609.224.1)
**Disposition:** Convicted

**Disposition Date:** June 29 201606/29/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** November 30 201411/30/2014

**Count 2**
**2**

Misdemeanor Fifth Degree Assault - Inflicts or Attempt to Inflict Bodily HarmMisdemeanor Fifth Degree Assault - Inflicts or Attempt to Inflict Bodily Harm

**Statute:** 609.224.1(2)

**Additional Statute:** Assault-5th Degree-Misdemeanor (609.224.1)
**Disposition:** Dismissed
**Disposition Date:** June 29 201606/29/2016
**Level of Charge:** Misdemeanor
**Offense Date:** November 30 201411/30/2014

**Count 3**
**3**

Disorderly ConductDisorderly Conduct

**Statute:** 609.72.1

**Additional Statute:** Disorderly Conduct (609.72.1)
**Disposition:** Dismissed
**Disposition Date:** June 29 201606/29/2016
**Level of Charge:** Misdemeanor
**Offense Date:** November 30 201411/30/2014
Select Case
Result 197 of 200
**Case Number: 56-CR-15-2235 6 dash C R dash 1 5 dash 2 2 3**
**Date Filed: 01/26/2015**January 26 2015
**Case Title:** State of Minnesota vs TRENT MURRAY KADELState of Minnesota versus TRENT MURRAY KADEL
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Otter Tail County
**Judicial Officer:** Senyk, Waldemar B.
**Case Status:** Closed
*Defendant*
**KADEL, TRENT MURRAY**
Date of birth, May 19 1981DOB: 05/19/1981
**Charges**
List with 2 charges

**Count 1**
**1**

Traffic - DWI - Refuse to Submit to Chemical TestTraffic - DWI - Refuse to Submit to Chemical Test

**Statute:** 169A.20.2

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)
**Disposition:** Dismissed
**Disposition Date:** January 11 201601/11/2016

**Level of Charge:** Gross Misdemeanor
**Offense Date:** January 24 201501/24/2015

**Count 2**
**2**

Traffic - DWI - Operate Motor Vehicle Under Influence of AlcoholTraffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Fourth-Degree Driving While Impaired; Criminal Penalty (169A.27.2)
**Disposition:** Convicted
**Disposition Date:** January 11 201601/11/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** January 24 201501/24/2015
Select Case
Result 198 of 200
**Case Number: 27-CR-15-12982 7 dash C R dash 1 5 dash 1 2 9 8**
**Date Filed: 01/15/2015**January 15 2015
**Case Title:** State of Minnesota vs RABIE MAHMOUDState of Minnesota versus RABIE MAHMOUD
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Hennepin Criminal Division 4
**Judicial Officer:** Bernhardson, Ivy S.
**Case Status:** Closed
*Defendant*
**MAHMOUD, RABIE**
Date of birth, September 17 1993DOB: 09/17/1993
**Charges**
List with 1 charge

**Count 1**
**1**

Traffic-DWI-Operate Motor Vehicle Under Influence of Controlled SubstanceTraffic-DWI-Operate Motor Vehicle Under Influence of Controlled Substance

**Statute:** 169A.20.1(2)

**Disposition:** Convicted
**Disposition Date:** November 24 201511/24/2015
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** May 6 201405/06/2014
Select Case
Result 199 of 200
**Case Number: 62SU-CR-14-46666 2 S U dash C R dash 1 4 dash 4 6 6 6**
**Date Filed: 12/29/2014**December 29 2014
**Case Title:** State of Minnesota vs ANTONIO ARMANDO CAZARONYState of Minnesota versus ANTONIO ARMANDO CAZARONY
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Judicial Officer:** Nathanson, Rosanne

**Case Status:** Closed
**Citation Number:** 620400509621
*Defendant*
**CAZARONY, ANTONIO ARMANDO**
Date of birth, January 20 1968DOB: 01/20/1968
**Charges**
List with 1 charge

| **Count 1**<br>**1** |
|---|

Disorderly ConductDisorderly Conduct
**Statute:** 609.72.1
**Disposition:** Convicted
**Disposition Date:** February 13 201502/13/2015
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** December 28 201412/28/2014
Select Case
Result 200 of 200
**Case Number: 62SU-CR-14-46576 2 S U dash C R dash 1 4 dash 4 6 5 7**
**Date Filed: 12/24/2014**December 24 2014
**Case Title:** State of Minnesota vs Frances Anita BoothState of Minnesota versus Frances Anita Booth
**Case Type:** Crim/Traf MandatoryCriminal Traffic Mandatory
**Location:** Ramsey Criminal Suburban
**Case Status:** Closed
**Citation Number:** 620400525516
*Defendant*
**Booth, Frances Anita**
Date of birth, February 11 1995DOB: 02/11/1995
**Charges**
List with 2 charges

| **Count 1**<br>**1** |
|---|

Theft-Take/Use/Transfer Movable Prop-No ConsentTheft-Take/Use/Transfer Movable Prop-No Consent
**Statute:** 609.52.2(a)(1)
**Disposition:** Convicted
**Disposition Date:** December 13 201612/13/2016
**Level of Sentence:** Convicted of a MisdemeanorConvicted of a Misdemeanor
**Offense Date:** December 23 201412/23/2014

| **Count 2**<br>**2** |
|---|

Receiving Stolen PropertyReceiving Stolen Property
**Statute:** 609.53.1
**Disposition:** Dismissed
**Disposition Date:** December 13 201612/13/2016
**Level of Charge:** Misdemeanor

**Offense Date:** December 23 201412/23/2014
Select Case
Back to Top

**<u>INTERROGATORY 7.</u>** Identify each and every client that you contend that you lost because of the statements made in the Missouri lawsuit.

**RESPONSE:** Plaintiff objects because this interrogatory calls for pure conjecture and speculation. It is not the job of the Plaintiff to guess what would have happened in an alternative universe.

**SUPPLEMENTAL RESPONSE: Plaintiff states that he is unable to identify specific clients that he lost other than Alfred Jackson due to the Missouri lawsuit. However, Plaintiff has had potential clients call and ask him about the article.**

**<u>INTERROGATORY 8.</u>** State the exact methodology and calculation of your claimed business income reduction attributable to the Missouri lawsuit.

**SUPPLEMENTAL RESPONSE: Plaintiff claims general damages as allowed by Minnesota defamation per se law as follows: Under a defamation per se claim, a plaintiff is not required to prove actual harm to reputation. Specifically, where defamation per se is proven, a jury must decide the amount of money a plaintiff is entitled to receive for "general damages" in the following categories: 1) Harm to reputation and standing in the community; 2) mental distress; 3) humiliation; and 4) embarrassment. No evidence of actual harm is required. CIV JIG 50.50 (Presumed Damages); *Longbehn*, 727 N.W.2d at 161 (holding that where a statement is defamatory per se, general damages are presumed, and a plaintiff may recover without any proof of actual harm) (citation omitted).**

***Recent Jury Verdicts in Defamation Cases:***

**Juries are given great latitude in determining damages in defamation per se cases. Below are examples of recent jury verdicts in defamation cases across the country and in Minnesota.**

**$5 Million: In *Government Micro Strategies, Inc. v. Jackson*, 271 Va. 29 (2006), the jury awarded plaintiff in a per se defamation case $5 million in compensatory damages, which award was upheld on appeal. (statement that former CEO's mismanagement caused former employer to lose money which, in turn, was the basis for former CEO's termination was not opinion) *Government Micro Resources, Inc. v. Jackson*, 271 Va. 29 (Va. 2006).**

**$1.8 Million: Jesse Ventura, a former Navy SEAL, former professional wrestler, former Governor of Minnesota and current television and radio personality and host, claimed he suffered libel and slander defamation damages as a result of a false story/account as written by defendant Chris Kyle in his American Sniper book. The jury found in favor of Ventura on the defamation claim, awarding him $500,000 and found in favor of Ventura on the unjust enrichment claim, awarding Ventura $1,345,477.25. *Governor Ventura V. Kyle, Estate of*, JVR No. 1408010013**

**$1 Million: A Minnesota jury awarded a holistic healer $1,000,000, finding that her clients and a local television station negligently published false statements that the client almost died because of the healer's advice. The award included compensation for past and future harm to reputation, mental distress, humiliation and embarrassment, past and future loss of earning capacity. *Anderson v. Hubbard Broad.*, 2011 WL 6175690 (2011).**

**$274 Million: In a recent New Hampshire case, the jury award three businessmen (a banker, a real estate developer and a local auto dealer) $274,500,000. (The verdict included $97 million for the auto dealer, $85 million for the banker, and $92.5 million for the developer.) The three professionals claimed the Def., former New Hampshire gubernatorial candidate, defamed them for years on a mortgage company's neon billboards. The large electronic billboard in Manchester, New Hampshire, was close to a popular mall and visible from a busy highway, where the defendant put two words: "Drug Dealer" and "Extortion" along with pictures of them and their names. Plaintiffs claimed that the defendant also used his radio show and website "State of Corruption" to accuse them of dealing drugs and killing children. *Dick Anagnost; Andrew Crews; William Greiner V. Michael Gill*, 17 Or.Lit.Arb.Rpts. 345 (2017).**

**$43 Million: A local bakery filed a civil complaint against Oberlin for libel, slander, interference with business relationships, and interference with contracts. The bakery argued the college supported protests that damaged its reputation and that the college unlawfully**

**broke its contract with the bakery. The jury found in favor of the bakery awarded $43 million in damages, plus $6.5 million in attorneys fees. *Gibson Bros, Inc. v. Oberlin College*, Court of Common Pleas, Lorain Ohio, Court File No. 17-CV-193761 (2017).**

**$16 Million: In February 2010, Allstate informed the Securities and Exchange Commission in a public 10-K form that "some employees" may have timed the execution of trades to enhance their incentive compensation, and that these trades had adversely affected clients' portfolio performance by as much as $91 million. Four employees were fired without cause. The fired traders sued their former employer for claims of defamation and violation of the Fair Credit Reporting Act. The plaintiffs claim that the "some employees" statement clearly applied to them, since they were the only ones singled out and punished after the investigation. The jury awarded the four employees collectively $16 million for the defamation claims. ($7,156,972.00 to plaintiff Rivera; $2,319,531.00 to plaintiff Kensinger; $3,602,317.00 to plaintiff Meacock; $3,438,028.00 to plaintiff Scheuneman) *Rivera v. Allstate Ins. Co.*, 2016 WL 6471527.**

**In addition, Plaintiff claimed a loss in 2020 taxes. Plaintiff associates that drop in business and income related to the publized defamatory statements. The law on business defamation per se does not require actual economic loss. Thus, Plaintiff's methodology for loss business income is not applicable. Plaintiff has reviewed the cases in Minnesota regarding defamation verdicts and their methodology which was up to the jury to decide damages. Plaintiff uses Minnesota case law to address the methodology to come up with damages. In addition, Plaintiff has expenses regarding this lawsuit including depositions, the motion filings, time to locate documents, and other expenses that are being acculmulated now and in the future.**

**INTERROGATORY 9.** Set forth in detail and with specificity any and all damages that you seek in this lawsuit, specifying each and every item of damage, each and every person known to you or your attorneys to have knowledge of such damage, and each and every document known to you or your attorneys which in any way bears on the and every person known to you or your attorneys to have knowledge of such damage, and each and every document known to you or your attorneys which in any way bears on the damage issues in this lawsuit.

**SUPPLMENTAL RESPONSE: Actual or Compensatory Damages- which fall into two categories:**

- **Special Damages –**

- **Plaintiff alleges that the continuous piece of misstated facts alleges criminal activity forever and permenatly taints the reputation of Plaintiff. Plaintiff believes that the jury will find damages in excess of a million dollars;**

- **General Damages – which reimburse plaintiffs for emotional distress and reputational harm**
  - **Plaintiff has a family and has been destressed over the possibility losing the opportunity to run his solo office.**
  - **Plaintiff has articles that state he was a criminal that will be permenant**
- **Nominal Damages – which reimburse plaintiffs for a minimal amount that acknowledges a legal wrong has occurred but actual damages have not been proven.**
  - **Plaintiff has damages associated with his time loss, filing fees, and other nominal damages which continue to accure.**
- **Punitive Damages – which can be awarded to punish and deter wrongful conduct.**
  - **To be decided by the jury.**

**Plaintiff is witness to these damages. His wife is also a witness to his distress. He has spoken to collegues including James Selmner, Michael Lythcott, Bruce Jackson, and individuals named in Interrogatory No. 1. We also believe that the WWB defendants will be able to recite the damages associated with defamation as lawyers. The WWB defendants also have an understanding of monies that they argue were stolen from Afred Jackson and their request for damages related to these allegations. Plaintiff believes that the more they pursued their request is a converse relationship to the damages that should be awarded to Plaintiff. Indeed, the reporters are witnesses to address the damages caused by Defendants. It also begs the attention why so-called reputable attorneys would be working with a self-identified thief.**

**INTERROGATORY NO. 11.** Identify the terms of any agreement that you had with a third-party regarding an actual or potential loan, investment, expectancy interest, or sale of assets related to Alfred Jackson's inheritance in the Estate of Prince Rogers Nelson. This includes any agreement to "facilitate" such loan, investment, expectancy interest, or sale of assets.

**SUPPLMENTAL RESPONSE: Plaintiff has two engagement letters which are in Defendants possession with Afred Jackson. These engagement letters have identified a contingency payment for monies received in the estate. Plaintiff has no actual or potential**

**loans with third parties, investiments in the Estate of Prince Rogers Nelson, expectancy interest, or is expecting any proceeds from sale of assets.**

**THE HUTTON FIRM, PLLC**

Dated: January 10, 2022

By: */s/Lee A. Hutton, III*
Lee A. Hutton, III (#0327992)
333 S. 7th St. Suite 2450
Minneapolis, MN 55402
(612) 805-4619
lhutton@thehuttonfirm.com