**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Justin Andrew Bruntjen, Esq.,

Plaintiff,

vs.

White, Wiggins & Barnes, LLP, a Texas law firm; Ward Allen White IV, individually; and Kennedy Lowell Barnes, individually;

Defendants.

Court File No. 20-CV-1832 (MJD/HB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED**,** by and between Plaintiff Justin A. Bruntjen and Defendants White, Wiggins & Barnes, LLP, Ward A. White IV, and Kennedy L. Barnes, through their respective counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims asserted in the above-entitled litigation against Defendants, including all claims for costs and attorney fees, shall be, and the same are hereby, dismissed with prejudice, without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that the Court may forthwith enter judgment of dismissal with prejudice.

Dated: April 12, 2022

*s/ Lee A. Hutton, III*
Lee A. Hutton, III (#327992)
THE HUTTON FIRM
333 S. 7th St., Suite 1110
Minneapolis, MN 55402
(612) 805-4619
LHutton@thehuttonfirm.com

***Attorneys for Plaintiff Justin A. Bruntjen***

Dated: April 6, 2022

*s/ Laura E. Kuipers*
M. Gregory Simpson (#204560)
Laura E. Kuipers (#392301)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661
gsimpson@meagher.com
lkuipers@meagher.com

***Attorneys for Defendants***

15085982.1