**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Justin Andrew Bruntjen, Esq.,

Plaintiff,

vs.

White, Wiggins & Barnes, LLP, a Texas law firm; Ward Allen White IV, individually; and Kennedy Lowell Barnes, individually;

Defendants.

Court File No. 20-CV-1832 (MJD/HB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on ____ [ECF No. 106],

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, and on the merits, without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April ___, 2022

_______________________________
Honorable Michael J. Davis
United States District Court Judge

15086038.1