**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Justin Andrew Bruntjen, Esq.

Plaintiff,

v.

**ORDER**
Civil No. 20-cv-1832 (MJD/HB)

White, Wiggins & Barnes, LLP;
Ward Allen White IV, individually; and
Kennedy Lowell Barnes, individually,

Defendants.

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on April 12, 2022 (Doc. No. 107),

**IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, and on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 13, 2022

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court