# UNITED STATES DISTRICT COURT

## District of Minnesota

Justin Andrew Bruntjen Esq.,

Plaintiff(s),

v.

White, Wiggins & Barnes, LLP, Ward Allen White, IV, Kennedy Lowell Barnes,

Defendant(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-1832 (MJD/HB)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is dismissed, with prejudice, and on the merits, without costs or disbursements to any party.

Date: 4/14/2022

KATE M. FOGARTY, CLERK